**Index of Exhibits**

Exhibit A……………………………......U.S. Patent No. 5,796,411

Exhibit B…………………………......U.S. Patent No. 5,828,814

Exhibit C…………………………......U.S. Patent No. 5,949,438

# EXHIBIT A

US005796411A

# United States Patent [19]

## Cyman et al.

[11] **Patent Number:** 5,796,411

[45] **Date of Patent:** Aug. 18, 1998

[54] **HIGH RESOLUTION REAL TIME RASTER IMAGE PROCESSING SYSTEM AND METHOD**

[75] Inventors: **Theodore F. Cyman**, Grand Island; **Edward W. Schimminger**, Tonawanda; **Frank J. Rocco**, Lockport; **Carl F. Armstrong**, Buffalo; **Frank J. Mariani**, Grand Island, all of N.Y.

[73] Assignee: **Moore Business Forms, Inc.**, Grand Island, N.Y.

[21] Appl. No.: **500,011**

[22] Filed: **Jul. 10, 1995**

[51] Int. Cl.$^6$ ..................................................... G06F 15/16

[52] U.S. Cl. .......................... 345/502; 395/101; 395/104; 395/110

[58] Field of Search ....................................... 395/101, 104, 395/109, 110, 114–116, 167, 171, 501, 502, 507, 509; 358/296, 448; 345/501, 502, 507, 509

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,003,496 | 3/1991 | Hunt, Jr. et al. | 395/134 |
| 5,109,476 | 4/1992 | Thompson | 395/105 |
| 5,113,494 | 5/1992 | Menendez et al. | 395/502 |
| 5,146,554 | 9/1992 | Statt | 395/128 |
| 5,506,941 | 4/1996 | Kurumida | 395/109 |
| 5,528,374 | 6/1996 | Matias | 358/296 |
| 5,572,631 | 11/1996 | Kavathekar et al. | 395/115 |
| 5,572,632 | 11/1996 | Laumeyer et al. | 395/109 |

### OTHER PUBLICATIONS

Output Devices: Faster RIPs and Recorders by Alexander et al, Seybold Report on Publishing Systems, v. 22, No. 16, May 19, 1993.

*Moore Business Forms,* "Operator's Manual, XL Data System Version 2.01," Jun. 1992.

*Moore Business Forms,* "G–RIP, Generic Raster Image Processor, SCITEX Engine Control Module (ECM), Technical Reference," Mar. 15, 1995.

*Moore Business Forms,* "C–RIP Color Raster Image Processor, Operator's Guide & Technical REference," Nov. 28, 1995.

*Moore Business Forms,* "G–RIP, Generic Raster Image Processor, SCITEX Engine Control Module (ECM), Operator's Guide," Mar. 15, 1995.

*Moore Business Forms,* "G–RIP/SD MICA, Generic Raster Image Processor/Scaled–Down Version driving the MOORE Independent Cartridge Array, Operator's Guide," Oct. 12, 1995.

*Moore Business Forms,* "Generic RIP SD Technical Reference", undated.

*Moore Business Forms,* "G–RIP Generic Raster Image Processor, Set Up & Test Procedures," Mar. 15, 1995.

*Primary Examiner*—Kee M. Tung
*Attorney, Agent, or Firm*—Nixon & Vanderhye, PC.

[57] **ABSTRACT**

A raster image processing system and method that can keep up with the fastest high resolution printers now available can process images "on the fly"—that is, generate images from compact input representations so rapidly that printing can occur substantially in the same real time as raster image processing of input data. This system is capable of automatically "screening" data relating to the images so that the various gray scales or color levels are correct for a contone printing process. Different print engine control modules can be replaceably plugged into and out of the system to allow it to be used with different types of print engines/intelligent imaging systems—including high speed, high resolution color printing engines. A high speed data cache and associated array disk drive provide high speed throughput of data into the system. The disk array may, for example, store a library of high resolution graphics that can be accessed "on the fly" as needed in response to the input data stream. A graphics accelerator can generate, on the fly, many "primitive" or simple graphics (e..g, angles, lines, boxes, etc.) at the same time that the remainder of the print image is being generated.

**6 Claims, 16 Drawing Sheets**





FIG 1

Case: 1:15-cv-03998 Document #: 1-1 Filed: 05/05/15 Page 5 of 98 PageID #:9



FIG. 2

*FIG. 3*



**U.S. Patent**          Aug. 18, 1998          Sheet 4 of 16          **5,796,411**

## FIG. 3A



## *FIG. 4*

### RISC SOFTWARE FUNCTIONAL BREAKDOWN



*FIG. 5*

XL INTERFACE MODULE 100



**U.S. Patent**          Aug. 18, 1998          Sheet 7 of 16          **5,796,411**



*FIG. 6*

XL INTERFACE REGISTRATION CONTROLLER

**U.S. Patent**     Aug. 18, 1998     Sheet 8 of 16     **5,796,411**



*FIG. 7*

Case: 1:15-cv-03998 Document #: 1-1 Filed: 05/05/15 Page 12 of 98 PageID #:16



*FIG. 8*

FIM
(FONT IMAGE MEMORY)



FIG. 9

BIG (BIT IMAGE GENERATOR)

Case: 1:15-cv-03998 Document #: 1-1 Filed: 05/05/15 Page 14 of 98 PageID #:18

# FIG. 10A

MIDAX ECM BLOCK DIAGRAM



TO MIDAX PRINT ENGINE

# FIG. 10B

## INDIGO ECM BLOCK DIAGRAM



TO INDIGO EPRINT 1000

Case: 1:15-cv-03998 Document #: 1-1 Filed: 05/05/15 Page 16 of 98 PageID #:20

*FIG. 11*

GRAPHIC MODULE BLOCK DIAG.



Case: 1:15-cv-03998 Document #: 1-1 Filed: 05/05/15 Page 17 of 98 PageID #:21



*FIG. 12* DATA CACHE BLOCK DIAGRAM

*FIG. 13*

SCREEN MODULE
BLOCK DIAGRAM

Case: 1:15-cv-03998 Document #: 1-1 Filed: 05/05/15 Page 19 of 98 PageID #:23



*FIG. 14*

SCREENING CIRCUIT BLOCK DIAGRAM

5,796,411

# 1

## HIGH RESOLUTION REAL TIME RASTER IMAGE PROCESSING SYSTEM AND METHOD

### FIELD OF THE INVENTION

This invention relates to high speed, high resolution intelligent electronic imaging, and more particularly to high speed electronic plateless printing. More particularly, the present invention relates to Raster Image Processors ("RIPs") for rapidly generating images. Still more particularly, the present invention relates to high speed dedicated Raster Image Processor Systems for real time generation of high resolution images including various different types of image objects.

### BACKGROUND AND SUMMARY OF THE INVENTION

Modern high speed electronic "plateless" printing engines have capabilities not even dreamed of only a few years ago. For example, the current line of MIDAX® printing engines available from Moore Business Forms, Inc. of Lake Forest, Ill. can print high resolution images on a continuous "web" of paper moving at a speed on the order of 500 feet per minute. High speed, high resolution color printing engines are also now available that can print very high resolution (e.g., 600 dpi) color images on continuous or sheet-fed paper moving at speeds of on the order of 300 feet per minute or more.

To provide maximum image flexibility, high performance "intelligent" electronic printing engines generally take as an input, data defining a digital value for each printable location on the printed page. Such locations are commonly referred to as "pixels" (short for "picture elements"). Although pixel-based intelligent electronic printing engines can print virtually any arbitrary image (within the resolution, color and other limitations of the print engine), they require a massive amount of input data for high resolution printing. For example, to print an 8½ inch by 11-inch page at a 600 dots-per-inch resolution requires 5100 ×6600=33.66 million individual pixel values. High speed printers can print on the order of 300 to 500 pages per minute (i.e., on the order of 8 pages or more per second)—and therefore require in the excess of 300 million pixels (120,000 characters) per second. The digital value associated with each pixel may nominally be only one digital "bit" (if the "bit" is "on" the printer should place ink at the corresponding location; if the "bit" is "off" the printer should not place ink at that location). However, modern electronic printing engines provide multiple (e.g., 4) bits for each pixel to encode gray scale level or one of several different colors. This requires a data delivery system that can provide on the order of 1.2 billion digital bits per second.

General purpose digital computers of reasonable cost and complexity are not capable of supplying print stream data at these incredible rates. The alternative to real time processing—generating print images "off line" and storing them for later retrieval by the printer—is not feasible at least because the amount of data involved in an average print run is too massive to be economically stored and rapidly accessed using conventional mass storage techniques.

To meet the data rate demands of prior generations of intelligent electronic printing engines, dedicated systems commonly known as Raster Image Processors ("RIPs") were developed to generate image data based on a compact input representation such as a PostScript file or other variable data stream. Some such prior RIP designs could not generate

# 2

image data in real time. Thus, these prior RIPs suffered from the drawback that the data coming in from the input device had to be completely converted before any output data could be supplied to the output printing device and the print job could begin to run. This inability to rasterize in real time required each print job to be handled in two phases: an off-line conversion process, and a later on-line printing process. This caused delays, and was a severe problem with "just in time" requirements for delivery of completed print jobs to customers.

Some prior art RIP systems were, however, capable of generating image data "on the fly" while the print job was running. One example of a prior art raster image processor capable of generating image data in real time is the "Hybrid RIP" ("H-RIP") manufactured by Moore Business Forms, Inc. and described in Technical Reference Manual entitled "H-RIP Technical Manual" (Moore Business Forms, Inc. 1994. The H-RIP system used dedicated hardware circuitry controlled by a microprocessor-based master controller to generate raster-ized print image data in real time. Briefly, the prior art H-RIP system accepted, as an input, a standardized file format stored on a mass storage device such as magnetic tape. In this prior design, an intermediate "XL Data System" read the input file from the tape and supplied it to the H-RIP for processing. The H-RIP included an XL Interface that received and buffered the data from the XL data system and supplied the data to a microprocessor-based master controller. The master controller interpreted the input data and created a display list specifying the objects to be rendered on the next printed page. The master controller wrote bit map images of the fonts required to image the display list representation into a Font Image Memory ("FIM") to make these objects available for rendering. The master controller then controlled the FIM to write the bit map images into a Binary Image Generator ("BIG") including a pair of full-page bit map memories—thereby "rendering" a memory image of the entire page to be printed. While one page of image was being created in one of the full-page bit map memories, dedicated print engine control and interface circuitry could access an already complete memory image in the other memory and provide its pixel values to the printing engine in real time synchronism with paper "web" movement. Typically, the printer engine could not accept a full page at a time, but rather required the data to be presented to it in smaller "chunks" (e.g., in blocks comprising one or several lines of the image). The H-RIP supplied these "chunks" to the printer engine in synchronism with the engine's need for the data.

Moore's prior art H-RIP system was successful in its own right. However, further improvements are possible. For example, this prior art H-RIP system does not have sufficient speed and bandwidth to keep up with advanced high-speed high-resolution print engines now available. Additionally, the prior art H-RIP was limited to monochrome printing and had no color capabilities. Furthermore, this prior art H-RIP was limited to only a single input format, and could not handle graphical images efficiently. In addition, the prior art H-RIP could work with only a single type of print engine (a Moore Business Forms MIDAX® intelligent printer) and was incompatible with other print engine types. As discussed below, these shortcomings present severe disadvantages in some applications.

One disadvantage of the prior H-RIP design relates to its ability to work with only a single type of printer. The H-RIP was custom-designed to supply data to a Moore MIDAX® 300 intelligent printer, and was incapable of working with

5,796,411

3

any other (non-compatible) printer. However, purchasers typically have a choice of several different models of intelligent printing engines, and larger printing facilities may have several different types of printers for use with different types of print runs. For example, one printer may be used for production of long print runs, another printer may be used for production of short runs which require high quality graphics and color, and a still further printer might be optimal for printing text with simplified graphics such as lines, boxes and angles. In the past, the print shop had to purchase a different RIP system for each different printer device since each RIP was specifically customized for a corresponding particular printer.

The requirement for several different types of RIPs (each of which may cost several tens of thousands of dollars, assuming they are even commercially available) led to great expense and confusion. For example, different RIP systems typically would have completely different cabling, installation, maintenance and other requirements. Technicians and operators had to be trained to service each of several dissimilar RIP systems. Spare parts for many different RIP systems had to be stocked. Software and input data incompatibilities between the different RIP systems required extensive logistical coordination to ensure that print jobs were prepared for the right combination of RIP and uniquely-associated print engine. These problems may have effectively limited the number of different types of printing devices a given printing facility could afford to have-thus decreasing the types of printing services that could be offered to customers.

Prior art RIPs such as the H-RIP also suffered from the disadvantage that it could only accept input data in a single standardized format. To use input data in a different format, a print operator would have to convert the data to the standard format (or use a different RIP designed to accept that different input format). Each time the printer operator wanted to use a different input format, he or she would have to convert the data to a format usable by the RIP associated with the printing device scheduled to print the job. The printer operator might have to custom tailor or purchase a RIP or other appropriate conversion system if no existing system would handle the new, non-standard format. Conversions off line were tedious, sometimes unreliable, and added substantially to the overall processing time and man hours required to complete a particular print job. For example, to process a single print order comprising multiple parts representing different input formats, the print operator might have to run the first part of the job, and then reset the system with a different RIP (which must be done off line) to interpret a different input format. He or she would then run the next part of the print set, and possibly thereafter reset and reconfigure the system again to run a further part of the job using a still different input format. The operator would have to continue in this fashion until the entire multi-part print job was completed—a rather lengthy, cumbersome and inefficient process which was quite time consuming.

Moreover, prior RIP designs such as the H-RIP were not capable of providing in excess of 300-million pixels per second required to drive high speed, high resolution monochrome and color electronic print engines. Prior RIP systems capable of generating color graphic images were limited to conversion speeds of about 100 million pixels per second—whereas the most current high resolution color printing engines can require data at rates in excess of three times that. Throughput and bandwidth problems are exacerbated by the ever increasing use of complex graphics in the intelligent imaging process. Processing operations related to graphics

4

and adjusting portions of the page to accommodate the graphics can be very time-consuming operations, and full-color high resolution graphics take up a great deal of storage space. The manipulation of graphic images may also require the input data to be "screened" to provide appropriate color grades—adding even more processing time.

There is thus a long felt need for a raster image processor that can receive inputs in various different formats (e.g., fonts, full color graphics, line art, patterns, etc.) from a variety of different input devices and is capable of generating outputs in different formats usable by different types of printing (or other) output devices. In addition, there is a need to provide a raster image processor having very high throughput that is also capable of screening and processing color data. There is also a need to provide a raster image processor that is modular and expandable to meet varying needs and requirements. Furthermore, it would be desirable to provide a raster image processor that can generate high resolution graphics data "on the fly" to supply in real time to a high speed print engine.

The present invention provides a raster image processor that can meet these objectives. It provides a raster image processing system and method that can keep up with the fastest high resolution printers now available. It can process images "on the fly"—that is, generate images from compact input representations so rapidly that printing can occur substantially in the same real time as the RIP processor processes the input data. This has substantial benefit to customers because it allows print orders to be turned around very rapidly, thereby satisfying the requirements of "just in time" delivery—which was not possible using some prior RIP based systems.

The ability to form print images in real time is farther enhanced by the use of a high speed data cache and associated array disk drive to provide high speed throughput of data into the system. The disk array may, for example, store a library of high resolution graphics that can be accessed "on the fly" as needed in response to the input data stream. In the preferred embodiment, the disk array provides very high storage capability and throughput (e.g., total storage of 32 gb of information that can be accessed at a rate of over 50 mb per second). This allows the system to access graphical images while the particular print job is underway—enabling nearly simultaneous conversion, retrieval and printing of graphics and images. A data caching arrangement coupled to the disk array provides a FIFO (first-in-first-out) caching/buffering arrangement to maximize throughput and reduce access time.

To further enhance graphics capabilities, the system may also provide a custom graphics accelerator that can generate, on the fly, many "primitive" or simple graphics (e.g., angles, lines, boxes, etc.) at the same time that the remainder of the print image is being generated.

The present invention in a preferred embodiment may, for example, provide a completely modular architecture including an XL interface module for input data synchronization and interfacing, a master controller module for overall control and coordination, a RISC high speed processor module for data conversion and manipulation, a Font Image Memory ("FIM") module for storing bit images of fonts, a Binary Image Generator ("BIG") module for double-buffered storage of full-page images, and an Engine Control Module ("ECM") controlling and interfacing with particular printer or other output devices.

In the processing and printing of documents, a job block or file is provided which contains a description of the entire

5,796,411

| 5 | 6 |

job to be run including a page by page layout of the job. Once input is received, the RIP collects and assembles the characters and other image "objects" in a full page bitmap memory. The information provided with the job determines the size and positioning of text and graphics. The system automatically "remembers" where certain characters are positioned so as not to duplicate or overlay new characters.

The present invention has been able to achieve vastly superior speeds to that of prior RIP based systems, and can operate at speeds upwards of 300 mega pixels per second. Part of the success of the system and its ability to operate at such high speeds, is that the preferred embodiment of the instant invention is also capable of "screening on the fly." That is, it can automatically screen data relating to the images so that the various gray scales or color levels are correct for a contone printing process.

Other advantageous features provided in accordance with this invention include:

A high performance "generic" RIP for a multiplicity of printing or other output devices.

Capabilities and speeds not attainable using prior RIP designs.

Expandable to maintain low cost for lower level applications while still providing the capabilities required by high performance color printing devices.

Maintains compatibility with prior RIP designs—can run the same RIP code used to run prior Moore Hybrid RIP and PC configuration systems.

Up to 20,000 Job Input Block ("JIB") entries per page.

Up to 32,000 standard characters or 16,000 kanji type— mono characters per page; 15,000 colored screened text

Up to 254 fonts per job each containing up to 65,535 characters.

Up to eight patterns per job using optional screening hardware.

Up to 3,000 logos per job.

Ability to generate rules, rectangles and sides of boxes without additional storage overhead.

Supports the Moore Command Code Stream (MCCS) (a standard output of the data system for MIDS applications) and is also compatible with the Moore MIDAX® format.

Half-tone screening module converts continuous tone images to half-tone screen images "on the fly" during production for high resolution output engines.

Graphics module is capable of generating bar charts, pie charts, diagonal and curved lines "on the fly" during production.

Feedback for quality metrics and system productivity.

Accepts a variety of input formats including:

images in the form of fonts (e.g., outline format, Adobe type 1 or Moore XLF format), line art (compressed or uncompressed), and ConTone images;

objects represented in dynamic MCCS (Moore Command Code Stream) formatted data stream and standard JIB, oriented objects;

full color graphics;

screening tables; and

color lookup tables for color applications.

Input may be received from several standard inputs such as, for example, AFP or Advance Functional Printing, which is the standard input from International Business Machines of Armonk, New York, or the standard input from Xerox DJDE Records of Rochester, N.Y.

The printer operator can develop his or her own particular input or font types for use in the production of orders (one such example would be Moore Business Forms, Inc. of Lake Forest, Ill.).

Provides a number of different outputs, including raster data to suitable printing engine, printing engine synchronization and control, data system feedback for engine status, job analysis, error reports and audit trail information.

Examples of output devices include Midax® printer available from Moore Business Forms, Inc. of Lake Forest, Ill., a Scitex Print Station, available from Scitex Digital Printing, Inc. of Dayton, Ohio, or MICA available from Moore Business Forms, Inc. of Lake Forest, Ill. For color printing, example output devices include Indigo (available from Indigo America, Inc. of Amherst, N.H.) and Xeikon (available from Xeikon N.V. of Mortsel, Belgium).

Very high data rates:

120,000 characters per second (220% faster than prior Hybrid RIP design);

320 million pixels per second (assuming pixels are moved in 64 pixel blocks).

Additional graphics capabilities boost graphics oriented speeds to the 320 million pixels per second rate.

Imaging of variable full process color images and colored text in addition to existing XL/Hybrid capabilities.

Upwardly compatible with XL Data System, print devices, job and fonts so that existing jobs written for prior RIP designs will run.

More than 1000 8½×11" full color, full process color images variably from form to form or equivalent coverage using smaller images.

Full color images and colored text and line art can be printed using half-tone screening technology. Full color images can be half-tone screened "on the fly" as they are printed. The system can screen a document at various line frequencies (e.g., 50 lpi to 150 lpi in increments of roughly 5 lpi) and dot shapes (e.g., round, square, elliptical and line). Super cell technology provides very accurate angles for process color screening.

Any object which overlaps another object of a different color will utilize trapping to avoid undesired contamination by the underlying image.

Imaging of text and line art in a number of modes describing the way in which the image is formed and the manner in which it is merged into the page. The following modes of text and line art formation are supported: Normal (solid/colored text); Pattern (geometric filled text); Picture (image-filled text). The system supports several merge types including Transparent (background remains), Overprint (background replaced), Knockout (background under character glyph is removed).

Elements—the smallest entity within an object—are selectable based on the results of a particular selection criterion and test, providing a higher level of selectability allowing only portions of objects to be printed if desired.

Color of an element can be changed via select criteria.

With the optional hardware accelerator we are able to interpret graphic data structures including pie charts, bar charts, form overlays and art at high speeds.

Each job can have up to 64 homogeneous colors defined for use in coloring text and line art. They can be solid ink colors, or colors created by screening various levels of the four process colors. Screened full color continuous tone images are not restricted to these 64 colors.

Color support for four process color inks (e.g., cyan, magenta, yellow and black).

Images can be input via a "front end" system and then networked to a high speed disk array system in the proper format.

Post Script files can be initially converted to bit images by a Post Script interpreter residing on the "front end," or may be interpreted at high speed on download and imaged "on the fly."

5,796,411

7

Integrated system built out of modular subsystems.

The system ensures data integrity from the live data input media through to the printed page.

Audit trail of job status.

Automatic monitoring and recording of system performance.

All system feedback is easily interpreted by the operator, including error/warning messages and system performance metrics.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other features and advantages provided by the present invention will be better and more completely understood by referring to the following detailed description of presently preferred examples of embodiments of the invention in conjunction with the drawings, of which:

FIG. 1 is an example of an overall intelligent imaging system constructed in accordance with a preferred embodiment of this invention;

FIG. 2 shows overall example operations performed by the raster image processor shown in FIG. 1;

FIG. 3 shows an example architecture of the FIG. 1 raster image processor;

FIG. 3a shows the FIG. 3 raster image processor expanded to include screening, graphics and data cache capabilities;

FIG. 4 is a flowchart of example overall control operations performed by the RISC controller module to control data processing by the raster image processor;

FIG. 5 shows an example architecture for the XL interface module;

FIG. 6 shows an example architecture for the XL interface registration controller;

FIG. 7 shows an example architecture for the RISC controller module;

FIG. 8 shows an example architecture for the font image memory (FIM) module;

FIG. 9 shows an example architecture for the binary image generator (BIG) module;

FIGS. 10A and 10B show two different examples of engine control modules 600 for different print engines 68;

FIG. 11 shows an example architecture for a graphics module 900;

FIG. 12 shows an example of an architecture of a data cache module 800 (including associated RAID disk array);

FIG. 13 shows an example architecture for screen module 700; and

FIG. 14 shows an example implementation for the screening circuits shown in FIG. 13.

## DETAILED DESCRIPTION OF THE DRAWINGS

FIG. 1 shows an intelligent imaging system 50 provided by the present invention. System 50 performs the overall task of assembling digital image "objects" based on input digital data to create a visible image that can be viewed by a person. In this particular example, the visible image is printed onto a medium such as moving a paper "web" 72 to produce finished printed matter 76 that can be distributed and read or viewed.

### Overall Intelligent Imaging System 50

Intelligent imaging system 50 may include various input data sources such as a magnetic tape drive 52, an optical

8

scanner 54, a network 56 and a optical disk drive system 58. In addition, system 50 includes a "front end" computer system 60; an XL data system 62; and a raster image processor 64. Components 60, 62 and 64 are electronic devices that create, store, manipulate and process digital data to produce a digital representation of a visible image. In this example, system 50 further includes a print engine 68 and a paper handling mechanism 70. The print engine 68 may be a high resolution, high speed monochrome or color conventional print engine device, such as, for example, a Moore Business Forms MIDAX® print engine, a Scitex print head, or an Indigo high speed color printer.

The print engine 68 shown in FIG. 1 prints on a continuous "web" 72 of paper supplied, for example, from a large paper roll 74 at high speeds of up to 300 to 500 feet per minute. Print engine 68 includes electronic print heads that print images on web 72 as the web travels through the print engine (i.e., "plateless printing"). The printed web 72 is processed by conventional paper handling mechanisms 70 (e.g., cutters, staplers, gluers, folders, collators, stackers, etc.) to provide finished printed products 76.

The "raw materials" for the images to be printed by print engine 68 come from data sources 52–58. The system 50 accepts input data in a variety of forms including for example:

Images

    fonts such as outline font formats (e.g., Adobe type 1, Post Script, true type and bit stream);

    pre-generated Moore XLF format fonts; LineArt in compressed or uncompressed format; ConTone or full color graphics images; Objects

    dynamic MCCS (Moore Command Code Stream) formatted data stream

    standard JIB oriented objects;

Screening tables;

Color lookup tables;

Executable software for raster image processor 64 to execute;

Job description file instructions including, for example, input text.

Various ones of data sources 52, 54, 56 and 58 may supply these various types of input data as may be convenient. For example, input text to be printed may be stored on magnetic tape 53 or magnetic disk 55. Optical scanner 54 may be used to scan in photographs or other images for storage on disk 55 and later retrieval. Optical drive 58 accepts optical disks 59 that may store a variety of information including, for example, line art, fonts, executables, etc. Network 56 may connect system 50 to other similar systems 50 and/or other computing and/or storage devices located locally or remotely. "Front end" image handling system 60 enables users to input and correct full color images as well as line art, fonts and Post Script files. Front end 60 may be, for example, a general purpose digital computer such as a high-capability personal computer including a display 60a and a keyboard 60b. Front end 60 need not be co-located with the rest of system 50, but could be remote and communicate with XL data system 62 and raster image processor 64 via magnetic tape 53 and/or network 56, for example. Thus, for example, in one configuration the front end 60, optical scanner 54, optical drive 58 and disk 55 might be located remotely to the rest of the system 50, and produce as its "output" a job description file stored on magnetic tape 53. Magnetic tape 53 could then be physically carried to a production floor and inserted into another magnetic tape drive 52 coupled to XL data system 62, raster image processor 64 and print engine 68.

5,796,411

**9**

The "human" job coordinator operates front end **60** to perform a variety of tasks. For example. the human operator may. using front end **60**. select and collect images from the various data sources such as continuous tone pictures scanned using optical scanner **54**. continuous tone images stored on a Photo CD optical disk **59** or Post Script files supplied by magnetic tape **53** and/or disk **55** (or authored using the front end). The human operator also uses front end **60** to collect all line art such as graphics and logos. from either scannable line art or from Post Script files defining the graphics. The human operator also uses front end **60** to identify all fonts needed for a particular printing job. and if necessary. uses front end **60**to convert the font layout to an acceptable format. The job coordinator also uses front end **60** to select job layout and configuration. He or she will select and locate all objects to be printed on the finished printed products **76**. The job coordinator creates, using front end **60**. a "job description file" and supplies it plus all necessary fonts to raster image processor **64** via XL Data System **62** (for example. the job description file may be stored on magnetic tape **53** for later retrieval).

Raster image processor **64** is an electronic device that creates an image in computer memory based on the job description file provided by front end **60**. and sends the digital image to print engine **68** for printing. More particularly. raster image processor **64** rasterizes variable combinations of text, graphics and continuous tone images at high speed based on an inputted job description file. and outputs the rasterized image in digital form to print engine **68** in real time synchronism with the operations of the print engine. Raster image processor **64** monitors the travel of web **72** through print engine **68** and synchronizes its operations with web travel. Raster image processor **64** also controls print engine **68** to provide correct print registration of the images the print engine prints on web **72**. Raster image processor **64** thus coordinates with XL data system **62** to receive portions of the inputted job description file as they are needed. creates electronic images (in memory) to be printed on web **72**, and supplies those electronic images in digital form at the rates. resolutions and formats required by print engine **68**.

In the preferred embodiment, raster image processor **64** is capable of driving a number of different print engines or other output devices including. for example. Moore's MIDAX® print engine, Scitex print heads. and other imaging devices. FIG. 1 indicates this by showing another print engine **68a** that may be coupled to the output of raster image processor **64** instead of print engine **68**. In the preferred embodiment, no configuration changes to raster image processor **64**are required if the other print engine **68a** is compatible with print engine **68**. However, if the other print engine **68a** is not compatible. then a simple swap of a single plug-in electronic control module within raster image processor **64** for another is all that would be required to allow the raster image processor to work with the other print engine.

In the preferred embodiment, the human operator controls raster image processor **64** through a hand-held data display terminal **66** that includes a keypad **66a**. an array of light-up indicators (e.g.. light emitting diodes) **66b**. and an LCD display **66c**. Terminal keypad **66a** includes mode keys that select modules within raster image processor **64** to be controlled by the terminal. The human operator can use terminal **66** to read status information and error conditions. control operating parameters (e.g.. feet per minute, offset, registration mode, type of registration, etc.), invoke reset and download, and perform a variety of other control operations.

**10**

Raster Image Processor Operations

FIG. 2 shows the overall operations performed by raster image processor **64** in the preferred embodiment. The "front end" **60** supplies a job description file **80** to the raster image processor **64**. This job description file **80** typically contains a compact digital representative description how each of the pages of the finished printed product **76** will look. That is. for each different page to be imaged. a job description file will specify all text to appear on the page, identify the fonts to be used. specify any graphics or line art to be included. and also specify (if color imaging is employed) what colors are to be used. Job description file **80** essentially provides a complete representation in digital form of the entire print "job"—which may consist of many different pages of images.

Raster image processor **64** converts the job description file **80** into one or more "display lists" **82**. Raster image processor **64** creates a display list **82** for the next (and each) page to be imaged. Display list **82** specifies objects and their corresponding positions on the page as well as color/density information and other characteristics. For example. display list **82** typically specifies text information to be imaged, the position of the text on the page, and the font the text is to be imaged in.

Raster image processor **64** interprets the display list **82** as a list of instructions specifying the next page to be imaged. Raster image processor **64** constructs a digital representation of a complete image in memory in accordance with the instructions contained within the display list **82**. Raster image processor **64** interprets the display list **82** to identify all "fonts" (e.g., type styles) required to image the next page. The raster image processor then writes bit map images of the necessary fonts into a "font image memory" ("FIM") **400** so they are available for imaging. Raster image processor **64** also parses the display list **82** to identify all graphics images that need to be supplied to image the page. The raster image processor can generate some simplified types of graphics "on the fly". For example. if a special component called a "graphics accelerator" module **900** is present. the raster image processor **64** can generate curved lines, geometrical shapes, etc. "on the fly" in real time and supply them on an as-needed basis in response to the instructions within the display list **82**.

For color imaging, raster image processor **64** may add color information to the font information supplied by font image memory **400** (and also to the graphics generated by graphics accelerator **900**)—all as instructed by the display list **82** .

The raster image processor **64** can also access pre-stored graphics such as color images, line art. etc.. from a graphics library stored in a "data cache" **800**. The raster image processor **64** may control "data cache" module **800** (if present) to retrieve and supply the appropriate graphics images as needed and specified by display list **82** .

Once the various "objects" to be imaged are ready to be supplied, raster image processor **64** assembles them together to form a complete digital representation of the final image. This digital representation is stored in a "Bit Image Memory" **512**. In a preferred embodiment, Bit Image Memory **512** has "double buffers"—i.e.. it has a pair of duplicate memories **512a**. **512b** each of which can store an entire image. This allows raster image processor **64** to output a completed image to the output device at the same time that it is creating the next image in the bit image memory **512** in real time.

In this example. each of Bit Image Memories **512a**. **512b** comprises a full page "bitmap" having discrete storage

5,796,411

**11**

locations positionally corresponding to each position on the page that can be filled in with a dot. In a preferred embodiment, this bit mapped memory image may comprise four "bit planes" to provide a total of sixteen ($2^4$) color or monochrome density values. The graphics and fine art provided by data cache 800 may supply the appropriate color information directly to Bit Image Memory **512**.

When raster image processor **64** has finished storing a completed page image into one of Bit Image Memories **512a**, **512b**, it ceases accessing that bit image memory and begins working on a new image in the other Bit Image Memory. Output circuitry then accesses the completed image and output the data in a sequence and at a rate required by the print engine **68** being used. Thus, for example, raster image processor **64** may supply the completed bit mapped image one line at a time or multiple lines at a time as required by the print engine **68**, and does so at timing synchronized with the movement of web **72** through print engine **68**. While one part of the raster image processor **64** is accessing the completed memory image in Bit Image Memory **512a**, another part of it may at the same time be building the next page image in its duplicate binary image memory **512b**—and still another part of the raster image processor may be converting another portion of job description file **80** into a new display list **62** for the second-to-next succeeding page.

### Architecture of Raster Image Processor

FIG. 3 shows an example modular architecture for raster image processor **64**. In the preferred embodiment, raster image processor **64** is fully modular, and is constructed based on a generalized bus architecture and associated back plane that allows the different modules (preferably each of which comprises a single printed circuit board) to be replaceably plugged in and out. This modular architecture provides easy expandability to add additional capabilities (compare FIGS. 3 and 3A), and also allows some modules to be swapped out for other modules to adapt to different requirements (e.g., different output devices such as different print engines).

In the example shown in FIG. 3, raster image processor **64** includes an XL interface module 100, a master controller module 200, a RISC controller **300**, a font image memory ("FIM") module 400, a binary image generator ("BIG") module 500, and an engine control module ("ECM") 600. A VME bus **1000** provides communication between XL interface module 100, master controller module 200 and RISC controller module 300. An "R-BUS" **1002** allows communication (image, commands) between RISC controller module 300, FIM 400, BIG 500 and ECM 600. An F-BUS **1004** allows transfer of image date (e.g., fonts and logos) between the FIM 400 and the BIG 500. A P-BUS **1006** transfers final form image data from BIG 500 to ECM 600.

As shown in FIG. 3A, R-BUS **1002** also provides communications to optional enhancement modules such as, for example, a screening module 700, a data cache module 800 and a graphics module 900. F-BUS **1004** allows transfer of image date between the FIM 400 and/or the BIG 500, and the graphics module 900. In addition, in this expanded configuration, data cache module 800 may communicate data to screening module 700 over a DC (data cache) bus **1010**, and screen module 700 may communicate data to BIG 700 via a SCR (screen) bus **1012**.

Briefly, the XL interface module 100 accepts the job description file **80** from an XL Data System **62** and supplies it for processing to master controller module **200**. Master

**12**

controller module **200** converts the job description file **80** into display lists **82**, and supplies the display lists to RISC controller module **300** for imaging. The RISC controller module 300 coordinates the operations of FIM 400 and the BIG 500 (which contains the Bit Image Memories **512a**, **512b**) to generate the digital representation of the image based on the display list **82** for the next page to be imaged. The ECM 600 breaks the completed digital representation up into suitably sized "chunks" and provides them to print engine **68** exactly at the time the print engine needs them to print the next portion of the image.

The (optional) graphics module 900 generates vector graphics "on the fly" based on instructions from RISC controller module 300, and also is capable of efficiently de-compressing and/or scaling image files. The (optional) data cache module 800 stores a graphics library and supplies required prestored graphics information to screen module 700 in real time. Screen module 700 "screens" contone image files and provides the resulting pixelized data values to BIG 500.

### More Detailed Description of Raster Image Processor Operations

FIG. 4 is an example of a sequence of control steps performed by RISC controller module 300 to coordinate the various activities performed by raster image processor **64**. Raster Image processor **64** and its associated RISC controller 300 begins operations by initializing (block 84). Then, RISC controller **300** looks for a display list **82** to process (block 86). Once the RISC controller 300 receives a display list **82**, it begins parsing it (e.g., from top to bottom) to determine the type of objects it specifies (block 88). If the display list **82** "instruction" specifies a color, then RISC controller **300** sets the default color to the specified color for use in further rendering of text and graphics (block **90**). If an "instruction" within display list **82** specifies text (exit block 91), RISC controller **300** sends a command to the FIM 400 (block 95) specifying the characteristics of the text characters to be imaged. If the display list **82** "instruction" specifies a graphic (exit block 92), RISC controller **300** sends a command to the graphic module 900 specifying the characteristics of the graphic to be generated (block 96). If an instruction within display list **82** specifies an image (exit block 93), RISC controller 300 sends a command to the Screen module 97 (block 97). This parsing process continues in an interactive fashion until RISC controller **300** encounters of "end of page" instruction (block **94**)—at which time it checks hardware status (block 99) and "returns" to wait for arrival of the next display list **86** to process. Meanwhile, each of FIM 400, Graphic module 900 and Screen Module 700 writes its respective output into the bit image memory **512** within BIG 500.

### More Detailed Discussion of Raster Image Processor Modules

The overall operations and architecture of raster image processor **64** are described above. The following provides additional, more detailed descriptions of each of the various modules within raster image processor **64**.

### XL Interface Module **100**

FIG. 5 shows an example of an overall architecture for XL interface module 100. XL interface module 100 in this example is a microprocessor-based interface device that:

    provides communications with the XL data system **62** via the GPI bus **1007**;

5,796,411

13

provides web synchronization and registration control for
the raster image processor **64**;

receives data from the XL data system **62** and buffers it
into a FIFO (up to 16 mb); and

drives operator control terminal **66**.

In this example, XL interface module **100** includes a VME
bus interface and data FIFO block **102**, a GPI bus interface
**104**, a serial communications and operator interface block
**106**, a registration controller block 108, and a microproces-
sor and interrupt control block **110**. An internal bus **112**
allows blocks **102–110** to communicate among themselves.
In addition, a further data path 114 between VME interface
and data FIFO **102** and GPI interface **104** allows information
to be rapidly transferred from the GPI bus **1007** and the
VME bus **1000**.

The overall operation of XL interface module **100** is
controlled by microprocessor and interrupt control **110**,
which may include a Motorola 680180 microprocessor with
64 K-bytes of EPROM, 256 K-bytes of RAM and a decode
and interface PASIC. In this example, microprocessor **110**
controls all functions of XL interface module **100** except for
those of data FIFO **102**.

Registration controller **108** synchronizes the imaging
operations of raster image processor **64** with the travel of
web **72**. Registration controller accepts web synchronization
signals from various encoders and scanners disposed on
print engine **60** to monitor the position and travel of web **72**.
In response, registration controller **108** generates print reg-
istration control signals which it provides to ECM 600. ECM
600 uses these print registration control signals to synchro-
nize itself and print engine **68** with the movement and
position of web **72**.

FIG. 6 shows a more detailed functional diagram of
registration controller **108**. The registration controller **108**
includes signal conditioning devices **116, 118** and **120** to
condition the web synchronization signals it receives. Reg-
istration controller 108 also includes registration counters
**122, 124, 126** (implemented in this example by one or more
PASICs—programmable application-specific integrated
circuits) that keep track of the position of web **72** relative to
the current (and next) page. An array of multiplexors
**128–134** is used to select between the various web synchro-
nization signals depending on the particular registration
mode being used. The following table shows examples of
how top-of-form is generated in each of five different
registration modes:

| Mode | How Top-of-Form is Generated |
|---|---|
| Sensemark | Optical scanner senses a preprinted mark on the form |
| Pinwheel | Tractor-driven encoder with resolution of 36 pulses per inch |
| Tight Web | XL Data System's CUE signal |
| Plain Paper | Raster or pitch encoder |
| Fake Mode | Internally generated rasters Test only |

Based on this processing, registration controller **108** gener-
ates a top-of-form (TOF) control signal that it supplies to
microprocessor and interrupt controller **110**. This TOF sig-
nal is used as a primary synchronization control signal to
synchronize raster image processor **64** with web **72** move-
ment.

Referring once again to FIG. 5, GPI bus interface **104**
includes two main functional sections. The first section
receives data from GPI bus **1007** and passes it to the on
board data FIFO **102** via data path 114. Microprocessor **110**
can also pass data to data FIFO **102**, using this channel
during stand-alone operation. A second section of GPI
interface **104** is used to pass message data back—serially—

14

to the XL data system **62**. The GPI bus **1007** in the preferred
embodiment includes data path **1007** a and a message output
path 1007b for these respective purposes.

The serial communications and operator interface block
**106** of XL interface module **100** comprises an 8-channel
serial controller chip, serial bus drivers, and interrupt control
circuitry for microprocessor 110. These channels enable all
functional parts of raster image processor **64** to communi-
cate with XL interface module **100** and display terminal **66**.

The VME interface and data FIFO block **102** can be, in
this example, configured with 4, 8 or 16 mb of memory. This
block **102** is used to buffer data from the XL Data System **62**
or other host data system to be accessed by master controller
**200** across the VME bus **1000**. The control logic within
VME interface and data FIFO **102** may, for example, com-
prise a pair of PASICs. One of these PASICs may control the
FIFO input, while the other may oversee the reading of the
FIFO in the VME bus interface and decode. Interrupt
arbitration for the three VME interrupts provided (FIFO
empty, TOF and host reset) are also handled by this block
**102** in this example.

In more detail, the FIFO controller section of block **102**
may consist of DRAM and associated DRAM controller that
can be configured as a 4, 8 or 16 mb FIFO. Data from an
input latch may be read and put into the main FIFO, and then
moved into a smaller on-board 512-byte FIFO as the smaller
one is emptied through the VME bus controller onto the
VME bus **1000**. The DRAM controller in this example
produces three main cycles: read, write and refresh. The
controller looks for data to be available in its input latch.
When data becomes available, the controller performs a
write cycle and writes the byte into DRAM. When the FIFO
is not empty, and the 512-byte FIFO is not full, then a read
cycle is performed to move the byte from the main DRAM
FIFO to the 512-byte output FIFO. The DRAM controller
also produces a refresh approximately every 15 ms to
maintain valid data in the DRAMs.

The VME bus interface section within block **102** in this
example contains a PASIC and other circuitry which con-
trols the VME bus decoding and arbitration, as well as the
FIFO output data shifting. The FIFO data can be accessed by
either byte, word or long word in this example. Data is read
from the 512-byte FIFO when not empty, and shifted into an
output shifter. The output shifter is a 4-byte shift register in
this example that shifts one byte at a time, down to the least
significant bit location. As the least significant bit location is
filled, the next byte is shifted into the next least significant
position until all four bytes are filled. When a byte-wide
VME read occurs, the first byte is shifted into the shifter.
Next, the three remaining bytes and a new byte from the
512-byte FIFO are shifted simultaneously to fill the shifter
again. This also occurs for word and long word FIFO
accesses. Block **102** maintains a status register readable by
main controller module 200 over the VME bus **1000** that
indicates FIFO status and data availability. The VME inter-
face portion of block **102** also includes 2 kB of dual-port
RAM in this example that accessible by both the micropro-
cessor **110** and by master controller **200** and RISC controller
**300** over the VME bus **1000**. This shared RAM is used for
control and communication between XL interface module
and master controller module 200.

Master Controller Module 200

Master controller module 200 includes a Motorola 68040
microcontroller in this example with an associated 4 Mb of
RAM. Master controller module **200** is the master controller
of raster image processor **64**, and provides for communica-

5,796,411

15

tion between the XL interface module 100 and RISC controller module 300. The master controller module 200, which is based on a prior master controller design used in the prior art Hybrid RIP product, performs various control and processing operations under software control. For example, master controller module 200 maintains a Job Information Block (JIB) that contains information for each line to be imaged including start information, font, rotation, placement and line length. Master controller module 200 also maintains a Font Address Memory that stores the starting pointers of each character within FIM 400. As master controller module 200 processes job information passed to it by XL interface module 100, it passes the information over VME bus 1000 to a memory within RISC controller module 300.

RISC Controller Module 300

RISC controller module 300 in this example oversees all image handling and synchronization of the FIM 400, BIG 500 and ECM 600. FIG. 7 shows a block diagram of RISC controller module 300. The heart of RISC controller module 300 is a 33000 RISC processor 302 including 4 Mb of DRAM for internal code storage and associated control and support logic for decoding and control operation. RISC processor 302 communicates with the VME bus 1000 via buffers 304, 306 and control logic 308. A pair of 1-Mb SRAM modules 312a, 312b are used to receive job information for the current page to be imaged passed to RISC controller module 300 by master controller module 200 over VME bus 1000. Two SRAMs 312 are used because this memory space is shared between RISC processor 302 and master controller module 200, with one SRAM 312 being accessed by the RISC processor and the other SRAM 312b being accessed by master controller 200. RISC processor 302 communicates with R bus 1002 via data buffers 314 and address interface control logic 316. In this example, R bus 1002 provides a 32-bit wide data path, a 32-bit wide address path and additional control lines (e.g., write control and parity).

Font Image Memory 400

FIM 400 comprises a large random access memory used to store the pixel patterns of all of the fonts, logos and patterns being used in the current print job. FIM 400 interfaces with the R bus 1002 (from which it receives pixel images sent to it by RISC controller 300), and outputs stored images via F bus 1004. In this example, F bus 1004 includes a 64-bit data bus 1004b and associated address path 1004a as is shown in FIG. 8 (a block diagram of the internal architecture of an example FIM 400).

As shown in FIG. 8, the core of FIM 400 is a large block of random access memory 402 comprising 64 Mb of DRAM expandable to 256 Mb. In this example, RAM 402 may be comprised of eight 2 meg x 36 bit SIMM memory modules that can be upgraded to eight 8 meg x 36 bit SIMMs. ASIC-based refresh control logic 404 performs all necessary DRAM refresh control and DRAM address selection. Drivers within block 404 may operate the address lines, write enable lines, etc., of memory 402. Additional ASIC-based control logic 406 is used in this example to handle the checksum operation for all fonts, logos and patterns being loaded into memory 402. An FIM command FIFO 408 receives FIM commands from RISC controller 300 necessary to place a pixel image into FIM memory 402. These commands are sent to FIM control ASIC/drivers 404 for processing. Interface to R bus 1002 is provided by buffers 410 and interface control 412.

16

To reduce memory requirements, FIM 400 may store font information in monochrome format and maintain associated color values in the same or different memory. These color values are specified by RISC controller 300 when the RISC controller controls the FIM 400 to write the font information into its memory. During the process of writing the memory contents of FIM 400 to BIG 500, the FIM may supply the color values (e.g., four bits wide) to result in the BIG writing these color values into its bit image memory 512.

Binary Image Generator 500

Binary image generator 500 assembles and stores a memory image of the final image to be printed. FIG. 9 shows a block diagram of an example of BIG 500. In this example, BIG 500 interfaces with the R bus 1002 via data buffers 502 and address control 504, and interfaces with F bus 1004 via an FIM data FIFO 506. BIG 500 also interfaces with P-bus 1006 (a 64-bit bus in the preferred embodiment) via a BIM data read multiplexor 508 and a shifter/multiplier 510.

The heart of BIG 500 is a pair of binary image memories 512a, 512b each having a size of 64 Mb. Each of memories 512a, 512b store a complete page to be imaged. A shifter/multiplier 510 writes data into one of memories 512a, 512b while the contents of the other are streamed out over P bus 1006 for output. Write operations into memories 512a, 512b occur under control of R bus 1002 via blocks 502, 504. All commands for each character's size, position and type are received via data transceivers within block 502 and written into command FIFOs 514.

The BIG master controller 516 is, in this example, an ASIC that generates BIG timing signals including clock and load signals for X and Y position commands, clock signals for shifter/multiplier 510, and read signals for command FIFOs 514 and screen data FIFO 518. Master controller 516 also originates merge and crop signals, and receives all X and Y size commands for each character's placement within memories 512a, 512b. The Y positions are passed through multiplier 510 prior to being clocked into the BIM controller 518a, 518b. The X positions are placed directly on the internal bus 520.

BIM controllers 518 in this example each comprise an ASIC. There are two BIM controllers 518, one for each BIM 512. BIM controllers 518a, 518b receive shifter address values via internal bus 520. These address values specify the starting point for each character cell for the X and Y positions. Controllers 518a, 518b pass these positions along to BIM memory modules 512a, 512b respectively, in the form of addresses over multiplexed buses that work in conjunction with read and write control signals generated by the controllers 518. Offset bits also supplied by BIM controllers 518a, 518b specify offsets from the nominal addresses specified on the address lines.

Each BIM 512 in this example comprises eight SIMM modules for a total of 64 Mb of memory. Each BIM memory 512a, 512b is arranged in a 4 Mb deep by 128 bit wide structure. Each SIMM memory module used to compose BIM memories 512a, 512b has 16 full Mb by 1 bit DRAM memories, merge logic and mask logic. Thus, each 4 Mb x 128 BIM memory 512 is equal to one complete page image, dynamically sized per requirements of ECM 600. ECM accesses the image over P bus 1006.

ECM 600

The basic function of ECM 600 is to transfer binary information stored in BIM 512 to the print engine 68 at timings and in quantities/formats demanded by the print

5,796,411

17

engine. Different ECMs 600 are used in this example depending on the particular print engine 68 being employed. To use raster image processor 64 with a different print engine 68, a technician can unplug one ECM 600 modular printed circuit board from a backplane connecting it to the rest of raster image processor 64, and plug in another ECM 600 designed for the new print engine.

FIG. 10A shows an example of an ECM 600 for the MIDAX 300 print engine. In this example, ECM 600 includes a PIC17C42 microcontroller 602, two ASIC chips, and some interface logic including a P-Bus interface 604, a latch 606 and differential drivers/receivers. The microcontroller 602 controls the interface logic to transfer 32 pixels of image from BIG 500 at a time to print engine 68. The internal microcontroller reads 64 pixels of BIG 500 memory over P bus 1006, and latches this double long word into latch 606. It then reads the latch 606 a long word at a time and sends the pixel data to print engine 68 via drivers 608. Associated ASIC-based control logic takes care of synchronization between ECM 600, RISC controller 300, BIG 500 and print engine 68. Additional ASIC-based control logic provides appropriate hand shaking between BIG 500 and print engine 68 under supervision of the ECM internal microcontroller 602. Still additional ASIC-based control logic provides handshaking RISC controller 300 and ECM 600.

FIG. 10B shows an example of an alternate architecture for an ECM 600a designed to be used with a color high speed printer such as the Indigo print engine. In this alternate example, ECM 600a includes an input sequencer 610, a P-Bus interface 612, input FIFOs 614, an Indigo formatter 616, an output sequencer 618, differential drivers/receivers 620, and fiber optic transmitter 622. In this example, input sequencer 610 (which may be microcontroller based) reads pixels from BIG 500 memory over P-Bus 1006 via P-Bus interface circuitry 612, and stores the read information in input FIFOs 614. Special formatter circuitry 616 under control of output sequencer 618 automatically reformats the input data to conform with the requirements of the Indigo print engine, and provides the output data in reformatted form to the Indigo printer via fiber optic transmitter 622. Differential drivers/receivers 620 communicate status and control signals between output sequencer 618 and the Indigo print engine. ECM 600a includes additional ASIC-based control logic to provide appropriate handshaking with the rest of raster image processor 64 as discussed above.

Graphics Module 900

FIG. 11 shows an example architecture for a graphics module 900 shown in FIG. 3A. Graphics module 900 provides raster image processor 64 with both data stream image "lift" capability and vector graphics drawing capability in the preferred embodiment. The data stream image processing may, for example, support CCITT Group 3 and Group 4 image expansion along with variable scaling of non-compressed images. Graphics module 900 may provide full X and Y scaling of the expanded images from ¼ scale to four times before the image is transferred to BIG 500 over F bus 1004.

As shown in FIG. 11, graphics module 900 includes an input FIFO/data interface 902, a VCEP expansion processor 904, a scaler 906, a RISC processor 908, a display list FIFO 910, a pixel placer 912, first and second image memories 914a, 914b, and an output section 916. In this example, graphics processor 900 receives instructions from RISC controller 300 via the R-Bus 1002. In addition, graphics

18

processor 900 may also receive compressed image data over the R-Bus 1002 and/or F bus 1004. The information sent to graphics processor 900 is stored by the graphics processor in input FIFO/data interface 902. This component 902 routes commands to internal RISC processor 908 and/or to display list FIFO 910, and also provides first-in-first-out buffering for compressed (or uncompressed) image data which it routes to VCEP 904 for processing.

VCEP expansion processor 904 comprises a conventional image expander (de-compressor) circuit that operates at 16.6 Mb per second in transparent mode (no compression) and from 20 MB/SEC to 50 MB/SEC on a compressed image—depending on the image compression ratio. VCEP 904 "expands" image data from a more compact, compressed format (used to more efficiently store and communicate the image data) to a decompressed format suitable for imaging. VCEP 904 provides its decompressed output (or transparently passes images data if it was initially provided in decompressed format) to the input of a scaler 906.

Scaler 906 provides conventional full X and Y variable scaling of the expanded image data from, for example, ¼ scale to four times, and provides the scaled, decompressed image data onto an internal data bus 918 for temporary buffering in "double-buffered" image memories 914a, 914b. In this example, the throughput from the output of expansion processor 904 to image memories 914a, 914b may be on the order of 200 ms/word=10 mb/sec (for a scaled image) or on the order of 100 ms/word =20 mb/sec (for a 1:1 scale image).

Graphics RISC processor 908 performs program control steps to coordinate the operations of the other components of graphics module 900. RISC processor 908, display list FIFO 910 and pixel placer 912 in this example support the "on the fly" drawing of full page vector graphics (including optional area filling and accelerated PostScript rendering). More particularly, RISC processor 908 may perform, under software control, certain graphics generation steps based on display list instructions passed to graphics module 900 by RISC controller 300 over R bus 1002. These display list instructions may temporarily reside in display list FIFO 910 while they are being processed. Actual pixel generation is preferably performed by pixel placer 912 under control of a "display list" provided in display list FIFO 910. The display list FIFO 910 does not store display list 82 generated by master controller 200, but rather, stores a different type of display list designed to control pixel placer 912. In this example, pixel placer 912 includes hardware circuitry capable of generating vector graphics at high speed. Pixel placer 912 provides its output to image memories 914a, 914b over internal bus 918. Output bus 916 takes the output from image memories 914a, 914b (the output bus can read from one of image memories 914 while the pixel placer 912 and/or the scaler 906 is filling the other image memory), processes them to provide automatic area filling (e.g., to fill in a box automatically), and outputs the graphics results onto F-Bus 1004 for receipt by BIG 500. Additionally, the output block 916 performs "erase" functions to erase already-output data from image memories 914.

Data Cache 800

FIG. 12 shows an example of an architecture for data cache 800. In this example, raster image processor 64 may be enhanced by the use of an array disk drive 802 (e.g., a RAID array manufactured by Maximum Strategy of California providing up to 30 GB of data storage with a 53 MB/SEC output rate). Data cache module 800 maximizes data throughput by "caching" the data output by the RAID

5,796,411

**19**

drive **802** and placing it onto DC bus **1010** for further processing by screen module **700**. In this example, data cache module **800** includes a conventional HIPPI interface **804** providing an interface to the RAID drive **802**. The output of interface **804** is provided to a large FIFO RAM (e.g., 128 MB) **806** under control of data cache controller **808** —which in turn receives its instructions (e.g., which graphics to retrieve) from RISC controller **300** via R bus **1002**. The information stored in FIFO **806** is provided to DC bus **1010** via high speed output latches **810**.

Screen Module 700

FIG. 13 shows an example architecture for screen module 700. In the preferred embodiment, screen module 700 provides the following functions for raster image processor **64**:

it generates screen patterns to be merged by the BIG **500** with character data or to create "screened" lines and boxes;

it generates a screened image at the proper output resolution from an input contone file of almost any resolution;

it passes prescreened images from the data cache **800** to the BIG **500**; and

it reads and disposes of data from the data cache 800 to clear the image pipeline of unneeded data.

In this example, screen module 700 includes input FIFOs **702**, screening circuits **704**, a data shifter **706**, an output register **708**, an input controller **710**, an output controller **712** and a screen RAM address generator **714**. In the preferred embodiment screen module **800** receives its input from data cache **800** over the DC bus **1010**. This input is temporarily stored in input FIFOs **702**. If the data does not need to be screened, it may be passed (e.g., via multiplexors not shown) directly to output register **708** and on to BIG **500** via a screen bus **1012** (see the FIG. 9 diagram of BIG **500**, which shows SCR bus **1012** providing an additional input to shifter/multiplier **510**).

As is well known, "screening" refers to a process in which contone images are pixelized. If the data needs to be screened, it is passed from input FIFOs **702** to the input of screening circuits **704**. A primary function of screen circuits **704** is to generate screened image data at the proper output resolution from an input contone file of almost any resolution. In this example, there are sixteen identical screening circuits as shown in FIG. 14 within screen module 700 to provide 16-channel parallel screen processing. In this example, each screening circuit **704** includes an image data RAM **716**, a threshold table RAM **718** and a comparator **720**. Image data RAM **76** is used to store image data to be screened received from input FIFOs **702**. Threshold table RAM **718** stores an array of "threshold values" and associated screened output values. The contents of RAM **718** may be provided to screen module **700** via RISC controller **300**, for example, and can be changed depending on the particular contone image being screened. Threshold table RAM **718** stores threshold or "mapping" information that controls the transformation between an input contone file and screened output data. In this example, a comparator **720** compares each image data value stored in image data -RAM **716** with the threshold values stored in threshold table RAM **718**, and provides appropriate corresponding "mapped" or "screened" output data in the form of an output pixel value. This "mapped" "screen" output pixel value is provided to data shifter **706** for temporary storage.

Referring back again to FIG. 13, the output of data shifter **706** is provided to BIG **500** via SCR bus **1012** and output registers **708**.

**20**

In this example, input controller **710** controls the operation of input FIFOs **702**, and output controller **712** controls the operation of output register **708**. Input controller **710** and output controller **712** receive instructions from RISC controller 300 over R bus **1002** via a command FIFO **716**. Input controller **710**, output controller **712** and screen RAM address generator **714** also provide their control inputs to screening circuits **704** to allow the screening circuits to synchronize their operations. Screen RAM address generator **714** is used to address image data RAM **716** and also to control data shifter **706**.

While the invention has been described in connection with what is presently considered to be the most practical and preferred embodiment, it is to be understood that the invention is not to be limited to the disclosed embodiment, but on the contrary, is intended to cover various modifications and equivalent arrangements included within the spirit and scope of the appended claims.

What is claimed is:

1. A raster image processor operable with any particular one of plural different incompatible print engines, said raster image processor comprising:

a processor portion of said raster image processor that receives a display list and performs image generation functions based thereon;

a processor bus connected to said processor portion;

a font image memory connected to said processor bus, said font image memory storing fonts for imaging; and

a bit image generator connected to said processor bus, said bit image generator forming a digital representation of an image based on said stored fonts and said display list and outputting said formed digital representation; and

a replaceable plug-in engine control module for providing said formed digital representation to said particular print engine at a timing and in a format required by at least one of said particular print engines.

2. A raster image processor comprising:

a processor portion of said raster image processor that receives a display list and performs image generation functions based thereon;

a processor bus connected to said processor portion;

a font image memory connected to said processor bus, said font image memory storing fonts for imaging;

a data cache coupled to said processor bus, said data cache storing and supplying predefined graphics; and

a bit image generator connected to said processor bus, said bit image generator forming a digital representation of an image based on said stored fonts, said supplied predefined graphics and said display list and outputting said formed digital representation.

3. A raster image processor comprising:

a processor portion of s aid raster image processor that receives a display list and performs image generation functions based thereon;

a processor bus connected to said processor portion;

a font image memory connected to said processor bus, said font image memory storing fonts for imaging;

a bit image generator connected to said processor bus, said bit image generator forming a digital representation of an image based on said stored fonts and said image generation functions and outputting said formed digital representation; and

means coupled to said bit image generator for providing output data to either of two difficult incompatible print engines, said providing means including:

5,796,411

21

a first engine control module for reading data from said bit image generator and outputting said read data to a first print engine,

a second engine control module for reading data from said bit image generator and outputting said read data to a second print engine different from said first print engine, and

a connector adapted to alternately receive said first engine control module and said second engine control module, and to couple the engine control module received by the connector to said bit image generator.

wherein said raster image processor can output said formed digital representation at a rate in excess of 300 million pixels per second.

4. A raster image processor comprising:

a processor portion of said raster image processor that receives a display list and performs image generation functions based thereon;

a processor bus connected to said processor portion;

a font image memory connected to said processor bus, said font image memory storing fonts for imaging;

a bit image generator connected to said processor bus, said bit image generator forming a digital representation of an image based on said stored fonts and said image generation functions and outputting said formed digital representation;

a data cache coupled to said processor bus, said data cache retrieving from a library of graphics and providing retrieved graphics data to said bit image generator; and

wherein said raster image processor can output said formed digital representation at a rate in excess of 300 million pixels per second.

5. A raster image processor comprising:

a processor portion of said raster image processor that receives a display list and performs image generation functions based thereon;

22

a processor bus connected to said processor portion;

a font image memory connected to said processor bus, said font image memory storing fonts for imaging;

a bit image generator connected to said processor bus, said bit image generator forming a digital representation of an image based on said stored fonts and said image generation functions and outputting said formed digital representation;

screening means coupled to said bit image generator for converting continuous tone input data to screened output data and for providing said screened output data to said bit image generator; and

wherein said raster image processor can output said formed digital representation at a rate in excess of 300 million pixels per second.

6. A raster image processor comprising:

a processor portion of said raster image processor that receives a display list and performs image generation functions based thereon;

a processor bus connected to said processor portion;

a font image memory connected to said processor bus, said font image memory storing fonts for imaging;

a bit image generator connected to said processor bus, said bit image generator forming a digital representation of an image based on said stored fonts and said image generation functions and outputting said formed digital representation;

means coupled to said bit image generator for providing output data to either of two different incompatible print engines; and

wherein said raster image processor can output said formed digital representation at a rate in excess of 300 million pixels per second.

*   *   *   *   *

# EXHIBIT B

US005828814A

# United States Patent [19]

## Cyman et al.

[11] **Patent Number:** 5,828,814

[45] **Date of Patent:** Oct. 27, 1998

[54] **REDUCED COST HIGH RESOLUTION REAL TIME RASTER IMAGE PROCESSING SYSTEM AND METHOD**

[75] Inventors: **Theodore F. Cyman**; **Kevin P. Kernin**, both of Grand Island; **Robert J. Recchione**, Niagara Falls; **Anthony L. Treis**, North Tonawanda, all of N.Y.

[73] Assignee: **Moore Business Forms, Inc.**, Grand Island, N.Y.

[21] Appl. No.: **709,848**

[22] Filed: **Sep. 10, 1996**

[51] **Int. Cl.$^6$** ..................................................... **G06K 15/00**

[52] **U.S. Cl.** ............................................ **395/102**; 395/112

[58] **Field of Search** .................................. 395/110, 112, 395/114, 115, 116, 833, 834, 882, 884, 892; 400/61, 62, 67, 76; 358/442, 444

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,003,496 | 3/1991 | Hunt, Jr. et al. . | |
| 5,109,476 | 4/1992 | Thompson . | |
| 5,113,494 | 5/1992 | Menendez et al. .................... | 395/163 |
| 5,146,554 | 9/1992 | Statt . | |
| 5,506,941 | 4/1996 | Kurumida . | |
| 5,528,374 | 6/1996 | Matias . | |
| 5,572,631 | 11/1996 | Kavathekar et al. .................... | 395/115 |
| 5,572,632 | 11/1996 | Laumeyer et al. . | |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 470782 | 2/1992 | European Pat. Off. . | |
| 597571 | 5/1994 | European Pat. Off. . | |
| WO 95/28685 | 10/1995 | WIPO . | |
| WO 96/19352 | 6/1996 | WIPO . | |

### OTHER PUBLICATIONS

Alexander et al., "Output Devices: Faster RIPs and Recorders," *Seybold Report on Publishing Systems,* V.22, n.16, May 19, 1993.

*Primary Examiner*—Arthur G. Evans
*Attorney, Agent, or Firm*—Nixon & Vanderhye P.C.

[57] **ABSTRACT**

A reduced cost, scaled down raster image processor (RIP) provides fast real time imaging without the cost and complexity of prior designs. The scaled down RIP can be tailored to accommodate image generation in a particular printing range to efficiently run print bars at a reduced equipment cost. The scaled down RIP utilized a personality module in conjunction with a scaled down controller to provide limited print information to a print engine. The personality module tailors the system for a particular print engine, such as a Moore® Independent Cartridge Array (MICA) ink jet printer. The personality module is responsible for requesting and reading raster data to build up the staging RAM. A pair of EEPROMs may be used to control each bar read according to the position and distance from the other. Pixel data is then sent to the service station along with the print bar address. The personality module outputs the sequence of pixel data to the service station for imaging, interfaces the display and keyboard information, and transfers the various offsets to a control ASIC for rehandling the pixel data at the staging RAM.

**19 Claims, 23 Drawing Sheets**





Fig. 1

Case: 1:15-cv-03998 Document #: 1-1 Filed: 05/05/15 Page 34 of 98 PageID #:38



*Fig. 2*

Case: 1:15-cv-03998 Document #: 1-1 Filed: 05/05/15 Page 35 of 98 PageID #:39

*Fig. 3*





*Fig. 3A*

*Fig. 4*

RISC SOFTWARE FUNCTIONAL BREAKDOWN



Case: 1:15-cv-03998 Document #: 1-1 Filed: 05/05/15 Page 38 of 98 PageID #:42



*Fig. 5*

XL INTERFACE MODULE  100



Fig. 6

Case: 1:15-cv-03998 Document #: 1-1 Filed: 05/05/15 Page 40 of 98 PageID #:44



Fig. 7



Fig. 8B



Fig. 8A

Case: 1:15-cv-03998 Document #: 1-1 Filed: 05/05/15 Page 42 of 98 PageID #:46

## Fig. 9



2064

MASTER
CONTROLLER                 2110

SCALED DOWN CONTROLLER

2112

FIMVME
ASIC

GPI
INTERFACE

2122                                    2120

GPI
BUS
1007

MAIN CONTROL
ASIC

2124

PERSONALITY MODULE          2114

SDC
INTERFACE

PM
CONTROL
ASIC

2189                    2190

RS232
TO DATA
TERMINAL
66

TO PRINT ENGINE
SERVICE STATION

Case: 1:15-cv-03998 Document #: 1-1 Filed: 05/05/15 Page 43 of 98 PageID #:47

## Fig. 10





*Fig. 11*

## Fig. 12



Case: 1:15-cv-03998 Document #: 1-1 Filed: 05/05/15 Page 46 of 98 PageID #:50

## Fig. 13





*Fig. 14*



Fig. 15



*Fig. 16*



*Fig. 17*



*Fig. 18*

Case: 1:15-cv-03998 Document #: 1-1 Filed: 05/05/15 Page 52 of 98 PageID #:56



*Fig. 19*



*Fig. 20*



*Fig. 21*



Fig. 22

5,828,814

1

# REDUCED COST HIGH RESOLUTION REAL TIME RASTER IMAGE PROCESSING SYSTEM AND METHOD

## CROSS REFERENCE TO RELATED APPLICATION

This application is related to commonly owned co-pending U.S. patent application Ser. No. 08/500,011 filed Jul. 10, 1995 by Theodore F. Cyman et al. The aforementioned co-pending application is hereby incorporated by reference in its entirety.

## FIELD OF THE INVENTION

This invention relates to high speed, high resolution intelligent electronic imaging, and more particularly to high speed electronic plateless printing. More particularly, the present invention relates to Raster Image Processors ("RIPs") for rapidly generating images. Still more particularly, the present invention relates to scaled down, reduced cost high speed dedicated Raster Image Processor Systems for real time generation of high resolution images including various different types of image objects.

## BACKGROUND AND BRIEF SUMMARY OF THE INVENTION

Modern high speed electronic "plateless" printing engines have capabilities not even dreamed of only a few years ago. For example, the current line of MIDAX® printing engines available from Moore Business Forms, Inc. of Lake Forest, Ill. can print high resolution images on a continuous "web" of paper moving at a speed on the order of 500 feet per minute. High speed, high resolution color printing engines are also now available that can print very high resolution (e.g., 600 dpi) color images on continuous or sheet-fed paper moving at speeds of on the order of 300 feet per minute or more.

To provide maximum image flexibility, high performance "intelligent" electronic printing engines generally take as an input, data defining a digital value for each printable location on the printed page. Such locations are commonly referred to as "pixels" (short for "picture elements"). Although pixel-based intelligent electronic printing engines can print virtually any arbitrary image (within the resolution, color and other limitations of the print engine), they require a massive amount of input data for high resolution printing. For example, to print an 8-½ inch by 11-inch page at a 600 dots-per-inch resolution requires 5100×6600 =33.66 million individual pixel values. High speed printers can print on the order of 300 to 500 pages per minute (i.e., on the order of 8 pages or more per second)—and therefore require in the excess of 300 million pixels (120,000 characters) per second. The digital value associated with each pixel may nominally be only one digital "bit" (if the "bit" is "on" the printer should place ink at the corresponding location; if the "bit" is "off" the printer should not place ink at that location). However, modern electronic printing engines provide multiple (e.g., 4) bits for each pixel to encode gray scale level or one of several different colors. This requires a data delivery system that can provide on the order of 1.2 billion digital bits per second.

General purpose digital computers of reasonable cost and complexity are not capable of supplying print stream data at these incredible rates. The alternative to real time processing—generating print images "off line" and storing them for later retrieval by the printer—is not feasible at least because the amount of data involved in an average print run is too massive to be economically stored and rapidly accessed using conventional mass storage techniques.

To meet the data rate demands of prior generations of intelligent electronic printing engines, dedicated systems commonly known as Raster Image Processors ("RIPs") were developed to generate image data based on a compact input representation such as a PostScript file or other variable data stream. Some such prior RIP designs could not generate image data in real time. Thus, these prior RIPs suffered from the drawback that the data coming in from the input device had to be completely converted before any output data could be supplied to the output printing device and the print job could begin to run. This inability to rasterize in real time required each print job to be handled in two phases: an off-line conversion process, and a later on-line printing process. This caused delays, and was a severe problem with "just in time" requirements for delivery of completed print jobs to customers.

Some prior art RIP systems were, however, capable of generating image data "on the fly" while the print job was running. One example of a prior art raster image processor capable of generating image data in real time synchronism with printing operations is the "Hybrid RIP" ("H-RIP") manufactured by Moore Business Forms, Inc. and described in Technical Reference Manual entitled "H-RIP Technical Manual" (Moore Business Forms, Inc. 1994). The H-RIP system used dedicated hardware circuitry controlled by a microprocessor-based master controller to generate rasterized print image data in real time. Briefly, the prior art H-RIP system accepted, as an input, a standardized file format stored on a mass storage device such as magnetic tape. In this prior design, an intermediate "XL Data System" read the input file from the tape and supplied it to the H-RIP for processing. The H-RIP included an XL Interface that received and buffered the data from the XL data system and supplied the data to a microprocessor-based master controller. The master controller interpreted the input data and created a display list specifying the objects to be rendered on the next printed page. The master controller wrote bit map images of the fonts required to image the display list representation into a Font Image Memory ("FIM") to make these objects available for rendering. The master controller then controlled the FIM to write the bit map images into a Binary Image Generator ("BIG") including a pair of full-page bit map memories—thereby "rendering" a memory image of the entire page to be printed. While one page of image was being created in one of the full-page bit map memories, dedicated print engine control and interface circuitry could access an already complete memory image in the other memory and provide its pixel values to the printing engine in real time synchronism with paper "web" movement. Typically, the printer engine could not accept a full page at a time, but rather required the data to be presented to it in smaller "chunks" (e.g., in blocks comprising several lines of the image). The H-RIP supplied these "chunks" to the printer engine in synchronism with the engine's need for the data.

Moore's prior art H-RIP system was successful in its own right. However, further improvements were possible. For example, this prior art H-RIP system does not have sufficient speed and bandwidth to keep up with advanced high-speed high-resolution print engines now available. Additionally, the prior art H-RIP was limited to monochrome printing and had no color capabilities. Furthermore, this prior art H-RIP was limited to only a single input format, and could not handle graphical images efficiently. In addition, the prior art

5,828,814

**3**

H-RIP could work with only a single type of print engine (a Moore Business Forms MIDAX® intelligent printer) and was incompatible with other print engine types. As discussed below, these shortcomings present severe disadvantages in some applications.

One disadvantage of the prior H-RIP design relates to its ability to work with only a single type of printer. The H-RIP was custom-designed to supply data to a Moore MIDAX® 300 intelligent printer, and was incapable of working with any other (non-compatible) printer. However, purchasers typically have a choice of several different models of intelligent printing engines, and larger printing facilities may have several different types of printers for use with different types of print runs. For example, one printer may be used for production of long print runs, another printer may be used for production of short runs which require high quality graphics and color, and a still further printer might be optimal for printing text with simplified graphics such as lines, boxes and angles. In the past, the print shop had to purchase a different RIP system for each different printer device since each RIP was specifically customized for a corresponding particular printer.

The requirement for several different types of RIPs (each of which may cost several tens of thousands of dollars, assuming they are even commercially available) led to great expense and confusion. For example, different RIP systems typically would have completely different cabling, installation, maintenance and other requirements. Technicians and operators had to be trained to service each of several dissimilar RIP systems. Spare parts for many different RIP systems had to be stocked. Software and input data incompatibilities between the different RIP systems required extensive logistical coordination to ensure that print jobs were prepared for the right combination of RIP and uniquely-associated print engine. These problems may have effectively limited the number of different types of printing devices a given printing facility could afford to have—thus decreasing the types of printing services that could be offered to customers.

Prior art RIPs such as the H-RIP also suffered from the disadvantage that it could only accept input data in a single standardized format. To use input data in a different format, a print operator would have to convert the data to the standard format (or use a different RIP designed to accept that different input format). Each time the printer operator wanted to use a different input format, he or she would have to convert the data to a format usable by the RIP associated with the printing device scheduled to print the job. The printer operator might have to custom tailor or purchase a RIP or other appropriate conversion system if no existing system would handle the new, non-standard format. Conversions off line were tedious, sometimes unreliable, and added substantially to the overall processing time and man hours required to complete a particular print job. For example, to process a single print order comprising multiple parts representing different input formats, the print operator might have to run the first part of the job, and then reset the system with a different RIP (which must be done off line) to interpret a different input format. He or she would then run the next part of the print set, and possibly thereafter reset and reconfigure the system again to run a further part of the job using a still different input format. The operator would have to continue in this fashion until the entire multi-part print job was completed—a rather lengthy, cumbersome and inefficient process which was quite time consuming.

Moreover, prior RIP designs such as the H-RIP were not capable of providing in excess of 300-million pixels per

**4**

second required to drive high speed, high resolution monochrome and color electronic print engines. Prior RIP systems capable of generating color graphic images were limited to conversion speeds of about 100 million pixels per second—whereas the most current high resolution color printing engines can require data at rates in excess of three times that. Throughput and bandwidth problems are exacerbated by the ever increasing use of complex graphics in the intelligent imaging process. Processing operations related to graphics and adjusting portions of the page to accommodate the graphics can be very time-consuming operations, and full-color high resolution graphics take up a great deal of storage space. The manipulation of graphic images may also require the input data to be "screened" to provide appropriate color grades—adding even more processing time.

Thus, there has been a long felt need for a raster image processor that can receive inputs in various different formats (e.g., fonts, full color graphics, line art, patterns, etc.) from a variety of different input devices and is capable of generating outputs in different formats usable by different types of printing (or other) output devices. In addition, there is a need to provide a raster image processor having very high throughput that is also capable of screening and processing color data. There is also a need to provide a raster image processor that is modular and expandable to meet varying needs and requirements. Furthermore, it would be desirable to provide a raster image processor that can generate high resolution graphics data "on the fly" to supply in real time to a high speed print engine.

The invention of co-pending application Ser. No. 08/500,011 provides a raster image processor that can meet these objectives. It provides a raster image processing system and method that can keep up with the fastest high resolution printers now available. It can process images "on the fly"—that is, generate images from compact input representations so rapidly that printing can occur substantially in the same real time as the RIP processor processes the input data. This has substantial benefit to customers because it allows print orders to be turned around very rapidly, thereby satisfying the requirements of "just in time" delivery—which was not possible using some prior RIP based systems.

In the system of application Ser. No. 08/500,011, the ability to form print images in real time is further enhanced by the use of a high speed data cache and associated array disk drive to provide high speed throughput of data into the system. The disk array may, for example, store a library of high resolution graphics that can be accessed "on the fly" as needed in response to the input data stream. In the preferred embodiment, the disk array provides very high storage capability and throughput (e.g., total storage of 32 gb of information that can be accessed at a rate of over 50 mb per second). This allows the system to access graphical images while the particular print job is underway—enabling nearly simultaneous conversion, retrieval and printing of graphics and images. A data caching arrangement coupled to the disk array provides a FIFO (first-in-first-out) caching/buffering arrangement to maximize throughput and reduce access time.

To further enhance graphics capabilities, the system of application Ser. No. 08/500,011 may also provide a custom graphics accelerator that can generate, on the fly, many "primitive" or simple graphics (e..g, angles, lines, boxes, etc.) at the same time that the remainder of the print image is being generated.

A preferred embodiment of application Ser. No. 08/500,011 may, for example, provide a completely modular archi-

5,828,814

5
6

tecture including an XL interface module for input data synchronization and interfacing, a master controller module for overall control and coordination, a RISC high speed processor module for data conversion and manipulation, a Font Image Memory ("FIM") module for storing bit images of fonts, a Binary Image Generator ("BIG") module for double-buffered storage of full-page images, and an Engine Control Module ("ECM") controlling and interfacing with particular printer or other output devices.

In the processing and printing of documents, a job block or file is provided which contains a description of the entire job to be run including a page by page layout of the job. Once input is received, the RIP collects and assembles the characters and other image "objects" in a full page bitmap memory. The information provided with the job determines the size and positioning of text and graphics. The system automatically "remembers" where certain characters are positioned so as not to duplicate or overlay new characters.

The system of application Ser. No. 08/500,011 has been able to achieve vastly superior speeds to that of prior RIP based systems, and can operate at speeds upwards of 300 mega pixels per second. Part of the success of the system and its ability to operate at such high speeds, is that the preferred embodiment is also capable of "screening on the fly." That is, it can automatically screen data relating to the images so that the various gray scales or color levels are correct for a contone printing process. A number of other advantageous features provided by the system described in application Ser. No. 08/500,011 are explained in that specification.

The advantages and features offered by the system disclosed in co-pending application Ser. No. 08/500,011 provide a significant advance over the prior art. However, such systems can be quite costly and may provide more capabilities than are needed to run a particular print job. In certain applications, flexibility and extended capabilities may be of lower importance than reduced cost. For example, in some applications only a specific type of print engine will be utilized. In other applications, the RIP may only need to operate within a particular pixel range. Accordingly, it would be desirable to provide a scaled down raster image processor specifically for use with a particular print engine, such as an ink jet printer. Such a scaled down raster image processor requires more than simply eliminating optional features.

In accordance with the present invention, a scaled down RIP can be tailored to accommodate image generation in a particular range specifically to efficiently run print bars at a reduced equipment cost. The disclosed embodiment processes the input stream for a Moore independent cartridge array (MICA) ink jet printer, and is still capable of operating at relatively high speeds (e.g., upwards of 300 feet per minute). However, the preferred embodiment operates within a limited pixel range of, for example, 1024 pixels wide to 2048 pixels wide. Up to sixteen (16) ink-jet cartridges in an array may be driven with the preferred embodiment. Of course, the system could be configured for additional cartridges or for different types of printers.

In accordance with one aspect of the present invention, a personality module is provided. The personality module is responsible for requesting and reading raster data to build up the staging RAM. The preferred embodiment utilizes a pair of EEPROMs to control each bar read according to the position and distance from the other. Pixel data is then sent to the service station along with the print bar address. The personality module preferably outputs the sequence of pixel data to the service station for imaging, and interfaces the

display and keyboard information and transfers the various offsets to a control ASIC for rehandling the pixel data at the staging RAM.

## BRIEF DESCRIPTION OF THE DRAWINGS

These and other features and advantages provided by the present invention will be better and more completely understood by referring to the following detailed description of presently preferred examples of embodiments of the invention in conjunction with the drawings, of which:

FIG. 1 is an example of an overall intelligent imaging system;

FIG. 2 shows overall example operations performed by the raster image processor shown in FIG. 1;

FIG. 3 shows an example architecture of the FIG. 1 raster image processor in accordance with co-pending application Ser. No. 08/500,011;

FIG. 3a shows the FIG. 3 raster image processor expanded to include screening, graphics and data cache capabilities;

FIG. 4 is a flowchart of example overall control operations performed by the RISC controller module to control data processing by the raster image processor;

FIG. 5 shows an example architecture for the XL interface module;

FIG. 6 shows an example architecture for the XL interface registration controller;

FIG. 7 shows an example of an overall intelligent imaging system in accordance with the present invention;

FIGS. 8A and 8B show an arrangement of MICA ink jet cartridges which may be used in connection with the present invention;

FIG. 9 shows an example general architecture for a scaled-down raster image processor in accordance with a preferred embodiment of the present invention;

FIG. 10 shows an example of a GPI interface section of a scaled down controller portion of a raster image processor which may be used in accordance with a preferred embodiment of the present invention;

FIG. 11 shows an example of a VME interface and font image memory (FIM) section of a scaled down controller which may be used in accordance with a preferred embodiment of the present invention;

FIG. 12 shows an example substructure architecture of a FIMVME ASIC which may be used in connection with the preferred embodiment of the present invention;

FIG. 13 schematically illustrates address decoding which may be implemented by a FIMVME ASIC in accordance with the preferred embodiment of the present invention;

FIG. 14 schematically illustrates a registration operation which may be implemented by a FIMVME ASIC in accordance with the preferred embodiment of the present invention;

FIG. 15 is an example timing diagram illustrating a write cycle for storing information in FIM in accordance with a preferred embodiment of the present invention;

FIG. 16 schematically illustrates a FIM checksum operation which may be implemented by a FIMVME ASIC in accordance with the preferred embodiment of the present invention;

FIG. 17 illustrates an example substructure architecture of a main controller in accordance with the preferred embodiment;

5,828,814

7

FIG. **18** illustrates an example display list information provided in a set of thirty-two bit longwords;

FIG. **19** is an example useful in illustrating a preferred manner in which a character from font image memory (FIM) is placed in bit image memory (BIM);

FIG. **20** is an example circuit useful in illustrating operation of a main controller in accordance with the present invention;

FIG. **21** shows an example substructure architecture of the personality module ASIC; and

FIG. **22** illustrates a technique for compensating for relative displacements of print cartridges in the direction of web movement.

DETAILED DESCRIPTION OF THE DRAWINGS

In describing the features, characteristics and advantages of the present invention, reference will be made initially to a preferred larger-scale raster image processor described in connection with co-pending application Ser. No. 08/500,011. Against that background, the present invention will be described with primary reference to FIGS. **7** through **23**. It should be appreciated that the following description is directed to a preferred implementation, and that various modifications, adjustments and variations may be made according to particular needs. The present invention is not intended to be limited to the described embodiment. For example, although the present invention is described in connection with a MICA ink-jet printer, other printers can be utilized in which case appropriate changes and substitutions may be made in the described implementation.

FIG. **1** shows an intelligent imaging system **50**. System **50** performs the overall task of assembling digital image "objects" based on input digital data to create a visible image that can be viewed by a person. In this particular example, the visible image is printed onto a medium such as moving a paper "web" **72** to produce finished printed matter **76** that can be distributed and read or viewed.

Overall Intelligent Imaging System **50**

Intelligent imaging system **50** may include various input data sources such as a magnetic tape drive **52**, an optical scanner **54**, a network **56** and a optical disk drive system **58**. In addition, system **50** includes a "front end" computer system **60**; an XL data system **62**; and a raster image processor **64**. Components **60**, **62** and **64** are electronic devices that create, store, manipulate and process digital data to produce a digital representation of a visible image. In this example, system **50** further includes a print engine **68** and a paper handling mechanism **70**. The print engine **68** may be a high resolution, high speed monochrome or color conventional print engine device, such as, for example, a Moore Business Forms MIDAX® print engine, a Scitex print head, or an Indigo high speed color printer.

The print engine **68** shown in FIG. **1** prints on a continuous "web" **72** of paper supplied, for example, from a large paper roll **74** at high speeds of up to 300 to 500 feet per minute. Print engine **68** includes electronic print heads that print images on web **72** as the web travels through the print engine (i.e., "plateless printing"). The printed web **72** is processed by conventional paper handling mechanisms **70** (e.g., cutters, staplers, gluers, folders, collators, stackers, etc.) to provide finished printed products **76**.

The "raw materials" for the images to be printed by print engine **68** come from data sources **52**–**58**. The system **50** accepts input data in a variety of forms including for example:

8

Images
    fonts such as outline font formats (e.g., Adobe type **1**, Post Script, true type and bit stream);
    pre-generated Moore XLF format fonts;
LineArt in compressed or uncompressed format;
ConTone or full color graphics images;
Objects
    dynamic MCCS (Moore Command Code Stream) formatted data stream
    standard JIB oriented objects;
Screening tables;
Color lookup tables;
Executable software for raster image processor **64** to execute;
Job description file instructions including, for example, input text.

Various ones of data sources **52**, **54**, **56** and **58** may supply these various types of input data as may be convenient. For example, input text to be printed may be stored on magnetic tape **53** or magnetic disk **55**. Optical scanner **54** may be used to scan in photographs or other images for storage on disk **55** and later retrieval. Optical drive **58** accepts optical disks **59** that may store a variety of information including, for example, line art, fonts, executables, etc. Network **56** may connect system **50** to other similar systems **50** and/or other computing and/or storage devices located locally or remotely.

"Front end" image handling system **60** enables users to input and correct full color images as well as line art, fonts and Post Script files. Front end **60** may be, for example, a general purpose digital computer such as a high-capability personal computer including a display **60***a* and a keyboard **60***b*. Front end **60** need not be co-located with the rest of system **50**, but could be remote and communicate with XL data system **62** and raster image processor **64** via magnetic tape **53** and/or network **56**, for example. Thus, for example, in one configuration the front end **60**, optical scanner **54**, optical drive **58** and disk **55** might be located remotely to the rest of the system **50**, and produce as its "output" a job description file stored on magnetic tape **53**. Magnetic tape **53** could then be physically carried to a production floor and inserted into another magnetic tape drive **52** coupled to XL data system **62**, raster image processor **64** and print engine **68**.

The "human" job coordinator operates front end **60** to perform a variety of tasks. For example, the human operator may, using front end **60**, select and collect images from the various data sources such as continuous tone pictures scanned using optical scanner **54**, continuous tone images stored on a Photo CD optical disk **59** or Post Script files supplied by magnetic tape **53** and/or disk **55** (or authored using the front end). The human operator also uses front end **60** to collect all line art such as graphics and logos, from either scannable line art or from Post Script files defining the graphics. The human operator also uses front end **60** to identify all fonts needed for a particular printing job, and if necessary, uses front end **60** to convert the font layout to an acceptable format. The job coordinator also uses front end **60** to select job layout and configuration. He or she will select and locate all objects to be printed on the finished printed products **76**. The job coordinator creates, using front end **60**, a "job description file" and supplies it plus all necessary fonts to raster image processor **64** via XL Data System **62** (for example, the job description file may be stored on magnetic tape **53** for later retrieval).

Raster image processor **64** is an electronic device that creates an image in computer memory based on the job

5,828,814

9 10

description file provided by front end **60**, and sends the digital image to print engine **68** for printing. More particularly, raster image processor **64** rasterizes variable combinations of text, graphics and continuous tone images at high speed based on an inputted job description file, and outputs the rasterized image in digital form to print engine **68** in real time synchronism with the operations of the print engine. Raster image processor **64** monitors the travel of web **72** through print engine **68** and synchronizes its operations with web travel. Raster image processor **64** also controls print engine **68** to provide correct print registration of the images the print engine prints on web **72**. Raster image processor **64** thus coordinates with XL data system **62** to receive portions of the inputted job description file as they are needed, creates electronic images (in memory) to be printed on web **72**, and supplies those electronic images in digital form at the rates, resolutions and formats required by print engine **68**.

The raster image processor **64** may be capable of driving a number of different print engines or other output devices including, for example, Moore's MIDAX® print engine, Scitex print heads, and other imaging devices. FIG. **1** indicates this by showing another print engine **68a** that may be coupled to the output of raster image processor **64** instead of print engine **68**. In the preferred embodiment of co-pending application Ser. No. 08/500,011, no configuration changes to raster image processor **64** are required if the other print engine **68a** is compatible with print engine **68**. However, if the other print engine **68a** is not compatible, then a simple swap of a single plug-in electronic control module within raster image processor **64** for another is all that would be required to allow the raster image processor to work with the other print engine.

The human operator may control raster image processor **64** through a hand-held data display terminal **66** that includes a keypad **66a**, an array of light-up indicators (e.g., light emitting diodes) **66b**, and an LCD display **66c**. Terminal keypad **66a** includes mode keys that select modules within raster image processor **64** to be controlled by the terminal. The human operator can use terminal **66** to read status information and error conditions, control operating parameters (e.g., feet per minute, offset, registration mode, type of registration, etc.), invoke reset and download, and perform a variety of other control operations.

Raster Image Processor Operations

FIG. **2** shows the overall operations performed by the larger scale raster image processor **64**. The "front end" **60** supplies a job description file **80** to the raster image processor **64**. This job description file **80** typically contains a compact digital representative description how each of the pages of the finished printed product **76** will look. That is, for each different page to be imaged, a job description file will specify all text to appear on the page, identify the fonts to be used, specify any graphics or line art to be included, and also specify (if color imaging is employed) what colors are to be used. Job description file **80** essentially provides a complete representation in digital form of the entire print "job"—which may consist of many different pages of images.

Raster image processor **64** converts the job description file **80** into one or more "display lists" **82**. Raster image processor **64** creates a display list **82** for the next (and each) page to be imaged. Display list **82** specifies objects and their corresponding positions on the page as well as color/density information and other characteristics. For example, display list **82** typically specifies text information to be imaged, the position of the text on the page, and the font the text is to be imaged in.

Raster image processor **64** interprets the display list **82** as a list of instructions specifying the next page to be imaged. Raster image processor **64** constructs a digital representation of a complete image in memory in accordance with the instructions contained within the display list **82**. Raster image processor **64** interprets the display list **82** to identify all "fonts" (e.g., type styles) required to image the next page. The raster image processor then writes bit map images of the necessary fonts into a "font image memory" ("FIM") **400** so they are available for imaging. Raster image processor **64** also parses the display list **82** to identify all graphics images that need to be supplied to image the page. The raster image processor can generate some simplified types of graphics "on the fly". For example, if a special component called a "graphics accelerator" module **900** is present, the raster image processor **64** can generate curved lines, geometrical shapes, etc. "on the fly" in real time and supply them on an as-needed basis in response to the instructions within the display list **82**.

For color imaging, raster image processor **64** may add color information to the font information supplied by font image memory **400** (and also to the graphics generated by graphics accelerator **900**)—all as instructed by the display list **82**.

The raster image processor **64** can also access pre-stored graphics such as color images, line art, etc., from a graphics library stored in a "data cache" **800**. The raster image processor **64** may control "data cache" module **800** (if present) to retrieve and supply the appropriate graphics images as needed and specified by display list **82**.

Once the various "objects" to be imaged are ready to be supplied, raster image processor **64** assembles them together to form a complete digital representation of the final image. This digital representation is stored in a "Bit Image Memory" **512**. In a preferred embodiment of the larger scale raster image processor, Bit Image Memory **512** has "double buffers"—i.e., it has a pair of duplicate memories **512a**, **512b** each of which can store an entire image. This allows raster image processor **64** to output a completed image to the output device at the same time that it is creating the next image in the bit image memory **512** in real time.

In this example, each of Bit Image Memories **512a**, **512b** comprises a full page "bitmap" having discrete storage locations positionally corresponding to each position on the page that can be filled in with a dot. This bit mapped memory image may comprise four "bit planes" to provide a total of sixteen ($2^4$) color or monochrome density values. The graphics and line art provided by data cache **800** may supply the appropriate color information directly to Bit Image Memory **512**.

When raster image processor **64** has finished storing a completed page image into one of Bit Image Memories **512a**, **512b**, it ceases accessing that bit image memory and begins working on a new image in the other Bit Image Memory. Output circuitry then accesses the completed image and output the data in a sequence and at a rate required by the print engine **68** being used. Thus, for example, raster image processor **64** may supply the completed bit mapped image one line at a time or multiple lines at a time as required by the print engine **68**, and does so at timing synchronized with the movement of web **72** through print engine **68**. While one part of the raster image processor **64** is accessing the completed memory image in Bit Image Memory **512a**, another part of it may at the same time be building the next page image in its duplicate binary image memory **512b**—and still another part of the raster image

5,828,814

11

processor may be converting another portion of job description file **80** into a new display list **62** for the second-to-next succeeding page.

### Architecture of Larger Scale Raster Image Processor

FIG. 3 shows an example modular architecture for larger scale raster image processor **64**. Raster image processor **64** may be fully modular, and constructed based on a generalized bus architecture and associated back plane that allows the different modules (preferably each of which comprises a single printed circuit board) to be replaceably plugged in and out. This modular architecture provides easy expandability to add additional capabilities (compare FIGS. 3 and 3A), and also allows some modules to be swapped out for other modules to adapt to different requirements (e.g., different output devices such as different print engines).

In the example shown in FIG. 3, raster image processor **64** includes an XL interface module **100**, a master controller module **200**, a RISC controller **300**, a font image memory ("FIM") module **400**, a binary image generator ("BIG") module **500**, and an engine control module ("ECM") **600**. A VME bus **1000** provides communication between XL interface module **100**, master controller module **200** and RISC controller module **300**. An "R-BUS" **1002** allows communication (image, commands) between RISC controller module **300**, FIM **400**, BIG **500** and ECM **600**. An F-BUS **1004** allows transfer of image date (e.g., fonts and logos) between the FIM **400** and the BIG **500**. A P-BUS **1006** transfers final form image data from BIG **500** to ECM **600**.

As shown in FIG. 3a, R-BUS **1002** also provides communications to optional enhancement modules such as, for example, a screening module **700**, a data cache module **800** and a graphics module **900**. F-BUS **1004** allows transfer of image date between the FIM **400** and/or the BIG **500**, and the graphics module **900**. In addition, in this expanded configuration, data cache module **800** may communicate data to screening module **700** over a DC (data cache) bus **1010**, and screen module **700** may communicate to BIG **700** via a SCR (screen) bus **1012**.

Briefly, the XL interface module **100** accepts the job description file **80** from an XL Data System **62** and supplies it for processing to master controller module **200**. Master controller module **200** converts the job description file **80** into display lists **82**, and supplies the display lists to RISC controller module **300** for imaging. The RISC controller module **300** coordinates the operations of FIM **400** and the BIG **500** (which contains the Bit Image Memories **512a**, **512b**) to generate the digital representation of the image based on the display list **82** for the next page to be imaged. The ECM **600** breaks the completed digital representation up into suitably sized "chunks" and provides them to print engine **68** exactly at the time the print engine needs them to print the next portion of the image.

The (optional) graphics module **900** generates vector graphics "on the fly" based on instructions from RISC controller module **300**, and also is capable of efficiently de-compressing and/or scaling image files. The (optional) data cache module **800** stores a graphics library and supplies required prestored graphics information to screen module **700** in real time. Screen module **700** "screens" contone image files and provides the resulting pixelized data values to BIG **500**.

### More Detailed Description of Larger Scale Raster Image Processor Operations

FIG. 4 is an example of a sequence of control steps performed by RISC controller module **300** to coordinate the

12

various activities performed by raster image processor **64**. Raster Image processor **64** and its associated RISC controller **300** begins operations by initializing (block **84**). Then, RISC controller **300** looks for a display list **82** to process (block **86**). Once the RISC controller **300** receives a display list **82**, it begins parsing it (e.g., from top to bottom) to determine the type of objects it specifies (block **88**). If the display list **82** "instruction" specifies a color, then RISC controller **300** sets the default color to the specified color for use in further rendering of text and graphics (block **90**). If an "instruction" within display list **82** specifies text (exit block **91**), RISC controller **300** sends a command to the FIM **400** (block **95**) specifying the characteristics of the text characters to be imaged. If the display list **82** "instruction" specifies a graphic (exit block **92**), RISC controller **300** sends a command to the graphic module **900** specifying the characteristics of the graphic to be generated (block **96**). If an instruction within display list **82** specifies an image (exit block **93**), RISC controller **300** sends a command to the Screen module **97** (block **97**). This parsing process continues in an interactive fashion until RISC controller **300** encounters an "end of page" instruction (block **94**)—at which time it checks hardware status (block **99**) and "returns" to wait for arrival of the next display list **86** to process. Meanwhile, each of FIM **400**, Graphic module **900** and Screen Module **700** writes its respective output into the bit image memory **512** within BIG **500**.

### More Detailed Discussion of Larger Scale Raster Image Processor Modules

The overall operations and architecture of raster image processor **64** are described above. The following provides additional, more detailed descriptions of each of the various modules within the larger scale raster image processor **64**.

### XL Interface Module **100**

FIG. 5 shows an example of an overall architecture for XL interface module **100**. XL interface module **100** in this example is a microprocessor-based interface device that:

provides communications between the XL data system **62** via the GPI bus **1007**;

provides web synchronization and registration control for the raster image processor **64**;

receives data from the XL data system **62** and buffers it into a FIFO (up to 16 mb); and

drives operator control terminal **66**.

In this example, XL interface module **100** includes a VME bus interface and data FIFO block **102**, a GPI bus interface **104**, a serial communications and operator interface block **106**, a registration controller block **108**, and a microprocessor and interrupt control block **110**. An internal bus **112** allows blocks **102**–**110** to communicate among themselves. In addition, a further data path **114** between VME interface and data FIFO **102** and GPI interface **104** allows information to be rapidly transferred from the GPI bus **1007** and the VME bus **1000**.

The overall operation of XL interface module **100** is controlled by microprocessor and interrupt control **110**, which may include a Motorola 680180 microprocessor with 64 K-bytes of EPROM, 256 K-bytes of RAM and a decode and interface PASIC. In this example, microprocessor **110** controls all functions of XL interface module **100** except for those of data FIFO **102**.

Registration controller **108** synchronizes the imaging operations of raster image processor **64** with the travel of web **72**. Registration controller accepts web synchronization

5,828,814

13

signals from various encoders and scanners disposed on
print engine 60 to monitor the position and travel of web 72.
In response, registration controller 108 generates print reg-
istration control signals which it provides to ECM 600. ECM
600 uses these print registration control signals to synchro-
nize itself and print engine 68 with the movement and
position of web 72.

FIG. 6 shows a more detailed functional diagram of
registration controller 108. The registration controller 108
includes signal conditioning devices 116, 118 and 120 to
condition the web synchronization signals it receives. Reg-
istration controller 108 also includes registration counters
122, 124, 126 (implemented in this example by one or more
PASICs—programmable application-specific integrated
circuits) that keep track of the position of web 72 relative to
the current (and next) page. An array of multiplexors
128–134 is used to select between the various web synchro-
nization signals depending on the particular registration
mode being used. The following table shows examples of
how top-of-form is generated in each of five different
registration modes:

| MODE | HOW TOP-OF-FORM IS GENERATED |
|---|---|
| Sensemark | Optical scanner senses a preprinted mark on the form |
| Pinwheel | Tractor-driven encoder with resolution of 36 pulses per inch |
| Tight Web | XL Data System's CUE signal |
| Plain Paper | Raster or pitch encoder |
| Fake Mode | Internally generated rasters Test only |

Based on this processing, registration controller 108 gener-
ates a top-of-form (TOF) control signal that it supplies to
microprocessor and interrupt controller 110. This TOF sig-
nal is used as a primary synchronization control signal to
synchronize raster image processor 64 with web 72 move-
ment.

Referring once again to FIG. 5, GPI bus interface 104
includes two main functional sections. The first section
receives data from GPI bus 1007 and passes it to the on
board data FIFO 102 via data path 114. Microprocessor 110
can also pass data to data FIFO 102, using this channel
during stand-alone operation. A second section of GPI
interface 104 is used to pass message data back—serially—
to the XL data system 62. The GPI bus 1007 in the preferred
embodiment includes data path 1007a and a message output
path 1007b for these respective purposes.

The serial communications and operator interface block
106 of XL interface module 100 comprises an 8-channel
serial controller chip, serial bus drivers, and interrupt
circuitry for microprocessor 110. These channels enable all
functional parts of raster image processor 64 to communi-
cate with XL interface module 100 and display terminal 66.

The VME interface and data FIFO block 102 can be, in
this example, configured with 4, 8 or 16 mb of memory. This
block 102 is used to buffer data from the XL Data System 62
or other host data system to be accessed by master controller
200 across the VME bus 1000. The control logic within
VME interface and data FIFO 102 may, for example, com-
prise a pair of PASICs. One of these PASICs may control the
FIFO input, while the other may oversee the reading of the
FIFO in the VME bus interface and decode. Interrupt
arbitration for the three VME interrupts provided (FIFO
empty, TOF and host reset) are also handled by this block
102 in this example.

In more detail, the FIFO controller section of block 102
may consist of DRAM and associated DRAM controller that
can be configured as a 4, 8 or 16 Mb FIFO. Data from an
input latch may be read and put into the main FIFO, and then

14

moved into a smaller on-board 512-byte FIFO as the smaller
one is emptied through the VME bus controller onto the
VME bus 1000. The DRAM controller in this example
produces three main cycles: read, write and refresh. The
controller looks for data to be available in its input latch.
When data becomes available, the controller performs a
write cycle and writes the byte into DRAM. When the FIFO
is not empty, and the 512-byte FIFO is not full, then a read
cycle is performed to move the byte from the main DRAM
FIFO to the 512-byte output FIFO. The DRAM controller
also produces a refresh approximately every 15 ms to
maintain valid data in the DRAMs.

The VME bus interface section within block 102 in this
example contains a PASIC and other circuitry which con-
trols the VME bus decoding and arbitration, as well as the
FIFO output data shifting. The FIFO data can be accessed by
either byte, word or long word in this example. Data is read
from the 512-byte FIFO when not empty, and shifted into an
output shifter. The output shifter is a 4-byte shift register in
this example that shifts one byte at a time, down to the least
significant bit location. As the least significant bit location is
filled, the next byte is shifted into the next least significant
position until all four bytes are filled. When a byte-wide
VME read occurs, the first byte is shifted into the shifter.
Next, the three remaining bytes and a new byte from the
512-byte FIFO are shifted simultaneously to fill the shifter
again. This also occurs for word and long word FIFO
accesses. Block 102 maintains a status register readable by
main controller module 200 over the VME bus 1000 that
indicates FIFO status and data availability. The VME inter-
face portion of block 102 also includes 2 kB of dual-port
RAM in this example that accessible by both the micropro-
cessor 110 and by master controller 200 and RISC controller
300 over the VME bus 1000. This shared RAM is used for
control and communication between XL interface module
and master controller module 200.

Master Controller Module 200

Master controller module 200 includes a Motorola 68040
microcontroller in this example with an associated 4 Mb of
RAM. Master controller module 200 is the master controller
of raster image processor 64, and provides for communica-
tion between the XL interface module 100 and RISC con-
troller module 300. The master controller module 200,
which is based on a prior master controller design used in the
prior art Hybrid RIP product, performs various control and
processing operations under software control. For example,
master controller module 200 maintains a Job Information
Block (JIB) that contains information for each line to be
imaged including start information, font, rotation, placement
and line length. Master controller module 200 also maintains
a Font Address Memory that stores the starting pointers of
each character within FIM 400. As master controller module
200 processes job information passed to it by XL interface
module 100, it passes the information over VME bus 1000
to a memory within RISC controller module 300.

Additional details concerning the structure and operation
of RISC Controller 300, Font Image Memory 400, Binary
Image Generator 500, Engine Control Module 600, Screen-
ing Module 700, Data Cache 800, and Graphics Module 900
are provided in co-pending commonly owned application
Ser. No. 08/500,011, which has been incorporated herein by
reference. These details are not repeated here.

The Scaled Down Raster Image Processor

The foregoing high resolution real time raster image
processing system and method provides a significant

5,828,814

15

16

advance over the prior art. Nevertheless, not all situations warrant the speed, power and flexibility provided by the raster image processing technique described above. Even eliminating optional features (compare FIGS. 3 and 3A) leaves a system having speed, power and flexibility which is often not needed or desirable for a particular situation. Accordingly, the present invention allows for a scaled down, reduced cost, high speed raster image processor system capable of generating high resolution images in real time.

Referring now to FIG. 7, an example of an overall intelligent imaging system in accordance with a preferred embodiment of this invention is shown. The intelligent imaging system of FIG. 7 is similar to that of FIG. 1, and like features are identified with like reference numerals. In the system of FIG. 7, the scaled down raster image processor 2064 including a personality module (discussed below) which tailors the operation of the raster image processor 2064 for a particular print engine. The exemplary embodiment disclosed here is described in connection with a Moore® Intelligent Cartridge Array (MICA™) ink jet system. Of course, other print engines may be employed.

A MICA print system is shown schematically in FIGS. 8A and 8B. FIG. 8A is a front view illustrating a plurality of individual ink-jet cartridges C1–C16 mounted on specially designed brackets 2102a through 2102f. As seen better in FIG. 8B, each of the brackets 2102a through 2102b includes a pair of parallel rails. Each bracket 2102a through 2102b spans across the web 72 in a direction perpendicular to the direction of web movement. Ink-jet cartridges C1, C7 and C13 are mounted on bracket 2102f; ink-jet cartridges C2, C8 and C14 are mounted on bracket 2102e; ink-jet cartridges C3, C9 and C15 are mounted on bracket 2102d; ink jet cartridges C4, C10 and C16 are mounted on bracket 2102c; in-jet cartridges C5 and C11 are mounted on bracket 2102b; and in-jet cartridges C6 and C12 are mounted on bracket 2102a.

Each of the ink-jet cartridges includes a print head arranged adjacent a roller. In particular, the ink jet cartridges mounted on bracket 2102a (i.e., cartridges C6 and C12) have print heads adjacent roller 2104a; the ink-jet cartridges mounted on bracket 2102b (i.e., cartridges C5 and C11) have print heads adjacent roller 2104b; etcetera. Guide rollers 2106 and 2108 are provided to facilitate web travel. FIG. 8B shows that the centerlines of the respective print heads pass through the center of the associated roller 2104a through 2104b.

As can be seen in FIG. 8A, each of the ink-jet cartridges is arranged slightly adjacent other cartridges to obtain print coverage over a printing width PW. Thus, as the web 72 moves from paper roll 74 to paper handling equipment 70, the ink jet cartridges C1 through C16 print sixteen adjacent bars. If a wider printing width PW is desired, additional cartridges could be provided.

Referring back to FIG. 7, the scaled down raster image processor 2064 is capable of performing fewer operations than is the raster image processor 64 of FIG. 1 (see FIG. 2). For example, the preferred embodiment of the scaled down raster image processor, as configured for use with the MICA printing system, does not provide color, grey scale, or pattern (e.g., cross-hatching) printing, includes no graphics board, no image cache, and no screening module. Thus, there are substantial cost savings.

FIG. 9 illustrates an example architecture for a scaled down raster image processor 2064. The preferred embodiment of the scaled down raster image processor utilizes a portable cabinet having a generalized bus architecture and associated back plane that allows different modules (e.g., printed circuit boards) to be replaceably plugged in and out. The architecture permits flexibility by permitting a particular module to be swapped out for other modules. For example, a module designed for use with the MICA print system could be replaced by another appropriate module if a different print engine was employed.

In the example shown in FIG. 9, the scaled down raster image processor 2064 includes a master controller module 2110, a scaled down controller module 2112, and a personality module 2114. The master controller module 2110 decodes GPI data, rotates font data and transfers data to FIM. During production it sends command codes, font addresses, X and Y positions, X and Y sizes, combination logic control signals, line draws, and form sizes. It also processes errors and the corresponding message blocks, then sends them back to the GPI.

The scaled down controller 2112 stores font data, decodes and carries out display lists, builds BIM and outputs pixel data to the engine control module (in this case, the personality module). The scaled down controller also keeps track of raster pulses and starts the exact print position.

The personality module 2114 receives pixel data and directs the pixel data to the staging RAM according to bar position and bar offset. As discussed below, the bar offset compensates for displacement of the ink-jet print cartridges relative to one another in the direction of web movement. The personality module also outputs the sequence of pixel data to the print engine service station for imaging, it interfaces display and keyboard information, and transfers top-of-form (TOF) offsets and bar offsets to a control ASIC for rehandling pixel data at the staging RAM. The personality module 2114 may be provided as a daughter board to the scaled down controller 2112. This allows the personality module to be readily replaced if desired.

The cabinet preferably provides a number of outside connectors to the modules. For example, an RS232 connection is provided for interfacing and data communications with the hand-held controller 66 (FIG. 7). The hand held controller is preferably a QTERM-II unit from QSI Corp, Salt Lake City, Utah. Additionally, a GPI bus 1007 is provided. The GPI bus is preferably a shielded electrical cable that acts as the pathway for print data generated by the raster image processor, control signals by the XL Data System 62, and status messages returned by the print device.

Although the system is described in connection with a hand-held controller 66, it is also possible to utilize, for example, built in keyboards and display screens. The preferred Q-Term hand held unit 66 includes forty membrane keys, six LEDs, and a four line by twenty character LCD display. The top row of keys may operate as "MODE" keys which are used to select the board/function that will be communicated with by the Q-Term controller 66.

When a MODE key is pressed, a corresponding LED will light continuously to indicate the selected operating mode. For a given mode, a particular RIP board has control of the display, and pressing any of the "non-mode" keys will send a key code, corresponding to the key pressed, back to the selected board. If a different mode key is selected, the board which is presently controlling the hand-held terminal 66 surrenders control to the new board.

Examples of the various modes include Registration, RIP and Setup. The Registration and Setup modes are the primary modes which an operator controls the MICA print engine.

In the Registration mode, the user can specify to the scaled down RIP 2064 the type of registration to be used for

5,828,814

17                                                                18

a particular job. For example, the operator can specify the direction of web travel, relative to a MICA registration sensor. The operator can also adjust a top-of-form (TOF) offset.

When in the Registration mode, the Q-Term display preferably shows the version of software that is being used and the current date; the second line may display the size of the form being printed (e.g., FS=27.00) and the current mode of the scaled down RIP 2064 (e.g., NORMAL); the third line may display the resolution of the current print job, which might range for example from 72 dpi TO 360 dpi; and the fourth line can display what offset, if any, is in effect and speed parameters such as maximum available speed and current speed. In the preferred embodiment, the maximum offset increment is one inch and the minimum is one pixel. The maximum offset value is the form size minus on inch.

The web travel direction is preferably specified through an encoder phase change menu. The setting is chosen in accordance with the web travel direction and the position of a web travel encoder to inform the system whether the encoder will turn clockwise or counterclockwise. A TOF offset menu allows the operator to adjust the top-of-form offset. Both the offset movement and the total offset may be adjusted.

In entering the Setup mode, the Q-Term display indicates the print engine speed in feet per minute, and shows the status of error status indicators, once the Setup mode is entered, the operator may set individual cartridge parameters. For example, a malfunctioning cartridge could be disabled, and the coarse and five bar offsets (i.e., the "Y" position of data on the form) can be adjusted. An option is preferably provided to return all offsets to default values.

The master controller 2110 is preferably a commercially available Motorola MVME162 card. A number of bus structures are provided on the modules to operate with the master controller. For example, the scaled down controller 2112 includes a VA (1–31) bus which operates as a VME address bus. VA0 is defined internally by the MVME162 DS0 and DS1 (lower and upper words, respectively). As discussed further below, the VA bus address is decoded by a FIMVME ASIC 2122 of the scaled down controller before addressing other device registers on the scaled down controller or the personality module. The scaled down controller also includes a VMEDAT (0–31) bus, an FDAT (0–15) bus, a VDAT (0–7) bus, an XA (0–5) bus, an XB (0–5) bus, a Y (0–11) bus, a BDAT (0–31) bus, and an ENCBUS (0–9) bus. The VMEDAT bus is a thirty-two (32) bit bus for command and font data transferred to INPUT FIFOs by the MVME162. The INPUT FIFO's output narrows to a sixteen (16) bit transfer of FIM and command data to support 16 bit register architecture. The FDAT bus is preferably a sixteen (16) bit bus for handling the outputs of the INPUT FIFOs. The VDAT bus is a bidirectional bus and provides command, status and messages. The XA and XB buses carry the lower word address and the upper word address of BIM, respectively. The Y bus provides the BIM length (e.g., maximum length in inches 27.3). The BDAT bus is provided for BIM/Pixel data. The BDAT bus turns into the PDAT bus on the OUTPUT FIFOs, and goes to the MVME162 data bus to be used for diagnostic purposes. The ENCBUS provides registration information as well as data on web movement and type of registration to FIMVME ASIC 2122 on the scaled down controller for evaluation and calculation.

The personality module preferably includes a PDAT (0–31) bus, a CA (01-) bus, an X (0–4) bus and a Y (0–11) bus, a CDAT (0–15) bus, an ADDR (0–5) bus, a PIC (0–7) bus, and a CB (0–6) bus. The PDAT bus permits pixel data to be loaded into the staging RAM by the control ASIC 2124 of the scaled down controller 2112. The CA bus provides data pathways for chip select, address register, resets, rasters and synchronization signals The X bus indicates BIM width and the Y bus indicates BIM length. The CDAT bus carries printer (e.g., MICA) data added with coarse and fine Bar offset. The ADDR bus carries Bar numbers, the PIC bus carries Bar offsets (coarse and fine) from EEPROMs to control ASIC and Status, and the CB bus permits handshaking between ASIC and PIC.

The scaled down controller 2112 includes a number of dedicated sections. These dedicated sections include: a GPI Interface Section 2120, a VME Interface/FIM (FIMVME) Section 2122, and a Controller Section 2124. The operation of the GPI Interface Section 2120 will be described in greater detail with reference to FIG. 10. It should be noted that only the portions of the scaled down controller which bear on the GPI interface are illustrated in FIG. 10.

The GPI interface 2120 preferably includes three receivers (U701–U703), two drivers (U704, U705) and a GPI input FIFOs 2126. The receivers and drivers condition the incoming and outgoing signals to and from the GPI bus. The GPI input FIFO 2126 buffers the incoming data. Data appearing on the GPI bus from the XL Data System 62 is received eight bits at a time at receivers U701 and U702, then loaded into FIFOs 2126 by a strobe signal (*GSTROBE) received through receiver U703. Data is then read to the master controller 2110 via the VDAT bus. This data transfer cycle is initiated by the *RDFIFO signal. If the FIFO issues a full (FIFULL) or empty (*FEMTY) signal, an error signal is sent back to the XL Data System 62 over driver U705. In addition to the strobe signal which loads data into FIFOs 2126, the receiver U703 passes *CUE, Receive Data Available (RDAVL), and *BUFRST signals. The RDAVL signal informs the FIMVME that the XL Data System is ready to receive another message block. The *CUE signal is used to signal the scaled down controller 2112 when to start printing. The *BUFRST signal is issued on download and clears all GPI input FIFOs 2126.

The driver U704 sends a message block (including, for example, ERR0–ERR2) to the XL Data System 62, and activates an ERROR signal upon any hard error or system crash. An ONLINE signal may be issued through driver U705 to signal the XL Data System 62 that the GPI interface 2120 is ready to receive data.

The scaled down controller 2112 also includes a VME Interface/FIM Section (FIMVME) 2122, which is described in greater detail with reference to FIG. 11. FIG. 11 is a block diagram useful in illustrating the operation of the FIMVME section of scaled down controller 2112. A plurality of octal buffer/line drivers (not shown) may be provided for multiple signal transfer to various logic devices. One transceiver may be provided for bidirectional 8 bit commands and status. A single-ended driver may be provided for handshaking of interrupt acknowledge (IACK) and data transfer acknowledge (DTACK) signals. Preferably the FMVME section utilizes an appropriate ASIC technology such as an ACTel A1280 Field Programmable Gate Array (FPGA) Application Specific Integrated Circuit (ASIC). The ACTel A1280 features eight thousand gate array gates, twenty thousand PLD equivalent gates, two hundred ten TTL packages, sixty nine 20-pin PAL packages, twelve hundred thirty-two programmable logic modules, and nearly one thousand flip-flops. Such ASIC technology permits large integration of multiple logic arrays that would otherwise congest the board overlay.

FIG. 12 represents a functional block diagram of the substructure architecture for the FIMVME ASIC 2122. As

5,828,814

19                                                                                    20

illustrated, the FIMVME ASIC **2122** implements a VME Bus Decoder section **2124**, Backup Registration section **2126**, GPI Output section **2128**, VME Register section **2130**, and FIM Control Signal section **2132**. When the master controller **2110** writes to the input FIFOs **2126**, it first addresses the FIMVME section **2122**. The VME Decoder **2124** of the FIMVME section **2122** decodes the address bits (VA 1–4) to produce an enable signal FDEN, which enables the line drivers U701 and U702 (FIG. 10) to send the display lists and font data at thirty-two bit transfers to the input FIFOs **2126**. When the master controller **2110** writes commands or reads code/status/errors/interrupts from the VDAT bus, it also address the FIMVME section **2122** to enable the VME data enable (VDEN) line and the VME direction enable (VDIR) for transceiver U307. The BDEN signal is used for performing system diagnostics. All signals to the FIMVME **2122**, except for VDAT (0–7), IACK and DTACK, are sent out from master controller **2110**.

The VME portion **2124** of the FIMVME ASIC **2122** decodes addressing information from the master controller **2110**, thereby reducing the need for all thirty-two address bits. Thus, less expensive 16 bit registers may be utilized. The upper address bits from the master controller **2110** determine which ASIC (FIMVME **2122**, Main Controller **2124** or Personality Module **2114**) is being addressed by the master controller **2110**. The FIMVME **2122** decodes address bits VA **20–31**, with bits VA **20–23** specifying the selected ASIC. Once the address bits are decoded, the FIMVME **2122** issues chip select signals (Main CS) to the main controller ASIC **2124** or (OUTCS) to the personality module **2114**. The lower address bits represent the absolute address at the selected ASIC.

FIG. **13** schematically illustrates the address decoding implemented by the VME Bus Decoder **2124**. Decoder logic circuit **2134**, decoder logic circuit **2136**, and decoder logic circuit **2138** each receive as inputs address bits VA**20** through VA**23**. Depending on the digital address appearing on lines VA**20** through VA**23**, one of the FIMVME ASIC **2122**, the Main Controller ASIC **2124**, and the Personality Module Control ASIC will be selected. In other words, the inverter **2140** and **2142** associated with the values appearing on address lines VA**20**–VA**23** will cause the logic circuits to uniquely drive one of the chip select signals FIMVME, MainCS or OUTCS. As noted above, the low order address bits VA1 through VA4 operate as the absolute address for the selected address. Thus, when the FIMVME ASIC **2122** is selected, the output of logic circuit **2134** acts as an enable signal for register **2140** to permit data to be read from the bus VDAT for storage at the memory location designated by address bits VA1 through VA4.

The FIMVME ASIC **2122** is also responsible for print registration wherein it monitors and compensates for web and press movement. It also sets up the Y lines to the registration control section, and utilizes a registration selector switch position to determine the output registration mode. The system may be set up at manufacturing by utilizing a direction bit to assign a direction of web movement. Thus, printing will be oriented properly when raster pulses are read according to the displacement of RASA or RASB. A counter set is added to the direction setting to provide information in case the press creeps backward at a stop.

FIG. **14** is a block diagram useful in illustrating the operation of the registration mode. Multiplexers **2142** and **2144** are provided and operate to output Y1(CUE) and Y2(RAS) signals. The multiplexer **2142** receives as inputs web synchronization signals CUE, PWZERO (pinwheel

zero), SENSMK and EXCUE (external cue). The multiplexer **2144** receives a pinwheel encoder (PWENC) input at one terminal, and a directional input at the other three input terminals. A pair of mode control signals SEL0 and SEL1 determine the operating mode. For example, if SEL0 and SEL1 are both low, the registration controller operates in the external mode, and multiplexer **2142** outputs the signal EXCUE as the Y1(CUE) signal. The multiplexer **2144** outputs the direction signal DIR as the Y2(RAS) signal in the external mode.

For the Sensemark mode of operation, SEL0 is set high and SEL1 is set low. Thus, Y1(CUE) is the SENSMK input to multiplexer **2142** and Y2(RAS) is the DIR signal. In pinwheel mode, SEL0 is low and SEL1 is high. In this case, Y1(CUE) is the pinwheel zero signal PWZERO, and Y2(RAS) is the pinwheel encoder output PWENC. Finally, in NORMAL mode, SEL0 and SEL1 are both high, Y1(CUE) is the CUE input from the XL data system to multiplexer **2142**, and Y2(RAS) is the DIR signal.

The FIMVME ASIC **2122** controls accessing read/write to FIM. During a job download, the master controller **2110** will rotate the font according to job parameters, and then load the input FIFOs **2126** (see FIG. 11) with the starting address and character at a thirty-two bit transfer rate. The master controller **2110** addresses the main controller ASIC **2124** of the scaled down controller **2112** via the FIMVME ASIC decoder (FIG. 13) and, at the same time, writes a command byte [VDAT(0–7)] to the main controller ASIC **2124** indicating that address and FIM data is in the Input FIFOs **2126** and will be written to FIM DRAM **2146** (FIG. 11). The FIM DRAM **2146** may be two SIMMs 4M×8 bit dynamic RAM with storage capacity for 255 fonts.

A typical write cycle is illustrated in FIG. **15** This explanation of a write cycle should be considered along with the block diagram of FIG. **11**. To initiate the write cycle, at time $t_a$ the main controller **2124** sets low the FIMWR line (FNCTRL0) and keeps it low until a new command word is received from master controller **2110**.

Next, at time $t_b$, the main controller **2124** enables a high word read by driving low the FRDH signal to the input FIFOs **2126**. This causes the input FIFOs to put the low address word on the FDAT bus. The low address word is latched into the FIMVME address counters under control of the LATCHL (FNCTRL2) signal from the main controller **2124**. The main controller **2124** then causes the high address word to be latched into the FIMVME counters. To accomplish this, at time $t_c$, the main controller **2124** drives low the read high word signal FRDH to the input FIFOs **2126**, causing the FIFOs to put the high address word on the FDAT bus. A latch signal LATCHH (FNCTRL1) is generated by the main controller **2124** to cause the high address word to be latched into the FIMVME counters.

With the complete FIM address locked in the counters of the FIMVME ASIC **2122**, the main controller **2124** grabs FIM data. The main controller **2124** again enables the read high signal FRDH by driving it low at time $t_d$ to retrieve FIM data from the input FIFOs **2126** and place it on the FDAT bus. At the same time, the font data request signal FDREQ goes active (low), forcing an internal signal to latch the data to registers in the FIMVME ASIC **2122**. Additionally, the FIMVME ASIC **2122** makes busy (high) the ready signal FRDY as the *RAS, *CAS and *WR signals are enabled to generate the row and column address strobes for the FIM DRAM **2146**. The FIM DRAM **2146** is addressed and data loaded. For each request, the FIMVME ready signal FRDY will go busy until the write to FIM DRAM **2146** is complete.

5,828,814

21

The address counters in the FIMVME ASIC 2122 are then incremented for the next sequential address.

At time t_o, FIM data is again transferred from the input FIFOs 2126 to the FDAT bus by driving the *FDRL signal active (low) and latching it into the FIMVME with latch signal FDREQ. Another word is then written into FIM DRAM 2146. These transfers continue until the font has been completely loaded to FIM DRAM 2146, or until the main controller 2124 is interrupted. A read FIM function may be performed for diagnostics or debugging purposes. Such a read operation would have similar signal timing shown in FIG. 15, except that the FIM data appearing on the FDAT bus comes from the FIMVME ASIC 2122.

The FIMVME ASIC 2122 also is responsible for calculating FIM checksums. Referring now to FIG. 16, a block diagram useful in describing the checksum operation is shown. Checksums are calculated during production to ensure proper communications are occurring. The checksum calculator includes an adder 2148, checksum registers 2150, FIM data registers 2152, and multiplexer 2154. The checksum registers 2150 are initially cleared and set to zero by the signal CLRCS. FIM data read from FIM DRAM 2146 (FIG. 11) is latched into FIM data registers 2152. The data latched into the FIM data registers 2152 provides one input to the adder 2148. The other input is from the checksum registers 2150.

In operation, the first word of the character information from FIM data registers 2152 is added by adder 2148 to the word stored in the checksum registers 2150. Since the checksum registers 2150 are initially cleared, this has the effect of adding zero to the first word of the character information. The results of the first addition step (i.e., the first word of character information) is then stored in checksum registers 2150. Next, a subsequent word of character information is latched into FIM data registers 2152 and provided to the adder 2148, where it is added to the contents of the checksum registers 2150. This process is continued until the character is completed.

An example checksum calculation is explained with reference to Table I. For purposes of this discussion it is assumed that the character is represented by a total of four words, and it should be noted that all A inputs are selected arbitrarily for demonstrative purposes.

| A | B | C |
|---|---|---|
| 1111 | 0000 | 1111 |
| AAAA | 1111 | BBBB |
| 1010 | BBBB | CBCB |
| 1105 | CBCB | DCD0 |

In the selected example, the four words of character information (in hexadecimal notation) are 1111, AAAA, 1010, and 1105. The first word at adder input A (1111) is added to the contents of the checksum register appearing at adder input B (0000) to produce the sum C (1111). This sum C is then stored in the checksum register 2150 for the next addition step. Following the second addition step (AAAA+ 1111) the sum C (BBBB) is stored in checksum register 2150; the third addition step (1010+BBBB) causes the sum CBCB to be stored in checksum registers 2150; and the fourth addition step (1105+CBCB) causes the sum DCD0 to be stored in checksum registers 2150. At this point, the checksum value (DCD0) for the character is complete.

Once the checksum value is calculated, a control signal is supplied to multiplexer 2154 to select the high or low byte

22

of the value, which is sent to the master controller 2110 on the VDAT (0–7) bus to be compared. The checksum is preferably calculated for every character read out of FIM DRAM 2146. The checksum registers 2150 are cleared for the start of calculations for each character.

The SDC main controller 2124 will now be described in greater detail. The SDC main controller 2124 is preferably implemented as an ASIC such as the ACTel A1280 FPGA ASIC discussed above with regard to the FIMVME ASIC 2122. In operation during production, the SDC main controller 2124 receives commands from master controller 2110 to build the print information in BIM. The SDC main controller 2124 uses decoded and control commands to position the pixel map in BIM according to exact X and Y coordinates. Additionally, while building BIM, the SDC main controller 2124 controls the conditions to read BIM and then modify the BIM data and write back to these BIM locations for all available combinational logic formats (e.g., normal, overprint, etc.) while keeping track of which BIM is being addressed at any given input and output cycle.

For each request from the personality module 2114, the SDC main controller 2124 loads output FIFOs 2188 with one raster line of pixel data. Additionally, the SDC main controller 2124 controls writing to FIM, via FIMVME ASIC 2122, during initial download from master controller 2110. If diagnostic capabilities are utilized, the SDC main controller 2124 controls the modes for reading from FIM and reading from BIM.

The general substructure architecture of the SDC main controller 2124 is shown in FIG. 17. The architecture is illustrated in block format as a general illustration of the ASIC technology and structure. As shown, the SDC main controller ASIC 2124 includes a DECODE section 2156, a DISCOM section (Display List) 2158, a MEMCNTRL (memory control) section 2160, a MEMOUT (Memory Out) section 2162, a SIZE section 2164, a CROP section 2166, a SHIFTER section 2168, and MERGE LOGIC section 2170.

The DECODE section 2156 decodes the operating modes when the SDC main controller chip select signal MainCS is active. These modes define exclusively what operation to perform. For example, a OOh received by the DECODE section 2156 on the VA (1–3) input could indicate display list mode; a O3h could designate a write to FIM mode; a O4h could designate a diagnostic FIM read mode; and a O5h could designate an output to BIM mode. The DECODE section 2156 outputs the decoded mode on lines MODE (0–2). Additionally, the DECODE section 2156 determines which BIM is in use, and outputs status to the master controller 2110.

During production, the DISCOM section builds and synchronizes signal timing of the operation mode for the display list. The display list utilizes three longword (i.e., thirty-two bit) "triplets" which define the font address, X size, Y size, Y position, a rectangle/line control and the selected type of combination logic (normal, overprint, reverse or pattern). For example, referring to the display list illustrated in FIG. 18, bits 0–24 of the first display list longword may contain the FIM address, bits 25 and 26 may designate which of the four combinational logic operation is selected, bit 27 is not used, bit 28 is the rectangle/line bit (O=FIM, 1=line), bit 29 is not used, bit 30 is a NOP/IGNORE TRIPLET instruction, and bit 32 is a word adjustment syncronization bit (SYNC1). The second longword may designate the X position with bits 0 through 15 and X size with bits 16 through 31. The third longword may indicated Y position and Y size with bits 0 through 15 and 16 through 31, respectively.

5,828,814

23

The MEMCTRL (memory control) section **2160** of the SDC main controller **2112** sets up the read/modify/write time using the full clock cycle. This section logically controls the BIM data direction and processes the Output FIFO commands to load the raster data for every data request from the personality module **2114**.

The MEMOUT (memory out) section **2162** processes the BIM output cycles. The display list X and Y address coordinates are synchronized for the web direction (up or down) and BIM data. The SIZE section **2164** uses operational mode signals from the DISCOM section **2158** to develop and decode the crop values (i.e., the character width) and X shift position, the X and Y addresses, the line and rectangle bit, and combinational logic bits.

The crop values from the X size bits of the display list (longword **2** bits **16** through **31**) is sent to the CROP section **2166** to logically organize a crop mask for absolute width of the character in BIM. The crop mask determines where the character ends in BIM, and keeps other characters from overlapping. The shift value may be viewed as the beginning position of the character, and the crop value indicates the end of the character. The FIM data and the crop values are provided to the MERGE LOGIC section **2170**.

The SHIFTER section **2168** is responsible for placing FIM and Line data into BIM using the X and Y coordinates obtained from the display list. The SHIFTER section **2168** and CROP section **2166** interface with the MERGE LOGIC section **2170** to place FIM/Pixel data at specific locations in BIM.

FIG. **19** illustrates the manner in which a character from FIM is placed in BIM. The character "B" appears in FIM at a location determined by address bits **0** through **12**, and is eight pixels wide. The shift and crop values are used to place the character in BIM at a location determined by the X and Y coordinates.

The MERGE LOGIC section **2170** is the final stage for the SDC main controller ASIC **2124**, and is responsible for merging the crop, shift, combination logic, line and read/modify/write for all of the display list information built into BIM. The logic preferably includes thirty-two logic cells which read, modify and write to BIM using this information. One such merge logic appears graphically as part of the main controller **2124** in FIG. **20**. It should be noted that this is for exemplary purposes only, and additional cells would be included.

In the exemplary circuit of FIG. **20**, the MERGE LOGIC includes a four input multiplexer **2172** which operates under control of the combination logic select bits from the first longword, (i.e., bits **25** and **26**). BIM data on the BDAT (**0–32**) bus and FIM data on the FDAT (**0–15**) bus are latched into a BIM data latch **2174** and a FIM data latch **2176**, respectively. The FIM data is then provided to input terminal A of the multiplexer **2172** and to input terminals of AND date **2178**, OR gate **2180** and XOR **2182**. The other inputs to the AND gate **2178**, the OR gate **2180** and XOR gate **2182** come from the BIM data latch **2174**. The output of AND gate **2178** is input B to multiplexer **2172**; the output of OR gate **2180** is input C to multiplexer **2182** and the output of XOR gate **2182** is input D to multiplexer **2172**.

Depending on the particular values of the combination logic bits, one of the signals appearing at the input terminals A–D of the multiplexer **2172** will be passed to the output. The output of multiplexer **2172** is then placed back on the BDAT bus through a line driver circuit.

As shown in FIG. **20**, the BIM may be viewed as two different BIMs, BIMO **2184** and BIMI **2186**. In operation,

24

while one BIM is being built by the main controller **2124**, the other is being read by the personality module **2114**. Each BIM boundary is XA (**0–4**) and XB (**0–4**)=32 bytes×4 (1024 pixels) wide and Y (**0–11**)=4096×2 (8192 pixels) deep. In terms of maximum imaging area, a maximum of sixteen bars and a form size of 27.3 inches can be placed in this exemplary BIM. It is possible to construct the BIM memory areas from one large memory divided into separate areas, or to utilize multiple memory ships. Preferably, BIM is comprised of sixteen 128k ×8 static RAM chips.

The registration controller may use a commercially available Micro Controller 87C52. The master controller **2110** writes VDAT (**0–7**) to FIMVME ASIC **2122** which, in turn, sets up RS232 serialized data to a *WRREG (write register) line to an RXD input of the Micro Controller (see VMEDEC section of FIMVME ASIC **2122** in FIG. **12**). In this way, form size and resolution are written to the controller.

A more detailed explanation of the personality module **2114** will now be provided. The description here will use an example based on the use of a MICA print engine. It should be appreciated, however, that other print engines could be utilized, in which case the personality module would be suitably modified. To adapt a scaled down raster image processor to a different print engine, one need only replace the personality module with one intended for the different print engine.

The personality module **2114** is responsible for requesting and reading raster data from the scaled down controller **2112** output FIFOs **2188** (FIG. **20**) to build up staging RAM. In the preferred implementation of the MICA personality module, two EEPROMs with the coarse bar offsets are used to control each bar read according to position and distance from each other. In the arrangement of FIGS. **8**A and **8**B, six mounting brackets are provided. Thus, five bar offset values are needed to accommodate the relative displacement of the print cartridges.

The pixel data is then sent to the service station through four sixteen word transfers along with the bar address. The five offsets were previously keyed in from the Q-term data display terminal **66** according to bar number and offset value, and are stored in the personality module EEPROMs for access in the offset mode. The interface between the Q-Term keypad **66**a and display functions are transceived by an RS232 chip and handled by a PIC 17C42 microcontroller. During production, the master controller **2110** sends Q-term display messages while polling the PIC microcontroller for service station status and mode changes from the Q-Term terminal. For the MICA personality module, the PIC microcontroller manages operation and sends mode and GPI message codes to the master controller **2110**. The PIC microcontroller also sends the five offset values to a personality module controller ASIC to adjust positioning of the print data.

As illustrated in FIG. **9**, the personality module **2114** includes an SDC interface section **2189** and a PM control ASCI **2190**. The SDC interface **2189** preferably utilizes a 96 pin DIN connector to interface bus, control and data signals between the scaled down controller **2112** and the personality module **2114**. A CA (**0–9**) bus provides the decode address of the personality module control ASIC as well as control signals for initiating print cycles. These signals are preferably buffered by a pair of transceivers. A data request signal DREQ is active when the master controller **2110** sends a start print command on the VDAT (**0–7**) bus and is decoded by the PM control ASIC **2190**. The data request signal DREQ initiates the scaled down controller **2112** to send a

5,828,814

25

26

complete raster load to the output FIFOs **2188** (see FIG. **20**). The OEMTY line is checked by the PM controller ASIC **2190** to determine when it is active. If it is active, data is available. The PM control ASIC **2190** then issues a PDATRD signal to read the contents of the output FIFOs **2188** to build staging RAM.

FIG. **21** illustrates an example substructure of a personality module control ASIC **2190** which may be used in accordance with the present invention. As shown, the PM control module **2190** includes FIFO section **2192** and a service station operation section **2194**. The PM control ASIC **2190** provides large component integration using ASIC technology to decode and control protocol of the personality module **2114** between the master controller **21 10** and the service station. The structure of the PM control ASIC **2190** performs data transfer, control, messages and status operations. The PM control ASIC **2190** supervises the Q-Term data terminal **66** and the service station while it directs pixel data to and from staging RAM and out to the service station.

The pixel data on PDAT is written to staging RAM in a manner similar to which it was written to BIM. On the read cycle, offsets are added and data is transferred to the service station one word at a time. In the preferred embodiment, when bar pixel data is loaded into staging RAM, typically all the bars have the same base address.

As can be seen in FIG. **8**, the same print bars are displaced relative to others in the direction of web movement (i.e., the "Y" direction). More particularly, if the web movement is in the downward direction, the print location on the web will pass print cartridges C1, C7 and C13 prior to passing print cartridges C2, C8 and C14, etcetera. Since in the preferred embodiment all the bars have the same base address in the staging RAM, it is necessary to account for the relative displacement between the bars. One technique for doing so is illustrated in FIG. **22**. When the PIC microcontroller sends the offset values to the PM control ASIC **2190**, the address is added to an offset value for the respective bars. As a result of the addition, the data sent to the service station will be either the print data or, until the offset value is reached, all zeroes. Referring to FIG. **22**, print cartridges mounted on a common bracket (e.g. (C2, C8, C14) or (C3, C9, C15)) are assigned approximately the same coarse offset value. In this way, bar data need not be staggered and stored in the staging RAM with an offset.

The PM control ASIC **2190** checks to ensure that transfer of an entire raster line is completed before a raster clock is finished. Three print errors are checked: (1) if another raster pulse comes in before the raster transfer is complete, an internal "raster not done" error signal is generated; (2) the OEMTY bit from the output FIFOs is checked, if it goes active the FIFOs went empty and an error is generated; and (3) if a DATAVL line from the service station does not toggle between two raster pulses, a print device error is generated.

All error signals from the PM control ASIC **2190** are sent back to master controller **2110** on the VDAT (**0–7**) bus. The master controller **2110** polls the PM control ASIC **2190** status register to determine whether an error bit is set. If it is, the master controller **2110** checks the error in the error register and sends it back to the XL data system **62**. The error is also displayed at the data terminal **66**.

The CA bus has been decoded by the FIMVME ASIC **2122** to select the PM control ASIC **2190** with chip select signal OUTCS and an absolute internal address VA (**1–3**) while a VWR signal enables three state buffers for the VDAT (**0–7**) bus as an input or output cycle. A top of form (TOF) signal clears the internal registers in the PM control ASIC

**2190** prior to starting a print signal to allow the proper print cycle to be set up and initiated. The RASTERS signal in FIG. **21** is ordinarily the print clock.

The CB (**0–6**) lines carry status bits for the PIC microcontroller. The master controller **2110** polls the status register in the PM control ASIC **2190**. If any status bit is set, the master controller reads the VDAT (**0–7**) bus for the status. The ADDR (**0–5**) bus provides bar select numbers **1–16** for the service station.

The signals PRN, LATCH, OUT R/W and STROBE are provided to the service station by the service station interface of PM control ASIC **2190**. Internal logic generates these signals in synchronization with the start and read cycles. PRN initiates a print cycle at the service station. STROBE and OUT R/W enable the bar data loading sequence at service station data latches. The LATCH line is a handshaking signal to continue printing. The LATCH signal develops the DATAVL signal on each 16 word data transfer.

During a write cycle, the PM control ASIC **2190** sends out 16 bits of pixel data to the service station over the CDAT (**0–15**) bus. For a read cycle, the PM control ASIC **2190** receives the lower 8 bits from the CDAT (**0–15**) bus as print engine status from the service station and routes it to the PIC microcontroller on the PIC bus.

The X (**0–4**) bus carries the address width of the staging RAM. The Y (**0–11**) bus carries the address height of the staging RAM. The staging RAM preferably consists of eight 128k×8 Static RAM chips arranged in a circular configuration.

The write enable signal WE, the output enable signal OE, the BANK selection bit, and the chip select word high and word low signals CSH and CSL are used in accessing the staging RAM. The chip select signals CSH and CSL may be enabled at all times. The staging RAM is continuous with the BANK selection bit, which is always reset when one section of RAM has been read completely.

The PM control ASIC **2190** receives on the PIC BUS (**0–7**) bar offset values for addressing, information keyed by the Q-Term data terminal **66**, and PIC messages to the master controller **2110**. The master controller **2110** writes information concerning web direction, resolution and display to the PIC microcontroller on the PIC BUS.

Pixel data is loaded into the staging RAM from the output FIFOs **2188** through thirty-two bit transfers. The PM control ASIC **2190** reads in thirty-two bits and outputs the low word of the bar data, followed by the high word, to the service station. The read cycle consists of sixteen odd longword reads from the staging RAM followed by thirty-two word transfers to the service station for each bar, then the sixteen even longwords followed by thirty-two word transfers to complete all bar data for one raster cycle.

The personality module **2114** includes a Q-term data terminal interface section which combines the PIC microcontroller, the two EEPROMs and an RS232 interface for the Q-term data terminal **66** with address/data and control buses. The PIC microcontroller sends offsets (coarse and fine), messages and key entries from the Q-term data terminal **66** to the master controller **2110** via the PM control ASIC **2190** over the PIC BUS. The PIC microcontroller receives display information, web direction and resolution from the master controller **2110** via the PM control ASIC **2190**, and outputs that information to the Q-term data terminal **66**.

The final section of the personality module is an I/O module. This section includes signal line drivers and receivers which may be tied to a sixty-eight pin SCSI-2 connector.

5,828,814

27

The SCSI-2 connector provides the cable connection to the print engine service station.

While the invention has been described in connection with what is presently considered to be the most practical and preferred embodiments, it is to be understood that the invention is not to be limited to the disclosed embodiments, but on the contrary, is intended to cover various modifications and equivalent arrangements included within the spirit and scope of the appended claims.

What is claimed is:

1. A scaled down raster image processor for reduced cost, reduced complexity processing of print image data to be printed on a particular print engine, said scaled down raster image processor comprising:

a master controller circuit which receives a job description file and, in response to said job description file, prepares displays lists and transfers fonts for storage in a font image memory;

a scaled down controller circuit that operates in accordance with display lists received from said master controller circuit and said stored fonts to generate a digital representation of an image;

a bit image memory associated with said scaled down control circuit, wherein said bit image memory stores the digital image representation generated by said scaled down controller; and

a personality module for said particular print engine, said personality module operable to request and read raster data from said bit image memory and to provide said raster data to said print engine to operate said print engine and thereby produce an image.

2. The scaled down raster image processor of claim 1, wherein said personality module receives pixel data from said scaled down control circuit and directs the pixel data to a staging memory.

3. The scaled down raster image processor of claim 2, wherein said personality module is connected to a print engine which prints on a moving web, and wherein said personality module is connected to sense movement of said moving web and synchronizes the output of pixel data from said staging memory to said print engine with movement of said web.

4. The scaled down raster image processor of claim 3, wherein said print engine has a plurality of printing mechanisms arranged in an array to print a corresponding plurality of print bars, at least two of the printing mechanisms being displaced relative to one another in the direction of web movement, and wherein said personality module loads data for the individual print bars in said staging memory with the same base address.

5. The scaled down raster image processor of claim 4, wherein said personality module receives offset values for the individual print bars and wherein said personality module adds the offset values to the staging memory address for the respective bar print data prior to outputting pixel data from said staging memory to said print engine.

6. The scaled down raster image processor of claim 5, wherein said print engine includes a plurality of ink jet cartridges arranged on a series of adjacent mounting brackets.

7. The scaled down raster image processor of claim 5, wherein said offset values are adjustable by an operator through a data terminal which interfaces with said personality module.

8. The scaled down raster image processor of claim 1, wherein said first control circuit writes font data to an input

28

first-in, first-out memory, and wherein said scaled down controller includes a first application specific integrated circuit (ASIC) which transfers the font data from said first-in, first-out memory to said font image memory.

9. The scaled down raster image processor of claim 8, wherein said scaled down controller further includes a second ASIC which operates in response to said display list to generate said digital image representation and store it in said bit image memory.

10. The scaled down raster image processor of claim 9, wherein said bit image memory includes a first memory area and a second memory area, whereby said personality module may read data from one memory area while said second ASIC stores an image in the other memory area.

11. The scaled down raster image processor of claim 9, wherein said second ASIC of said scaled down controller includes a crop section which organizes a crop mask for absolute width of a character stored in said bit image memory.

12. The scaled down raster image processor of claim 11, wherein said second ASIC of said scaled down controller further includes a shifter section which places character data in said bit image memory according to coordinate information from said display list.

13. The scaled down raster image processor of claim 12, wherein said second ASIC of said scaled down controller includes a merge logic section which merges information from said crop section and said shifter section for display list data stored in said bit image memory.

14. The scaled down raster image processor of claim 13, wherein said merge logic section includes combinational logic which operates in response to information in said display list to produce a selected print mode.

15. The scaled down raster image processor of claim 14, wherein said selected print mode is one of normal mode, overprint mode, reverse mode, and pattern mode.

16. The scaled down controller of claim 9, wherein said first ASIC of said scaled down controller decodes address signals from said first control circuit and, in response to the decoded signals, provides enable signals for one of said first ASIC, said second ASIC and said personality module.

17. A method of providing print information to a print engine that prints on a moving web and has a plurality of printer mechanisms for printing a plurality of adjacent print bars, wherein at least two of said printer mechanisms are displaced relative to one another in the direction of web movement, comprising the steps of:

forming a display list specifying an image;

storing font information in a font image memory;

generating a digital representation of an image based on said display list and said stored font data, and storing said digital image representation in a bit image memory;

reading raster data from said bit image memory and directing pixel data to a staging memory, data for each print bar having the same base address;

for each print bar, adding an offset value to said base address for said print bar data; and

providing offset print bar data to said print engine in synchronism with web movement.

18. The method of claim 17, comprising the additional preliminary step of setting said offset values with an operator controlled data terminal.

19. The method of claim 18, wherein both coarse and fine offset values may be adjusted.

* * * * *

# EXHIBIT C

US005949438A

# United States Patent [19]

## Cyman et al.

| [11] | Patent Number: | 5,949,438 |
| --- | --- | --- |
| [45] | Date of Patent: | *Sep. 7, 1999 |

[54] **HIGH RESOLUTION REAL TIME RASTER IMAGE PROCESSING SYSTEM AND METHOD**

[75] Inventors: **Theodore F. Cyman**, Grand Island; **Edward W. Schimminger**, Tonawanda; **Frank J. Rocco**, Lockport; **Carl F. Armstrong**, Buffalo; **Frank J. Mariani**, Grand Island, all of N.Y.

[73] Assignee: **Moore Business Forms, Inc.,** Grand Island, N.Y.

[ * ] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: **08/996,995**

[22] Filed: **Dec. 23, 1997**

### Related U.S. Application Data

[63] Continuation of application No. 08/500,011, Jul. 10, 1995, Pat. No. 5,796,411.

[51] **Int. Cl.**[6] ............................................. **G06F 15/16**
[52] **U.S. Cl.** .......................... **345/502**; 345/192; 345/467; 395/101; 395/104; 395/110
[58] **Field of Search** ...................................... 395/101, 102, 395/104, 109, 110, 111, 114–116; 345/501, 502, 507–509, 467–468, 192–195

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| 5,003,496 | 3/1991 | Hunt, Jr. et al. | ........................ | 345/430 |
| 5,109,476 | 4/1992 | Thompson | ............................... | 395/105 |
| 5,113,494 | 5/1992 | Menendez et al. | ..................... | 345/502 |
| 5,146,554 | 9/1992 | Statt | ........................................ | 345/428 |
| 5,528,374 | 6/1996 | Matias | ..................................... | 358/444 |

#### OTHER PUBLICATIONS

Seybold Report on Publishing Systems, V22, n16, ps10(2) "Output Devices: Faster RIPs and Recorders", Alexander et al, May 19, 1993.

*Primary Examiner*—Kee M. Tung
*Attorney, Agent, or Firm*—Nixon & Vanderhye, P.C.

[57] **ABSTRACT**

A raster image processing system and method that can keep up with the fastest high resolution printers now available can process images "on the fly"—that is, generate images from compact input representations so rapidly that printing can occur substantially in the same real time as raster image processing of input data. This system is capable of automatically "screening" data relating to the images so that the various gray scales or color levels are correct for a contone printing process. Different print engine control modules can be replaceably plugged into and out of the system to allow it to be used with different types of print engines/intelligent imaging systems—including high speed, high resolution color printing engines. A high speed data cache and associated array disk drive provide high speed throughput of data into the system. The disk array may, for example, store a library of high resolution graphics that can be accessed "on the fly" as needed in response to the input data stream. A graphics accelerator can generate, on the fly, many "primitive" or simple graphics (e.g, angles, lines, boxes, etc.) at the same time that the remainder of the print image is being generated.

**14 Claims, 16 Drawing Sheets**





Fig. 1

*Fig. 2*

*Fig. 3*





*Fig. 3A*

U.S. Patent        Sep. 7, 1999        Sheet 5 of 16        5,949,438

*Fig. 4*

RISC SOFTWARE FUNCTIONAL BREAKDOWN



*Fig. 5*

XL INTERFACE MODULE 100



Case: 1:15-cv-03998 Document #: 1-1 Filed: 05/05/15 Page 78 of 98 PageID #:82



*Fig. 6*          XL INTERFACE REGISTRATION CONTROLLER

Case: 1:15-cv-03998 Document #: 1-1 Filed: 05/05/15 Page 79 of 98 PageID #:83



*FIG. 7*

RISC



FIG. 8
FIM
(FONT IMAGE MEMORY)

Case: 1:15-cv-03998 Document #: 1-1 Filed: 05/05/15 Page 81 of 98 PageID #:85



FIG. 9

BIG (BIT IMAGE GENERATOR)

Case: 1:15-cv-03998 Document #: 1-1 Filed: 05/05/15 Page 82 of 98 PageID #:86

## FIG. 10A

### MIDAX ECM BLOCK DIAGRAM



TO MIDAX PRINT ENGINE

Case: 1:15-cv-03998 Document #: 1-1 Filed: 05/05/15 Page 83 of 98 PageID #:87

# *FIG. 10B*

## INDIGO ECM BLOCK DIAGRAM



TO INDIGO EPRINT 1000

## FIG. 11

### GRAPHIC MODULE BLOCK DIAG.





FIG. 12   DATA CACHE BLOCK DIAGRAM



*FIG. 13*

SCREEN MODULE
BLOCK DIAGRAM

**U.S. Patent**     Sep. 7, 1999     Sheet 16 of 16     **5,949,438**



*FIG. 14*

SCREENING CIRCUIT BLOCK DIAGRAM

5,949,438

1

# HIGH RESOLUTION REAL TIME RASTER IMAGE PROCESSING SYSTEM AND METHOD

This is a continuation of application Ser. No. 08/500,011, filed Jul. 10, 1995, now U.S. Pat. No. 5,796,411.

## FIELD OF THE INVENTION

This invention relates to high speed, high resolution intelligent electronic imaging, and more particularly to high speed electronic plateless printing. More particularly, the present invention relates to Raster Image Processors ("RIPs") for rapidly generating images. Still more particularly, the present invention relates to high speed dedicated Raster Image Processor Systems for real time generation of high resolution images including various different types of image objects.

## BACKGROUND AND SUMMARY OF THE INVENTION

Modern high speed electronic "plateless" printing engines have capabilities not even dreamed of only a few years ago. For example, the current line of MIDAX® printing engines available from Moore Business Forms, Inc. of Lake Forest, Ill. can print high resolution images on a continuous "web" of paper moving at a speed on the order of 500 feet per minute. High speed, high resolution color printing engines are also now available that can print very high resolution (e.g., 600 dpi) color images on continuous or sheet-fed paper moving at speeds of on the order of 300 feet per minute or more.

To provide maximum image flexibility, high performance "intelligent" electronic printing engines generally take as an input, data defining a digital value for each printable location on the printed page. Such locations are commonly referred to as "pixels" (short for "picture elements"). Although pixel-based intelligent electronic printing engines can print virtually any arbitrary image (within the resolution, color and other limitations of the print engine), they require a massive amount of input data for high resolution printing. For example, to print an 8 ½ inch by 11-inch page at a 600 dots-per-inch resolution requires 5100×6600=33.66 million individual pixel values. High speed printers can print on the order of 300 to 500 pages per minute (i.e., on the order of 8 pages or more per second)—and therefore require in the excess of 300 million pixels (120,000 characters) per second. The digital value associated with each pixel may nominally be only one digital "bit" (if the "bit" is "on" the printer should place ink at the corresponding location; if the "bit" is "off" the printer should not place ink at that location). However, modern electronic printing engines provide multiple (e.g., 4) bits for each pixel to encode gray scale level or one of several different colors. This requires a data delivery system that can provide on the order of 1.2 billion digital bits per second.

General purpose digital computers of reasonable cost and complexity are not capable of supplying print stream data at these incredible rates. The alternative to real time processing—generating print images "off line" and storing them for later retrieval by the printer—is not feasible at least because the amount of data involved in an average print run is too massive to be economically stored and rapidly accessed using conventional mass storage techniques.

To meet the data rate demands of prior generations of intelligent electronic printing engines, dedicated systems commonly known as Raster Image Processors ("RIPs") were

2

developed to generate image data based on a compact input representation such as a PostScript file or other variable data stream. Some such prior RIP designs could not generate image data in real time. Thus, these prior RIPs suffered from the drawback that the data coming in from the input device had to be completely converted before any output data could be supplied to the output printing device and the print job could begin to run. This inability to rasterize in real time required each print job to be handled in two phases: an off-line conversion process, and a later on-line printing process. This caused delays, and was a severe problem with "just in time" requirements for delivery of completed print jobs to customers.

Some prior art RIP systems were, however, capable of generating image data "on the fly" while the print job was running. One example of a prior art raster image processor capable of generating image data in real time synchronism with printing operations is the "Hybrid RIP" ("H-RIP") manufactured by Moore Business Forms, Inc. and described in Technical Reference Manual entitled "H-RIP Technical Manual " (Moore Business Forms, Inc. 1994). The H-RIP system used dedicated hardware circuitry controlled by a microprocessor-based master controller to generate rasterized print image data in real time. Briefly, the prior art H-RIP system accepted, as an input, a standardized file format stored on a mass storage device such as magnetic tape. In this prior design, an intermediate "XL Data System" read the input file from the tape and supplied it to the H-RIP for processing. The H-RIP included an XL Interface that received and buffered the data from the XL data system and supplied the data to a microprocessor-based master controller. The master controller interpreted the input data and created a display list specifying the objects to be rendered on the next printed page. The master controller wrote bit map images of the fonts required to image the display list representation into a Font Image Memory ("FIM") to make these objects available for rendering. The master controller then controlled the FIM to write the bit map images into a Binary Image Generator ("BIG") including a pair of full-page bit map memories—thereby "rendering" a memory image of the entire page to be printed. While one page of image was being created in one of the full-page bit map memories, dedicated print engine control and interface circuitry could access an already complete memory image in the other memory and provide its pixel values to the printing engine in real time synchronism with paper "web" movement. Typically, the printer engine could not accept a fill page at a time, but rather required the data to be presented to it in smaller "chunks" (e.g., in blocks comprising one or several lines of the image). The H-RIP supplied these "chunks" to the printer engine in synchronism with the engine's need for the data.

Moore's prior art H-RIP system was successful in its own right. However, further improvements are possible. For example, this prior art H-RIP system does not have sufficient speed and bandwidth to keep up with advanced high-speed high-resolution print engines now available. Additionally, the prior art H-RIP was limited to monochrome printing and had no color capabilities. Furthermore, this prior art H-RIP was limited to only a single input format, and could not handle graphical images efficiently. In addition, the prior art H-RIP could work with only a single type of print engine (a Moore Business Forms MIDAX® intelligent printer) and was incompatible with other print engine types. As discussed below, these shortcomings present severe disadvantages in some applications.

One disadvantage of the prior H-RIP design relates to its ability to work with only a single type of printer. The H-RIP

5,949,438

**3**

was custom-designed to supply data to a Moore MIDAX®
300 intelligent printer, and was incapable of working with
any other (non-compatible) printer. However, purchasers
typically have a choice of several different models of intel-
ligent printing engines, and larger printing facilities may
have several different types of printers for use with different
types of print runs. For example, one printer may be used for
production of long print runs, another printer may be used
for production of short runs which require high quality
graphics and color, and a still further printer might be
optimal for printing text with simplified graphics such as
lines, boxes and angles. In the past, the print shop had to
purchase a different RIP system for each different printer
device since each RIP was specifically customized for a
corresponding particular printer.

The requirement for several different types of RIPs (each
of which may cost several tens of thousands of dollars,
assuming they are even commercially available) led to great
expense and confusion. For example, different RIP systems
typically would have completely different cabling,
installation, maintenance and other requirements. Techni-
cians and operators had to be trained to service each of
several dissimilar RIP systems. Spare parts for many differ-
ent RIP systems had to be stocked. Software and input data
incompatibilities between the different RIP systems required
extensive logistical coordination to ensure that print jobs
were prepared for the right combination of RIP and
uniquely-associated print engine. These problems may have
effectively limited the number of different types of printing
devices a given printing facility could afford to have—thus
decreasing the types of printing services that could be
offered to customers.

Prior art RIPs such as the H-RIP also suffered from the
disadvantage that it could only accept input data in a single
standardized format. To use input data in a different format,
a print operator would have to convert the data to the
standard format (or use a different RIP designed to accept
that different input format). Each time the printer operator
wanted to use a different input format, he or she would have
to convert the data to a format usable by the RIP associated
with the printing device scheduled to print the job. The
printer operator might have to custom tailor or purchase a
RIP or other appropriate conversion system if no existing
system would handle the new, non-standard format. Con-
versions off line were tedious, sometimes unreliable, and
added substantially to the overall processing time and man
hours required to complete a particular print job. For
example, to process a single print order comprising multiple
parts representing different input formats, the print operator
might have to run the first part of the job, and then reset the
system with a different RIP (which must be done off line) to
interpret a different input format. He or she would then run
the next part of the print set, and possibly thereafter reset and
reconfigure the system again to run a further part of the job
using a still different input format. The operator would have
to continue in this fashion until the entire multi-part print job
was completed—a rather lengthy, cumbersome and ineffi-
cient process which was quite time consuming.

Moreover, prior RIP designs such as the H-RIP were not
capable of providing in excess of 300-million pixels per
second required to drive high speed, high resolution mono-
chrome and color electronic print engines. Prior RIP systems
capable of generating color graphic images were limited By
to conversion speeds of about 100 million pixels per
second—whereas the most current high resolution color
printing engines can require data at rates in excess of three
times that. Throughput and bandwidth problems are exac-

**4**

erbated by the ever increasing use of complex graphics in the
intelligent imaging process. Processing operations related to
graphics and adjusting portions of the page to accommodate
the graphics can be very time-consuming operations, and
full-color high resolution graphics take up a great deal of
storage space. The manipulation of graphic images may also
require the input data to be "screened" to provide appropri-
ate color grades—adding even more processing time.

There is thus a long felt need for a raster image processor
that can receive inputs in various different formats (e.g.,
fonts, full color graphics, line art, patterns, etc.) from a
variety of different input devices and is capable of generat-
ing outputs in different formats usable by different types of
printing (or other) output devices. In addition, there is a need
to provide a raster image processor having very high
throughput that is also capable of screening and processing
color data. There is also a need to provide a raster image
processor that is modular and expandable to meet varying
needs and requirements. Furthermore, it would be desirable
to provide a raster image processor that can generate high
resolution graphics data "on the fly" to supply in real time
to a high speed print engine.

The present invention provides a raster image processor
that can meet these objectives. It provides a raster image
processing system and method that can keep up with the
fastest high resolution printers now available. It can process
images "on the fly"—that is, generate images from compact
input representations so rapidly that printing can occur
substantially in the same real time as the RIP processor
processes the input data. This has substantial benefit to
customers because it allows print orders to be turned around
very rapidly, thereby satisfying the requirements of "just in
time" delivery—which was not possible using some prior
RIP based systems.

The ability to form print images in real time is further
enhanced by the use of a high speed data cache and
associated array disk drive to provide high speed throughput
of data into the system. The disk array may, for example,
store a library of high resolution graphics that can be
accessed "on the fly" as needed in response to the input data
stream. In the preferred embodiment, the disk array provides
very high storage capability and throughput (e.g., total
storage of 32 gb of information that can be accessed at a rate
of over 50 mb per second). This allows the system to access
graphical images while the particular print job is
underway—enabling nearly simultaneous conversion,
retrieval and printing of graphics and images. A data caching
arrangement coupled to the disk array provides a FIFO
(first-in-first-out) caching/buffering arrangement to maxi-
mize throughput and reduce access time.

To further enhance graphics capabilities, the system may
also provide a custom graphics accelerator that can generate,
on the fly, many "primitive" or simple graphics (e.g, angles,
lines, boxes, etc.) at the same time that the remainder of the
print image is being generated.

The present invention in a preferred embodiment may, for
example, provide a completely modular architecture includ-
ing an XL interface module for input data synchronization
and interfacing, a master controller module for overall
control and coordination, a RISC high speed processor
module for data conversion and manipulation, a Font Image
Memory ("FIM") module for storing bit images of fonts, a
Binary Image Generator ("BIG") module for double-
buffered storage of full-page images, and an Engine Control
Module ("ECM") controlling and interfacing with particular
printer or other output devices.

5,949,438

5

In the processing and printing of documents, a job block or file is provided which contains a description of the entire job to be run including a page by page layout of the job. Once input is received, the RIP collects and assembles the characters and other image "objects" in a full page bitmap memory. The information provided with the job determines the size and positioning of text and graphics. The system automatically "remembers" where certain characters are positioned so as not to duplicate or overlay new characters.

The present invention has been able to achieve vastly superior speeds to that of prior RIP based systems, and can operate at speeds upwards of 300 mega pixels per second. Part of the success of the system and its ability to operate at such high speeds, is that the preferred embodiment of the instant invention is also capable of "screening on the fly." That is, it can automatically screen data relating to the images so that the various gray scales or color levels are correct for a contone printing process.

Other advantageous features provided in accordance with this invention include:

A high performance "generic" RIP for a multiplicity of printing or other output devices.

Capabilities and speeds not attainable using prior RIP designs.

Expandable to maintain low cost for lower level applications while still providing the capabilities required by high performance color printing devices.

Maintains compatibility with prior RIP designs—can run the same RIP code used to run prior Moore Hybrid RIP and PC configuration systems.

Up to 20,000 Job Input Block ("JIB") entries per page.

Up to 32,000 standard characters or 16,000 kanji type—mono characters per page; 15,000 colored screened text

Up to 254 fonts per job each containing up to 65,535 characters.

Up to eight patterns per job using optional screening hardware.

Up to 3,000 logos per job.

Ability to generate rules, rectangles and sides of boxes without additional storage overhead.

Supports the Moore Command Code Stream (MCCS) (a standard output of the data system for MIDS applications) and is also compatible with the Moore MIDAX® format.

Half-tone screening module converts continuous tone images to half-tone screen images "on the fly" during production for high resolution output engines.

Graphics module is capable of generating bar charts, pie charts, diagonal and curved lines "on the fly" during production.

Feedback for quality metrics and system productivity.

Accepts a variety of input formats including:
images in the form of fonts (e.g., outline format, Adobe type 1 or Moore XLF format), line art (compressed or uncompressed), and ConTone images;
objects represented in dynamic MCCS (Moore Command Code Stream) formatted data stream and standard JIB, oriented objects;
full color graphics;
screening tables; and
color lookup tables for color applications.

Input may be received from several standard inputs such as, for example, AFP or Advance Functional Printing, which is the standard input from International Business

6

Machines of Armonk, N.Y., or the standard input from Xerox DJDE Records of Rochester, N.Y.

The printer operator can develop his or her own particular input or font types for use in the production of orders (one such example would be Moore Business Forms, Inc. of Lake Forest, Ill.).

Provides a number of different outputs, including raster data to suitable printing engine, printing engine synchronization and control, data system feedback for engine status, job analysis, error reports and audit trail information.

Examples of output devices include Midax® printer available from Moore Business Forms, Inc. of Lake Forest, Ill., a Scitex Print Station, available from Scitex Digital Printing, Inc. of Dayton, Ohio, or MICA available from Moore Business Forms, Inc. of Lake Forest Ill. For color printing, example output devices include Indigo (available from Indigo America, Inc. of Amherst, N.H.) and Xeikon (available from Xeikon N.V. of Mortsel, Belgium).

Very high data rates:
120,000 characters per second (220% faster than prior Hybrid RIP design);
320 million pixels per second (assuming pixels are moved in 64 pixel blocks).

Additional graphics capabilities boost graphics oriented speeds to the 320 million pixels per second rate.

Imaging of variable full process color images and colored text in addition to existing XL/Hybrid capabilities.

Upwardly compatible with XL Data System, print devices, job and fonts so that existing jobs written for prior RIP designs will run.

More than 1000 8½×11" full color, full process color images variably from form to form or equivalent coverage using smaller images.

Full color images and colored text and line art can be printed using half-tone screening technology. Full color images can be half-tone screened "on the fly" as they are printed. The system can screen a document at various line frequencies (e.g., 50 lpi to 150 lpi in increments of roughly 5 lpi) and dot shapes (e.g., round, square, elliptical and line). Super cell technology provides very accurate angles for process color screening.

Any object which overlaps another object of a different color will utilize trapping to avoid undesired contamination by the underlying image.

Imaging of text and line art in a number of modes describing the way in which the image is formed and the manner in which it is merged into the page. The following modes of text and line art formation are supported: Normal (solid/colored text); Pattern (geometric filled text); Picture (image-filled text). The system supports several merge types including Transparent (background remains), Overprint (background replaced), Knockout (background under character glyph is removed).

Elements—the smallest entity within an object—are selectable based on the results of a particular selection criterion and test, providing a higher level of selectability allowing only portions of objects to be printed if desired.

Color of an element can be changed via select criteria.

With the optional hardware accelerator we are able to interpret graphic data structures including pie charts, bar charts, form overlays and art at high speeds.

5,949,438

7

Each job can have up to 64 homogeneous colors defined for use in coloring text and line art. They can be solid ink colors, or colors created by screening various levels of the four process colors. Screened full color continuous tone images are not restricted to these 64 colors.

Color support for four process color inks (e.g., cyan, magenta, yellow and black).

Images can be input via a "front end" system and then networked to a high speed disk array system in the proper format.

Post Script files can be initially converted to bit images by a Post Script interpreter residing on the "front end," or may be interpreted at high speed on download and imaged "on the fly."

Integrated system built out of modular subsystems.

The system ensures data integrity from the live data input media through to the printed page.

Audit trail of job status.

Automatic monitoring and recording of system performance.

All system feedback is easily interpreted by the operator, including error/warning messages and system performance metrics.

### BRIEF DESCRIPTION OF THE DRAWINGS

These and other features and advantages provided by the present invention will be better and more completely understood by referring to the following detailed description of presently preferred examples of embodiments of the invention in conjunction with the drawings, of which:

FIG. 1 is an example of an overall intelligent imaging system constructed in accordance with a preferred embodiment of this invention;

FIG. 2 shows overall example operations performed by the raster image processor shown in FIG. 1;

FIG. 3 shows an example architecture of the FIG. 1 raster image processor;

FIG. 3a shows the FIG. 3 raster image processor expanded to include screening, graphics and data cache capabilities;

FIG. 4 is a flowchart of example overall control operations performed by the RISC controller module to control data processing by the raster image processor;

FIG. 5 shows an example architecture for the XL interface module;

FIG. 6 shows an example architecture for the XL interface registration controller;

FIG. 7 shows an example architecture for the RISC controller module;

FIG. 8 shows an example architecture for the font image memory (FIM) module;

FIG. 9 shows an example architecture for the binary image generator (BIG) module;

FIGS. 10A and 10B show two different examples of engine control modules 600 for different print engines 68;

FIG. 11 shows an example architecture for a graphics module 900;

FIG. 12 shows an example of an architecture of a data cache module 800 (including associated RAID disk array);

FIG. 13 shows an example architecture for screen module 700; and

FIG. 14 shows an example implementation for the screening circuits shown in FIG. 13.

8

### DETAILED DESCRIPTION OF THE DRAWINGS

FIG. 1 shows an intelligent imaging system 50 provided by the present invention. System 50 performs the overall task of assembling digital image "objects" based on input digital data to create a visible image that can be viewed by a person. In this particular example, the visible image is printed onto a medium such as moving a paper "web" 72 to produce finished printed matter 76 that can be distributed and read or viewed.

Overall Intelligent Imaging System 50

Intelligent imaging system 50 may include various input data sources such as a magnetic tape drive 52, an optical scanner 54, a network 56 and a optical disk drive system 58. In addition, system 50 includes a "front end" computer system 60; an XL data system 62; and a raster image processor 64. Components 60, 62 and 64 are electronic devices that create, store, manipulate and process digital data to produce a digital representation of a visible image. In this example, system 50 further includes a print engine 68 and a paper handling mechanism 70. The print engine 68 may be a high resolution, high speed monochrome or color conventional print engine device, such as, for example, a Moore Business Forms MIDAX® print engine, a Scitex print head, or an Indigo high speed color printer.

The print engine 68 shown in FIG. 1 prints on a continuous "web" 72 of paper supplied, for example, from a large paper roll 74 at high speeds of up to 300 to 500 feet per minute. Print engine 68 includes electronic print heads that print images on web 72 as the web travels through the print engine (i.e., "plateless printing"). The printed web 72 is processed by conventional paper handling mechanisms 70 (e.g., cutters, staplers, gluers, folders, collators, stackers, etc.) to provide finished printed products 76.

The "raw materials" for the images to be printed by print engine 68 come from data sources 52–58. The system 50 accepts input data in a variety of forms including for example:

Images
  fonts such as outline font formats (e.g., Adobe type 1, Post Script, true type and bit stream);
  pre-generated Moore XLF format fonts;
LineArt in compressed or uncompressed format;
ConTone or full color graphics images;
Objects
  dynamic MCCS (Moore Command Code Stream) formatted data stream
  standard JIB oriented objects;
Screening tables;
Color lookup tables;
Executable software for raster image processor 64 to execute;
Job description file instructions including, for example, input text.

Various ones of data sources 52, 54, 56 and 58 may supply these various types of input data as may be convenient. For example, input text to be printed may be stored on magnetic tape 53 or magnetic disk 55. Optical scanner 54 may be used to scan in photographs or other images for storage on disk 55 and later retrieval. Optical drive 58 accepts optical disks 59 that may store a variety of information including, for example, line art, fonts, executables, etc. Network 56 may connect system 50 to other similar systems 50 and/or other computing and/or storage devices located locally or remotely.

"Front end" image handling system 60 enables users to input and correct full color images as well as line art, fonts

5,949,438

9

and Post Script files. Front end **60** may be, for example, a general purpose digital computer such as a high-capability personal computer including a display **60a** and a keyboard **60b**. Front end **60** need not be co-located with the rest of system **50**, but could be remote and communicate with XL data system **62** and raster image processor **64** via magnetic tape **53** and/or network **56**, for example. Thus, for example, in one configuration the front end **60**, optical scanner **54**, optical drive **58** and disk **55** might be located remotely to the rest of the system **50**, and produce as its "output" a job description file stored on magnetic tape **53**. Magnetic tape **53** could than be physically carried to a production floor and inserted into another magnetic tape drive **52** coupled to XL data system **62**, raster image processor **64** and print engine **68**.

The "human" job coordinator operates front end **60** to perform a variety of tasks. For example, the human operator may, using front end **60**, select and collect images from the various data sources such as continuous tone pictures scanned using optical scanner **54**, continuous tone images stored on a Photo CD optical disk **59** or Post Script files supplied by magnetic tape **53** and/or disk **55** (or authored using the front end). The human operator also uses front end **60** to collect all line art such as graphics and logos, from either scannable line art or from Post Script files defining the graphics. The human operator also uses front end **60** to identify all fonts needed for a particular printing job, and if necessary, uses front end **60** to convert the font layout to an acceptable format. The job coordinator also uses front end **60** to select job layout and configuration. He or she will select and locate all objects to be printed on the finished printed products **76**. The job coordinator creates, using front end **60**, a "job description file" and supplies it plus all necessary fonts to raster image processor **64** via XL Data System **62** (for example, the job description file may be stored on magnetic tape **53** for later retrieval).

Raster image processor **64** is an electronic device that creates an image in computer memory based on the job description file provided by front end **60**, and sends the digital image to print engine **68** for printing. More particularly, raster image processor **64** rasterizes variable combinations of text, graphics and continuous tone images at high speed based on an inputted job description file, and outputs the rasterized image in digital form to print engine **68** in real time synchronism with the operations of the print engine. Raster image processor **64** monitors the travel of web **72** through print engine **68** and synchronizes its operations with web travel. Raster image processor **64** also controls print engine **68** to provide correct print registration of the images the print engine prints on web **72**. Raster image processor **64** thus coordinates with XL data system **62** to receive portions of the inputted job description file as they are needed, creates electronic images (in memory) to be printed on web **72**, and supplies those electronic images in digital form at the rates, resolutions and formats required by print engine **68**.

In the preferred embodiment, raster image processor **64** is capable of driving a number of different print engines or other output devices including, for example, Moore's MIDAX® print engine, Scitex print heads, and other imaging devices. FIG. **1** indicates this by showing another print engine **68a** that may be coupled to the output of raster image processor **64** instead of print engine **68**. In the preferred embodiment, no configuration changes to raster image processor **64** are required if the other print engine **68a** is compatible with print engine **68**. However, if the other print engine **68a** is not compatible, then a simple swap of a single

10

plug-in electronic control module within raster image processor **64** for another is all that would be required to allow the raster image processor to work with the other print engine.

In the preferred embodiment, the human operator controls raster image processor **64** through a hand-held data display terminal **66** that includes a keypad **66a**, an array of light-up indicators (e.g., light emitting diodes) **66b**, and an LCD display **66c**. Terminal keypad **66a** includes mode keys that select modules within raster image processor **64** to be controlled by the terminal. The human operator can use terminal **66** to read status information and error conditions, control operating parameters (e.g., feet per minute, offset, registration mode, type of registration, etc.), invoke reset and download, and perform a variety of other control operations.

Raster Image Processor Operations

FIG. **2** shows the overall operations performed by raster image processor **64** in the preferred embodiment. The "front end" **60** supplies a job description file **80** to the raster image processor **64**. This job description file **80** typically contains a compact digital representative description how each of the pages of the finished printed product **76** will look. That is, for each different page to be imaged, a job description file will specify all text to appear on the page, identify the fonts to be used, specify any graphics or line art to be included, and also specify (if color imaging is employed) what colors are to be used. Job description file **80** essentially provides a complete representation in digital form of the entire print "job"—which may consist of many different pages of images.

Raster image processor **64** converts the job description file **80** into one or more "display lists" **82**. Raster image processor **64** creates a display list **82** for the next (and each) page to be imaged. Display list **82** specifies objects and their corresponding positions on the page as well as color/density information and other characteristics. For example, display list **82** typically specifies text information to be imaged, the position of the text on the page, and the font the text is to be imaged in.

Raster image processor **64** interprets the display list **82** as a list of instructions specifying the next page to be imaged. Raster image processor **64** constructs a digital representation of a complete image in memory in accordance with the instructions contained within the display list **82**. Raster image processor **64** interprets the display list **82** to identify all "fonts" (e.g., type styles) required to image the next page. The raster image processor then writes bit map images of the necessary fonts into a "font image memory" ("FIM") **400** so they are available for imaging. Raster image processor **64** also parses the display list **82** to identify all graphics images that need to be supplied to image the page. The raster image processor can generate some simplified types of graphics "on the fly". For example, if a special component called a "graphics accelerator" module **900** is present, the raster image processor **64** can generate curved lines, geometrical shapes, etc. "on the fly" in real time and supply them on an as-needed basis in response to the instructions within the display list **82**.

For color imaging, raster image processor **64** may add color information to the font information supplied by font image memory **400** (and also to the graphics generated by graphics accelerator **900**)—all as instructed by the display list **82**.

The raster image processor **64** can also access pre-stored graphics such as color images, line art, etc., from a graphics library stored in a "data cache" **800**. The raster image

5,949,438

11

processor **64** may control "data cache" module **800** (if present) to retrieve and supply the appropriate graphics images as needed and specified by display list **82**.

Once the various "objects" to be imaged are ready to be supplied, raster image processor **64** assembles them together to form a complete digital representation of the final image. This digital representation is stored in a "Bit Image Memory" **512**. In a preferred embodiment, Bit Image Memory **512** has "double buffers"—i.e., it has a pair of duplicate memories **512**a, **512**b each of which can store an entire image. This allows raster image processor **64** to output a completed image to the output device at the same time that it is creating the next image in the bit image memory **512** in real time.

In this example, each of Bit Image Memories **512**a, **512**b comprises a full page "bitmap" having discrete storage locations positionally corresponding to each position on the page that can be filled in with a dot. In a preferred embodiment, this bit mapped memory image may comprise four "bit planes" to provide a total of sixteen ($2^4$) color or monochrome density values. The graphics and line art provided by data cache **800** may supply the appropriate color information directly to Bit Image Memory **512**.

When raster image processor **64** has finished storing a completed page image into one of Bit Image Memories **512**a, **512**b, it ceases accessing that bit image memory and begins working on a new image in the other Bit Image Memory. Output circuitry then accesses the completed image and output the data in a sequence and at a rate required by the print engine **68** being used. Thus, for example, raster image processor **64** may supply the completed bit mapped image one line at a time or multiple lines at a time as required by the print engine **68**, and does so at timing synchronized with the movement of web **72** through print engine **68**. While one part of the raster image processor **64** is accessing the completed memory image in Bit Image Memory **512**a, another part of it may at the same time be building the next page image in its duplicate binary image memory **512**b—and still another part of the raster image processor may be converting another portion of job description file **80** into a new display list **62** for the second-to-next succeeding page.

Architecture of Raster Image Processor

FIG. 3 shows an example modular architecture for raster image processor **64**. In the preferred embodiment, raster image processor **64** is fully modular, and is constructed based on a generalized bus architecture and associated back plane that allows the different modules (preferably each of which comprises a single printed circuit board) to be replaceably plugged in and out. This modular architecture provides easy expandability to add additional capabilities (compare FIGS. 3 and 3A), and also allows some modules to be swapped out for other modules to adapt to different requirements (e.g., different output devices such as different print engines).

In the example shown in FIG. 3, raster image processor **64** includes an XL interface module **100**, a master controller module **200**, a RISC controller **300**, a font image memory ("FIM") module **400**, a binary image generator ("BIG") module **500**, and an engine control module ("ECM") **600**. A VME bus **1000** provides communication between XL interface module **100**, master controller module **200** and RISC controller module **300**. An "R-BUS" **1002** allows communication (image, commands) between RISC controller module **300**, FIM **400**, BIG **500** and ECM **600**. An F-BUS **1004** allows transfer of image date (e.g., fonts and logos) between the FIM **400** and the BIG **500**. A P-BUS **1006** transfers final form image data from BIG **500** to ECM **600**.

12

As shown in FIG. 3A, R-BUS **1002** also provides communications to optional enhancement modules such as, for example, a screening module **700**, a data cache module **800** and a graphics module **900**. F-BUS **1004** allows transfer of image date between the FIM **400** and/or the BIG **500**, and the graphics module **900**. In addition, in this expanded configuration, data cache module **800** may communicate data to screening module **700** over a DC (data cache) bus **1010**, and screen module **700** may communicate data to BIG **700** via a SCR (screen) bus **1012**.

Briefly, the XL interface module **100** accepts the job description file **80** from an XL Data System **62** and supplies it for processing to master controller module **200**. Master controller module **200** converts the job description file **80** into display lists **82**, and supplies the display lists to RISC controller module **300** for imaging. The RISC controller module **300** coordinates the operations of FIM **400** and the BIG **500** (which contains the Bit Image Memories **512**a, **512**b) to generate the digital representation of the image based on the display list **82** for the next page to be imaged. The ECM **600** breaks the completed digital representation up into suitably sized "chunks" and provides them to print engine **68** exactly at the time the print engine needs them to print the next portion of the image.

The (optional) graphics module **900** generates vector graphics "on the fly" based on instructions from RISC controller module **300**, and also is capable of efficiently de-compressing and/or scaling image files. The (optional) data cache module **800** stores a graphics library and supplies required prestored graphics information to screen module **700** in real time. Screen module **700** "screens" contone image files and provides the resulting pixelized data values to BIG **500**.

More Detailed Description of Raster Image Processor Operations

FIG. 4 is an example of a sequence of control steps performed by RISC controller module **300** to coordinate the various activities performed by raster image processor **64**. Raster Image processor **64** and its associated RISC controller **300** begins operations by initializing (block **84**). Then, RISC controller **300** looks for a display list **82** to process (block **86**). Once the RISC controller **300** receives a display list **82**, it begins parsing it (e.g., from top to bottom) to determine the type of objects it specifies (block **88**). If the display list **82** "instruction" specifies a color, then RISC controller **300** sets the default color to the specified color for use in further rendering of text and graphics (block **90**). If an "instruction" within display list **82** specifies text (exit block **91**), RISC controller **300** sends a command to the FIM **400** (block **95**) specifying the characteristics of the text characters to be imaged. If the display list **82** "instruction" specifies a graphic (exit block **92**), RISC controller **300** sends a command to the graphic module **900** specifying the characteristics of the graphic to be generated (block **96**). If an instruction within display list **82** specifies an image (exit block **93**), RISC controller **300** sends a command to the Screen module **97** (block **97**). This parsing process continues in an interactive fashion until RISC controller **300** encounters of "end of page" instruction (block **94**)—at which time it checks hardware status (block **99**) and "returns" to wait for arrival of the next display list **86** to process. Meanwhile, each of FIM **400**, Graphic module **900** and Screen Module **700** writes its respective output into the bit image memory **512** within BIG **500**.

More Detailed Discussion of Raster Image Processor Modules

The overall operations and architecture of raster image processor **64** are described above. The following provides

5,949,438

13

additional, more detailed descriptions of each of the various modules within raster image processor **64**.

XL Interface Module **100**

FIG. **5** shows an example of an overall architecture for XL interface module **100**. XL interface module **100** in this example is a microprocessor-based interface device that:

provides communications between the XL data system **62** via the GPI bus **1007**;

provides web synchronization and registration control for the raster image processor **64**;

receives data from the XL data system **62** and buffers it into a FIFO (up to 16 mb); and

drives operator control terminal **66**.

In this example, XL interface module **100** includes a VME bus interface and data FIFO block **102**, a GPI bus interface **104**, a serial communications and operator interface block **106**, a registration controller block **108**, and a microprocessor and interrupt control block **110**. An internal bus **112** allows blocks **102–110** to communicate among themselves. In addition, a further data path **114** between VME interface and data FIFO **102** and GPI interface **104** allows information to be rapidly transferred from the GPI bus **1007** and the VME bus **1000**.

The overall operation of XL interface module **100** is controlled by microprocessor and interrupt control **110**, which may include a Motorola 680180 microprocessor with 64 K-bytes of EPROM, 256 K-bytes of RAM and a decode and interface PASIC. In this example, microprocessor **110** controls all functions of XL interface module **100** except for those of data FIFO **102**.

Registration controller **108** synchronizes the imaging operations of raster image processor **64** with the travel of web **72**. Registration controller accepts web synchronization signals from various encoders and scanners disposed on print engine **60** to monitor the position and travel of web **72**. In response, registration controller **108** generates print registration control signals which it provides to ECM **600**. ECM **600** uses these print registration control signals to synchronize itself and print engine **68** with the movement and position of web **72**.

FIG. **6** shows a more detailed functional diagram of registration controller **108**. The registration controller **108** includes signal conditioning devices **116**, **118** and **120** to condition the web synchronization signals it receives. Registration controller **108** also includes registration counters **122**, **124**, **126** (implemented in this example by one or more PASICs—programmable application-specific integrated circuits) that keep track of the position of web **72** relative to the current (and next) page. An array of multiplexors **128–134** is used to select between the various web synchronization signals depending on the particular registration mode being used. The following table shows examples of how top-of-form is generated in each of five different registration modes:

| Mode | How Top-Of-Form is Generated |
|------|------------------------------|
| Sensemark | Optical scanner senses a preprinted mark on the form |
| Pinwheel | Tractor-driven encoder with resolution of 36 pulses per inch |
| Tight Web | XL Data System's CUE signal |
| Plain Paper | Raster or pitch encoder |
| Fake Mode | Internally generated rasters Test only |

Based on this processing, registration controller **108** generates a top-of-form (TOF) control signal that it supplies to microprocessor and interrupt controller **110**. This TOF signal is used as a primary synchronization control signal to synchronize raster image processor **64** with web **72** movement.

14

Referring once again to FIG. **5**, GPI bus interface **104** includes two main functional sections. The first section receives data from GPI bus **1007** and passes it to the on board data FIFO **102** via data path **114**. Microprocessor **110** can also pass data to data FIFO **102**, using this channel during stand-alone operation. A second section of GPI interface **104** is used to pass message data back—serially— to the XL data system **62**. The GPI bus **1007** in the preferred embodiment includes data path **1007a** and a message output path **1007b** for these respective purposes.

The serial communications and operator interface block **106** of XL interface module **100** comprises an 8-channel serial controller chip, serial bus drivers, and interrupt control circuitry for microprocessor **110**. These channels enable all functional parts of raster image processor **64** to communicate with XL interface module **100** and display terminal **66**.

The VME interface and data FIFO block **102** can be, in this example, configured with 4, 8 or 16 mb of memory. This block **102** is used to buffer data from the XL Data System **62** or other host data system to be accessed by master controller **200** across the VME bus **1000**. The control logic within VME interface and data FIFO **102** may, for example, comprise a pair of PASICs. One of these PASICs may control the FIFO input, while the other may oversee the reading of the FIFO in the VME bus interface and decode. Interrupt arbitration for the three VME interrupts provided (FIFO empty, TOF and host reset) are also handled by this block **102** in this example.

In more detail, the FIFO controller section of block **102** may consist of DRAM and associated DRAM controller that can be configured as a 4, 8 or 16 mb FIFO. Data from an input latch may be read and put into the main FIFO, and then moved into a smaller on-board 512-byte FIFO as the smaller one is emptied through the VME bus controller onto the VME bus **1000**. The DRAM controller in this example produces three main cycles: read, write and refresh. The controller looks for data to be available in its input latch. When data becomes available, the controller performs a write cycle and writes the byte into DRAM. When the FIFO is not empty, and the 512-byte FIFO is not full, then a read cycle is performed to move the byte from the main DRAM FIFO to the 512-byte output FIFO. The DRAM controller also produces a refresh approximately every 15 ms to maintain valid data in the DRAMs.

The VME bus interface section within block **102** in this example contains a PASIC and other circuitry which controls the VME bus decoding and arbitration, as well as the FIFO output data shifting. The FIFO data can be accessed by either byte, word or long word in this example. Data is read from the 512-byte FIFO when not empty, and shifted into an output shifter. The output shifter is a 4-byte shift register in this example that shifts one byte at a time, down to the least significant bit location. As the least significant bit location is filled, the next byte is shifted into the next least significant position until all four bytes are filled. When a byte-wide VME read occurs, the first byte is shifted into the shifter. Next the three remaining bytes and a new byte from the 512-byte FIFO are shifted simultaneously to fill the shifter again. This also occurs for word and long word FIFO accesses. Block **102** maintains a status register readable by main controller module **200** over the VME bus **1000** that indicates FIFO status and data availability. The VME interface portion of block **102** also includes 2 kB of dual-port RAM in this example that accessible by both the microprocessor **110** and by master controller **200** and RISC controller **300** over the VME bus **1000**. This shared RAM is used for control and communication between XL interface module and master controller module **200**.

5,949,438

15 16

Master Controller Module **200**

Master controller module **200** includes a Motorola 68040 microcontroller in this example with an associated 4 Mb of RAM. Master controller module **200** is the master controller of raster image processor **64**, and provides for communication between the XL interface module **100** and RISC controller module **300**. The master controller module **200**, which is based on a prior master controller design used in the prior art Hybrid RIP product, performs various control and processing operations under software control. For example, master controller module **200** maintains a Job Information Block (JIB) that contains information for each line to be imaged including start information, font, rotation, placement and line length. Master controller module **200** also maintains a Font Address Memory that stores the starting pointers of each character within FIM **400**. As master controller module **200** processes job information passed to it by XL interface module **100**, it passes the information over VME bus **1000** to a memory within RISC controller module **300**.

RISC Controller Module **300**

RISC controller module **300** in this example oversees all image handling and synchronization of the FIM **400**, BIG **500** and ECM **600**. FIG. **7** shows a block diagram of RISC controller module **300**. The heart of RISC controller module **300** is a 33000 RISC processor **302** including 4 Mb of DRAM for internal code storage and associated control and support logic for decoding and control operation. RISC processor **302** communicates with the VME bus **1000** via buffers **304**, **306** and control logic **308**. A pair of 1-Mb SRAM modules **312***a*, **312***b* are used to receive job information for the current page to be imaged passed to RISC controller module **300** by master controller module **200** over VME bus **1000**. Two SRAMs **312** are used because this memory space is shared between RISC processor **302** and master controller **200**, with one SRAM **312** being accessed by the RISC processor and the other SRAM **312***b* being accessed by master controller **200**. RISC processor **302** communicates with R bus **1002** via data buffers **314** and address interface control logic **316**. In this example, R bus **1002** provides a 32-bit wide data path, a 32-bit wide address path and additional control lines (e.g., write control and parity).

Font Image Memory **400**

FIM **400** comprises a large random access memory used to store the pixel patterns of all of the fonts, logos and patterns being used in the current print job. FIM **400** interfaces to the R bus **1002** (from which it receives pixel images sent to it by RISC controller **300**), and outputs stored images via F bus **1004**. In this example, F bus **1004** includes a 64-bit data bus **1004***b* and associated address path **1004***a* as is shown in FIG. **8** (a block diagram of the internal architecture of an example FIM **400**).

As shown in FIG. **8**, the core of FIM **400** is a large block of random access memory **402** comprising 64 Mb of DRAM expandable to 256 Mb. In this example, RAM **402** may be comprised of eight 2 meg×36 bit SIMM memory modules that can be upgraded to eight 8 meg×36 bit SIMMs. ASIC-based refresh control logic **404** performs all necessary DRAM refresh control and DRAM address selection. Drivers within block **404** may operate the address lines, write enable lines, etc., of memory **402**. Additional ASIC-based control logic **406** is used in this example to handle the checksum operation for all fonts, logos and patterns being loaded into memory **402**. An FIM command FIFO **408** receives FIM commands from RISC controller **300** necessary to place a pixel image into FIM memory **402**. These commands are sent to FIM control ASIC/drivers **404** for

processing. Interface to R bus **1002** is provided by buffers **410** and interface control **412**.

To reduce memory requirements, FIM **400** may store font information in monochrome format and maintain associated color values in the same or different memory. These color values are specified by RISC controller **300** when the RISC controller controls the FIM **400** to write the font information into its memory. During the process of writing the memory contents of FIM **400** to BIG **500**, the FIM may supply the color values (e.g., four bits wide) to result in the BIG writing these color values into its bit image memory **512**.

Binary Image Generator **500**

Binary image generator **500** assembles and stores a memory image of the final image to be printed. FIG. **9** shows a block diagram of an example of BIG **500**. In this example, BIG **500** interfaces with the R bus **1002** via data buffers **502** and address control **504**, and interfaces with F bus **1004** via an FIM data FIFO **506**. BIG **500** also interfaces with P-bus **1006** (a 64-bit bus in the preferred embodiment) via a BIM data read multiplexor **508** and a shifter/multiplier **510**.

The heart of BIG **500** is a pair of binary image memories **512***a*, **512***b* each having a size of 64 Mb. Each of memories **512***a*, **512***b* store a complete page to be imaged. A shifter/multiplier **510** writes data into one of memories **512***a*, **512***b* while the contents of the other are streamed out over P bus **1006** for output. Write operations into memories **512***a*, **512***b* occur under control of R bus **1002** via blocks **502**, **504**. All commands for each character's size, position and type are received via data transceivers within block **502** and written into command FIFOs **514**.

The BIG master controller **516** is, in this example, an ASIC that generates BIG timing signals including clock and load signals for X and Y position commands, clock signals for shifter/multiplier **510**, and read signals for command FIFOs **514** and screen data FIFO **518**. Master controller **516** also originates merge and crop signals, and receives all X and Y size commands for each character's placement within memories **512***a*, **512***b*. The Y positions are passed through multiplier **510** prior to being clocked into the BIM controller **518***a*, **518***b*. The X positions are placed directly on the internal bus **520**.

BIM controllers **518** in this example each comprise an ASIC. There are two BIM controllers **518**, one for each BIM **512**. BIM controllers **518***a*, **518***b* receive shifter address values via internal bus **520**. These address values specify the starting point for each character cell for the X and Y positions. Controllers **518***a*, **518***b* pass these positions along to BIM memory modules **512***a*, **512***b* respectively, in the form of addresses over multiplexed buses that work in conjunction with read and write control signals generated by the controllers **518**. Offset bits also supplied by BIM controllers **518***a*, **518***b* specify offsets from the nominal addresses specified on the address lines.

Each BIM **512** in this example comprises eight SIMM modules for a total of 64 Mb of memory. Each BIM memory **512***a*, **512***b* is arranged in a 4 Mb deep by 128 bit wide structure. Each SIMM memory module used to compose BIM memories **512***a*, **512***b* has 16 full Mb by 1 bit DRAM memories, merge logic and mask logic. Thus, each 4 Mb×128 BIM memory **512** is equal to one complete page image, dynamically sized per requirements of ECM **600**. ECM accesses the image over P bus **1006**.

ECM **600**

The basic function of ECM **600** is to transfer binary information stored in BIM **512** to tile print engine **68** at timings and in quantities/formats demanded by the print engine. Different ECMs **600** are used in this example

5,949,438

17                                                    18

depending on the particular print engine 68 being employed. To use raster image processor 64 with a different print engine 68, a technician can unplug one ECM 600 modular printed circuit board from a backplane connecting it to the rest of raster image processor 64, and plug in another ECM 600 designed for the new print engine.

FIG. 10A shows an example of an ECM 600 for the MIDAX 300 print engine. In this example, ECM 600 includes a PIC17C42 microcontroller 602, two ASIC chips, and some interface logic including a P-Bus interface 604, a latch 606 and differential drivers/receivers. The microcontroller 602 controls the interface logic to transfer 32 pixels of image from BIG 500 at a time to print engine 68. The internal microcontroller reads 64 pixels of BIG 500 memory over P bus 1006, and latches this double long word into latch 606. It then reads the latch 606 a long word at a time and sends the pixel data to print engine 68 via drivers 608. Associated ASIC-based control logic takes care of synchronization between ECM 600, RISC controller 300, BIG 500 and print engine 68. Additional ASIC-based control logic provides appropriate hand shaking between BIG 500 and print engine 68 under supervision of the ECM internal microcontroller 602. Still additional ASIC-based control logic provides handshaking RISC controller 300 and ECM 600.

FIG. 10B shows an example of an alternate architecture for an ECM 600a designed to be used with a color high speed printer such as the Indigo print engine. In this alternate example, ECM 600a includes an input sequencer 610, a P-Bus interface 612, input FIFOs 614, an Indigo formatter 616, an output sequencer 618, differential drivers/receivers 620, and fiber optic transmitter 622. In this example, input sequencer 610 (which may be microcontroller based) reads pixels from BIG 500 memory over P-Bus 1006 via P-Bus interface circuitry 612, and stores the read information in input FIFOs 614. Special formatter circuitry 616 under control of output sequencer 618 automatically reformats the input data to conform with the requirements of the Indigo print engine, and provides the output data in reformatted form to the Indigo printer via fiber optic transmitter 622. Differential drivers/receivers 620 communicate status and control signals between output sequencer 618 and the Indigo print engine. ECM 600a includes additional ASIC-based control logic to provide appropriate handshaking with the rest of raster image processor 64 as discussed above.

Graphics Module 900

FIG. 11 shows an example architecture for a graphics module 900 shown in FIG. 3A. Graphics module 900 provides raster image processor 64 with both data stream image "lift" capability and vector graphics drawing capability in the preferred embodiment. The data stream image processing may, for example, support CCITT Group 3 and Group 4 image expansion along with variable scaling of non-compressed images. Graphics module 900 may provide full X and Y scaling of the expanded images from ¼ scale to four times before the image is transferred to BIG 500 over F bus 1004.

As shown in FIG. 11, graphics module 900 includes an input FIFO/data interface 902, a VCEP expansion processor 904, a scaler 906, a RISC processor 908, a display list FIFO 910, a pixel placer 912, first and second image memories 914a, 914b, and an output section 916. In this example, graphics processor 900 receives instructions from RISC controller 300 via the R-Bus 1002. In addition, graphics processor 900 may also receive compressed image data over the R-Bus 1002 and/or F bus 1004. The information sent to graphics processor 900 is stored by the graphics processor in

input FIFO/data interface 902. This component 902 routes commands to internal RISC processor 908 and/or to display list FIFO 910, and also provides first-in-first-out buffering for compressed (or uncompressed) image data which it routes to VCEP 904 for processing.

VCEP expansion processor 904 comprises a conventional image expander (de-compressor) circuit that operates at 16.6 Mb per second in transparent mode (no compression) and from 20 MB/SEC to 50 MB/SEC on a compressed image—depending on the image compression ratio. VCEP 904 "expands" image data from a more compact, compressed format (used to more efficiently store and communicate the image data) to a decompressed format suitable for imaging. VCEP 904 provides its decompressed output (or transparently passes images data if it was initially provided in decompressed format) to the input of a scaler 906.

Scaler 906 provides conventional full X and Y variable scaling of the expanded image data from, for example, ¼ scale to four times, and provides the scaled, decompressed image data onto an internal data bus 918 for temporary buffering in "double-buffered" image memories 914a, 914b. In this example, the throughput from the output of expansion processor 904 to image memories 914a, 914b may be on the order of 200 ms/word=10 mb/sec (for a scaled image) or on the order of 100 ms/word=20 mb/sec (for a 1:1 scale image).

Graphics RISC processor 908 performs program control steps to coordinate the operations of the other components of graphics module 900. RISC processor 908, display list FIFO 910 and pixel placer 912 in this example support the "on the fly" drawing of full page vector graphics (including optional area filling and accelerated PostScript rendering). More particularly, RISC processor 908 may perform, under software control, certain graphics generation steps based on display list instructions passed to graphics module 900 by RISC controller 300 over R bus 1002. These display list instructions may temporarily reside in display list FIFO 910 while they are being processed. Actual pixel generation is preferably performed by pixel placer 912 under control of a "display list" provided in display list FIFO 910. The display list FIFO 910 does not store display list 82 generated by master controller 200, but rather, stores a different type of display list designed to control pixel placer 912. In this example, pixel placer 912 includes hardware circuitry capable of generating vector graphics at high speed. Pixel placer 912 provides its output to image memories 914a, 914b over internal bus 918. Output bus 916 takes the output from image memories 914a, 914b (the output bus can read from one of image memories 914 while the pixel placer 912 and/or the scaler 906 is filling the other image memory), processes them to provide automatic area filling (e.g., to file in a box automatically), and outputs the graphics results onto F-Bus 1004 for receipt by BIG 500. Additionally, the output block 916 performs "erase" functions to erase already-output data from image memories 914.

Data Cache 800

FIG. 12 shows an example of an architecture for data cache 800. In this example, raster image processor 64 may be enhanced by the use of an array disk drive 802 (e.g., a RAID array manufactured by Maximum Strategy of California providing up to 30 GB of data storage with a 53 MB/SEC output rate). Data cache module 800 maximizes data throughput by "caching" the data output by the RAID drive 802 and placing it onto DC bus 1010 for further processing by screen module 700. In this example, data cache module 800 includes a conventional HIPPI interface 804 providing an interface to the RAID drive 802. The output of interface 804 is provided to a large FIFO RAM

5,949,438

19

(e.g., 128 MB) **806** under control of data cache controller **808**—which in turn receives its instructions (e.g., which graphics to retrieve) from RISC controller **300** via R bus **1002**. The information stored in FIFO **806** is provided to DC bus **1010** via high speed output latches **810**.

Screen Module **700**

FIG. 13 shows an example architecture for screen module **700**. In the preferred embodiment, screen module **700** provides the following functions for raster image processor **64**:

it generates screen patterns to be merged by the BIG **500** with character data or to create "screened" lines and boxes;

it generates a screened image at the proper output resolution from an input contone file of almost any resolution;

it passes prescreened images from the data cache **800** to the BIG **500**; and

it reads and disposes of data from the data cache **800** to clear the image pipeline of unneeded data.

In this example, screen module **700** includes input FIFOs **702**, screening circuits **704**, a data shifter **706**, an output register **708**, an input controller **710**, an output controller **712** and a screen RAM address generator **714**. In the preferred embodiment screen module **800** receives its input from data cache **800** over the DC bus **1010**. This input is temporarily stored in input FIFOs **702**. If the data does not need to be screened, it may be passed (e.g., via multiplexors not shown) directly to output register **708** and on to BIG **500** via a screen bus **1012** (see the FIG. 9 diagram of BIG bus, which shows SCR bus **1012** providing an additional input to shifter/multiplier **510**).

As is well known, "screening" refers to a process in which contone images are pixelized. If the data needs to be screened, it is passed from input FIFOs **702** to the input of screening circuits **704**. A primary function of screen circuits **704** is to generate screened image data at the proper output resolution from an input contone file of almost any resolution. In this example, there are sixteen identical screening circuits as shown in FIG. 14 within screen module **700** to provide 16-channel parallel screen processing. In this example, each screening circuit **704** includes an image data RAM **716**, a threshold table RAM **718** and a comparator **720**. Image data RAM **76** is used to store image data to be screened received from input FIFOs **702**. Threshold table RAM **718** stores an array of "threshold values" and associated screened output values. The contents of RAM **718** may be provided to screen module **700** via RISC controller **300**, for example, and can be changed depending on the particular contone image being screened. Threshold table RAM **718** stores threshold or "mapping" information that controls the transformation between an input contone file and screened output data. In this example, a comparator **720** compares each image data value stored in image data RAM **716** with the threshold values stored in threshold table RAM **718**, and provides appropriate corresponding "mapped" or "screened" output data in the form of an output pixel value. This "mapped" "screen" output pixel value is provided to data shifter **706** for temporary storage.

Referring back again to FIG. 13, the output of data shifter **706** is provided to BIG **500** via SCR bus **1012** and output registers **708**.

In this example, input controller **710** controls the operation of input FIFOs **702**, and output controller **712** controls the operation of output register **708**. Input controller **710** and output controller **712** receive instructions from RISC controller **300** over R bus **1002** via a command FIFO **716**. Input controller **710**, output controller **712** and screen RAM

20

address generator **714** also provide their control inputs to screening circuits **704** to allow the screening circuits to synchronize their operations. Screen RAM address generator **714** is used to address image data RAM **716** and also to control data shifter **706**.

While the invention has been described in connection with what is presently considered to be the most practical and preferred embodiment, it is to be understood that the invention is not to be limited to the disclosed embodiment, but on the contrary, is intended to cover various modifications and equivalent arrangements included within the spirit and scope of the appended claims.

What is claimed is:

1. A raster image processor comprising:

a processor portion of said raster image processor that receives a display list and performs image generation functions based thereon;

a processor bus connected to said processor portion;

a font image memory connected to said processor bus, said font image memory storing fonts for imaging; and

a bit image generator connected to said processor bus, said bit image generator forming a digital representation of an image based on said stored fonts and said image generation functions and outputting said formed digital representation over an output bus to an engine control module to be provided by said engine control module to a print engine,

wherein said raster image processor can output said formed digital representation at a rate in excess of 300 million pixels per second.

2. A raster image processor as in claim **1** wherein said raster image processor is connected to a print engine, and said raster image processor further includes an engine control module coupled to said bit image generator, said engine control module for synchronizing said outputting with said print engine.

3. A raster image processor as in claim **1** wherein said raster image processor is connected to sense the movement of a moving paper web, and wherein said raster image processor further includes means for synchronizing at least said outputting with the movement of said moving paper web.

4. A raster image processor as in claim 1 further including an expansion processor that receives compressed image files, decompresses said compressed image files, and provides said decompressed image files to said bit image generator.

5. A raster image processor as in claim 1 further including scaling means for scaling graphics images and providing data representing said scaled graphics images to said bit image generator.

6. A raster image processor comprising:

a processor portion of said raster image processor that receives a display list and performs image generation functions based thereon;

a processor bus connected to said processor portion;

a font image memory connected to said processor bus, said font image memory storing fonts for imaging; and

a bit image generator connected to said processor bus, said bit image generator forming a digital representation of an image based on said stored fonts and said display list and outputting said formed digital representation over an output bus to an engine control module to be provided by said engine control module to a print engine, said digital representation including color information.

5,949,438

21

7. A raster image processor comprising:

a processor portion of said raster image processor that receives a display list and performs image generation functions based thereon;

a processor bus connected to said processor portion;

a font image memory connected to said processor bus, said font image memory storing fonts for imaging;

a graphics generator coupled to said processor bus, said graphics generator generating graphics in real time based on instructions received thereby from said processor portion; and

a bit image generator connected to said processor bus, said bit image generator forming a digital representation of an image based on said stored fonts and said generated graphics, and for outputting said formed digital representation over an output bus to an engine control module to be provided by said engine control module to a print engine.

8. A raster image processor comprising:

a processor portion of said raster image processor that receives a display list and performs image generation functions based thereon;

a processor bus connected to said processor portion;

a font image memory connected to said processor bus, said font image memory storing fonts for imaging; and

a bit image generator connected to said processor bus, said bit image generator including a pair of full page bitmapped image memories and forming a digital representation of an image based on said stored fonts and said image generation functions and outputting said formed digital representation over an output bus to an engine control module to be provided by said engine control module to a print engine,

wherein said raster image processor can output said formed digital representation at a rate in excess of 300 million pixels per second.

9. A raster image processor comprising:

a processor portion of said raster image processor that receives a display list and performs image generation functions based thereon;

a processor bus connected to said processor portion;

a font image memory connected to said processor bus, said font image memory storing fonts for imaging;

a bit image generator connected to said processor bus, said bit image generator forming a digital representation of an image based on said stored fonts and said image generation functions and outputting said formed digital representation over an output bus to an engine control module to be provided by said engine control module to a print engine; and

22

a graphics generator coupled to said processor bus, said graphics generator generating vector graphics in real time and outputting said generated graphics to said bit image generator,

wherein said raster image processor can output said formed digital representation at a rate in excess of 300 million pixels per second.

10. A system for producing images for printing, comprising:

at least one input device which produces job description files that are converted into a display list;

a raster image processor including processor portion that receives said display list and performs image generation functions based thereon, said raster image processor further including

a processor bus connected to said processor portion;

a font image memory connected to said processor bus, said font image memory storing fonts for imaging;

a bit image generator connected to said processor bus, said bit image generator forming a digital representation of an image based on said stored fonts and said display list and outputting said formed digital representation, said digital representation including color information; and

a screening circuit coupled to said bit image generator, said screening circuit operable to convert continuous tone input data to screened output data, said screening circuit further operable to provide said screened output data to said bit image generator.

11. A system as in claim 10 wherein said raster image processor is connected to a print engine, and said raster image processor further includes an engine control module coupled to said bit image generator, said engine control module for synchronizing said outputting with said print engine.

12. A raster image processor as in claim 10 further including a graphics generator coupled to said processor bus, said graphics generator generating vector graphics in real time and outputting said generated graphics to said bit image generator.

13. A raster image processor as in claim 10 further including a data cache coupled to said processor bus, said data cache retrieving graphics data from a library of graphics and providing retrieved graphics data to said bit image generator.

14. A raster image processor as in claim 10 further including scaling means for scaling graphics images and providing data representing said scaled graphics images to said bit image generator.

* * * * *